# Exhibit 1

# Политическое, «рыночное» и административное регулирование основных экономических, политических и международных ресурсов олигархов

Март 2007 г.

# Содержание

I. АНАЛИТИЧЕСКИЙ ОБЗОР ................................................................. 6
   *1. Угроза олигархических групп стабильности долгосрочного политического мандата ST* ........................ 7
   *2. Угроза олигархических групп для "управляемости" долгосрочного политического мандата ST* ........................ 7
   *3. Угроза олигархических групп для легитимности долгосрочного политического мандата ST* ........................ 8
   *4. Ресурсы для проведения действенных мер против олигархов* ........................ 8
   *5. Постановка целей и задач* ........................ 9
   *6. Основные подходы подчинения олигархических ресурсов* ........................ 10
   *7. Технологии подчинения олигархических ресурсов* ........................ 11
II. ОЛИГАРХИ КАК ФАКТОР ПОЛИТИЧЕСКОЙ ДЕСТАБИЛИЗАЦИИ S ........................ 14
   *1. Оценка деятельности ФПГ* ........................ 14
   *2. Внешние и внутренние элементы предлагаемых технологий* ........................ 16
   *3. ККБ как один из лидирующих ФПГ в S* ........................ 17
   *4. ФПГ ЕГ, контролирующая треть экономика S* ........................ 17
III. "ПОЗИТИВНЫЕ" ТЕХНОЛОГИИ – МЕХАНИЗМ ПРИМЕНЕНИЯ ЛЕГИТИМНЫХ МЕР ДЛЯ УСТАНОВЛЕНИЯ КОНТРОЛЯ НАД ФПГ И ОЛИГАРХАМИ ........................ 19
   *1. Подготовительный этап – амнистия капитала, которой можно поверить* ........................ 19
   *2. Информационная поддержка давления на легализацию доходов олигархов* ........................ 19
   *3. Административный возврат капитала, который не воспользовался амнистией* ........................ 20
   *4. Внутренняя и внешняя кампании для обеспечения принятия правильности административных действий* ........................ 20
   *5. Последующее преследование капитала олигархов* ........................ 21
IV. ПОЛИТИЧЕСКИЕ ТЕХНОЛОГИИ ........................ 22
   *1. Внутренние политические технологии* ........................ 22
   *2. Внешние политические технологии – нейтрализация политической поддержки олигархов на Западе* ........................ 24
V. ЭКОНОМИЧЕСКИЕ ТЕХНОЛОГИИ ........................ 25
   *1. Внутренние экономические технологии* ........................ 25
   *2. Внешние экономические технологии* ........................ 26
VI. АДМИНИСТРАТИВНО-ПРИНУДИТЕЛЬНЫЕ МЕРЫ ........................ 28
   *1. Слабости ФПГ, которые необходимо сделать объектом административно-правовых мер* ........................ 28
   *2. Конкретные технологии административно-правового контроля олигархов* ........................ 28
VII. МЕЖДУНАРОДНЫЕ СЛЕДСТВЕННЫЕ ТЕХНОЛОГИИ ........................ 30
   *1. Международные следственные технологии* ........................ 30
   *2. Международная поддержка при проведения следственных технологий* ........................ 31
   *3. Специальные "аудиторские" меры в оффшорных юрисдикциях* ........................ 32
VIII. ПРОАКТИВНЫЕ ТЕХНОЛОГИИ ЗА РУБЕЖОМ ........................ 33
   *1. Организация проактивных мероприятий* ........................ 33
   *2. Информационное обеспечение и поддержка проактивных технологий* ........................ 33
IX. ДОПОЛНИТЕЛЬНЫЕ МЕРЫ АДМИНИСТРАТИВНО-ПОЛИТИЧЕСКОГО ХАРАКТЕРА ........................ 35
   *1. Введение института альтернативных законных представителей деловых интересов* ........................ 35
   *2. Приложение корпоративных правил для контролирования корпоративных олигархических структур* ........................ 35
   *3. Регулятивные санкции* ........................ 36
   *4. Защита частных обличителей* ........................ 36

5.   *Коллективные гражданские иски*                                                    *36*
X.   ИНФОРМАЦИОННОЕ ОБЕСПЕЧЕНИЕ                                                          37
1.   *Информационная поддержка в S*                                                     *37*
2.   *Работа с ведущими международными СМИ и «мозговыми центрами»*                       *37*
XI.  НЕЙТРАЛИЗАЦИЯ ВОЗМОЖНЫХ ОСЛОЖНЕНИЙ ЗА РУБЕЖОМ В СВЯЗИ С
     МЕРАМИ ПРОТИВ ФПГ                                                                  39
XII. ОСОБЫЕ МЕРОПРИЯТИЯ                                                                 40

# I. АНАЛИТИЧЕСКИЙ ОБЗОР

Предлагаемые меры, политические технологии и мероприятия основываются на анализе, разработках, материалах и исследованиях рабочих групп, включающих ведущих экспертов мирового уровня в сферах права, экономики, международной юриспруденции, национальной безопасности, политологии и международных отношений из США, Западной Европы и Юго-Восточной Азии.

К работе по отдельным элементам тезисов были привлечены эксперты с признанными достижениями, которые в разное время отвечали за подготовку аналогичных программ для правительств США, Великобритании, Бразилии, Сингапура, Испании, Марокко, Чили, Таиланда, Индии, Гонконга, Кореи и т.д. Тезисы были обсуждены с соответствующими видными политическими деятелями и «старейшинами», руководителями правоохранительных агентств, членами международных организаций, бизнес-ассоциаций, академических центров, заинтересованными действующими и бывшими политиками и чиновниками стран Америки, Европы и Азии.

Первоначальное обобщение анализа, разработок, материалов и исследований потенциальной роли олигархов в легитимном становлении долгосрочного политического мандата ST уже дает представление о важности взаимоотношениях ST с олигархами для его долгосрочного политического мандата.

Для устойчивого введения и поддержки долгосрочного политического мандата требуется деполитизация с последующей резкой минимизацией реальной экономической и политической роли так называемых олигархических структур, финансово-промышленных групп (ФПГ) и олигархов.

Конкретные технологии в этой области должны обеспечить эффективный контроль со стороны нового центра власти над основными экономическими, политическими и международными ресурсами крупнейшего бизнеса, лишив, таким образом, его лидеров главных рычагов политического и экономического влияния, а также последующее изменение направлений движения этих ресурсов.

Реализация системных действий по управлению политическими амбициями и притязаниями лидеров «олигархического капитала» S является особо важным условием легитимности нового долгосрочного политического мандата ST в качестве лидера нации. Таким образом, необходимо обеспечить взятие основных экономических, политических и международных ресурсов крупных ФПГ и большого бизнеса под эффективный контроль со стороны государства и непосредственно ST, лишив их лидеров главных рычагов возможного негативного влияния, обеспечив укрепление позиций нового политического центра для нейтрализации противодействия со стороны нелояльных ST представителей элиты.

## 1. Угроза олигархических групп стабильности долгосрочного политического мандата ST

В ходе исследования деятельности ФПГ были обобщены и проанализированы фактические сведения,  экспертные оценки, которые имеются в распоряжении отдельных западных правоохранительных органов, международных финансово-кредитных организаций, общественно-политических институтов и СМИ.

В результате анализа всего массива информации сложилась целостная картина, позволяющая ясно представить масштаб ресурсов, сосредоточенных в рамках олигархических групп, их реальную роль в экономической и политической системе S, а также методы, которые они применяют в целях аккумулирования материальных ресурсов и инструментов политического влияния.

Олигархические группы не только обладают огромными финансовыми ресурсами и другими активами, их главное преимущество - в профессиональных кадрах, подбор которых осуществлялся по принципу сплоченной команды единомышленников с этапа их формирования (начало 90-х годов прошлого века).

Кроме того, они имеют опыт объединения в политической борьбе за свои экономические интересы, который получили в начале этого века. Тогда это было стихийно и неподготовлено. Теперь они не совершат тех ошибок, подготовятся, возможно, каждый из них ради удержания своих позиций пожертвует средства и приложит все усилия для удовлетворения своих политических амбиций.

## 2. Угроза олигархических групп для "управляемости" долгосрочного политического мандата ST

Олигархическое лобби во властных структурах сильно, многие чиновники самого высокого ранга связаны с ними, живут за их счет и преданны им.

Олигархи не жалеют средств на подкуп и получение информации, поэтому всегда есть риск утечки информации и нанесения удара раньше, чем ST будет готов к проведению мероприятий, изложенных в данном документе.

Олигархами ведется серьезная кадровая политика. В их команды привлекаются лучшие специалисты в области финансов и права, ими созданы эффективные службы безопасности из числа лучших профессионалов силовых органов. Они могут применить такие меры как политический шпионаж и подкуп лиц, облеченных информацией и властью.

Их менеджмент профессионален и мобилен, быстро принимает правильные решения, имеет большое преимущество относительно государственного аппарата по эффективности и скорости работы.

В случае, если олигархи объединятся против власти, они могут «купить» силовые структуры, получить их поддержку в виде отказа наводить порядок, не говоря о том, что

они будут обладать всей информацией по подготовке к проведению работы по нейтрализации их политических амбиций.

### 3. Угроза олигархических групп для легитимности долгосрочного политического мандата ST

Само поведение олигархов можно считать действенной угрозой для легитимности долгосрочного политического мандата ST. Эффект этой угрозы более заметен на Западе.

Олигархи продолжают проводить свой курс политической и бизнес-деятельности, который иногда не только идет в разрез с политическим курсом ST, но и противостоит лично ST. При этом, некоторые из олигархов ведут себя, как будто они "недосягаемы", хвалясь, что они "контролируют" S. Другие, наоборот, напрямую делают вызов политике ST и развитию политической ситуации в стране перед определенными влиятельными аудиториями на Западе.

Это поведение отражается негативно на ST. С одной стороны выглядит так, что все попытки Правительства S под руководством ST провести антикоррупционные и другие меры для улучшения экономической и бизнес-атмосферы в S не были успешными. С другой стороны, некоторые олигархи, которые на Западе считаются "близкими" с ST и "влиятельными" в S распространяют информацию о "неправильности" политического курса ST, и это воспринимается со стороны определенных западных элит как "правда".

Такое поведение, ресурсы, которые имеются у олигархов и их доступ к СМИ могут превратиться в реальную угрозу для легитимности долгосрочного политического мандата ST.

### 4. Ресурсы для проведения действенных мер против олигархов

Для реализации действенных мер против амбициозных олигархов должны быть привлечены лучшие отечественные и зарубежные специалисты, по своему интеллектуальному потенциалу равные или более сильные, чем команды олигархов.

Возможно, ими уже привлечены западные консультанты по подготовке перехода власти в их руки.

Для исключения вероятных рисков необходимы эффективные, жесткие и в то же время легитимные меры по нейтрализации их политических амбиций.

На основе проведенных исследований и анализа были подготовлены нижеследующие технологии и механизмы по возможной политике в отношении ФПГ. Они включают политические, экономические административно-принудительные, правоохранительные, публичные и активные меры.

При этом в системе предложенных мер важная роль отводится международной составляющей, что объясняется как транснациональным характером деятельности

Групп, так и существующими у ее лидеров влиятельных спонсоров и поддержки в среде деловой и политической элиты Запада.

## 5. Постановка целей и задач

Главной целью данной стратегии является долгосрочный политический мандат ST, который предполагает: обеспечение стабильности и "управляемости" в государстве, как гаранта эффективного экономического развития страны, обеспечение условий для вхождения в пятьдесят развитых стран мира.

В практическом плане, основными целями проведения настоящих технологий являются:

- **взятие основных экономических, политических и международных ресурсов олигархических групп под действенный контроль** со стороны нового политического центра и непосредственно ST, для лишения их лидеров главных рычагов возможного негативного политического и дестабилизационного влияния.

- **содействие укреплению власти нового политического центра**, а также нейтрализация противодействия со стороны нелояльных ST сил в ходе подготовки и введения его долгосрочного политического мандата.

Исходя из поставленных целей, необходимо выполнить следующие задачи:

- **Обеспечение управления и контроля над финансовыми потоками ФПГ в руках центра.** Необходимо реорганизовать структуру управления собственностью ФПГ таким образом, чтобы их основные активы и финансовые потоки, включая личные финансовые ресурсы ключевых лидеров олигархических групп, находились в сфере непосредственного контроля со стороны ST, его доверенных лиц и нового политического центра.

- **Обеспечение контроля за распределением доходов и прибыли ФПГ.** Необходимо разрушить систему, позволяющую лидерам олигархических групп бесконтрольно аккумулировать огромные ресурсы, которые впоследствии используются в ущерб интересам государства. В дополнение необходимо разработать и внедрить продуманную программу перераспределения необоснованных и скрываемых доходов олигархических групп. Это должно способствовать повышению авторитета ST и нового политического центра власти, усилить народную поддержку его долгосрочного политического мандата.

- **Лишение ФПГ «собственного» административного ресурса и инструментов укрепления их политического могущества, обеспечение безусловного верховенства государственной власти.** Необходимо ясно и недвусмысленно поставить лидеров олигархических групп на соответствующее им место по отношению к долгосрочному политическому мандату ST, разрушив созданные ими каналы подкупа, поддержки и продвижения «своих представителей» в высших эшелонах государственной власти, а также

укрепления позиций непримиримой оппозиции. Важно добиться нового уровня лояльности управленческих кадров путем комбинации как поощрительных мер, так и мер по укреплению государственной дисциплины и ответственности, на основе проведения анти-коррупционной кампании.

- **Ограничение доступа олигархов к внешним и внутренним ресурсам,** и обеспечение снижения влияния их «административных рычагов» внутри S, которые они используют для реализации своих политических амбиций. Потоки их ресурсов также нужно перенаправить в системе общего политического курса развития S, что даст возможность укрепить процесс обеспечения долгосрочного политического мандата ST.

- **Обеспечение конкретной международной поддержки политики ST, направленной на ограничение политической роли олигархов, последовательное укрепление в стране атмосферы законности и правопорядка.** Основной задачей этих мер является как противодействие усилиям лидеров олигархических структур найти защиту и поддержку на Западе в борьбе с «тоталитарным режимом» в S, так и обеспечение международного признания правомерности и легитимности политики ST, направленной на защиту государственных интересов.

## 6. Основные подходы подчинения олигархических ресурсов

Подходы и технологии, которые целесообразно применить в отношении олигархов и ФПГ, представляют собой комплекс взаимосвязанных действий. Их эффективность прямо зависит от степени их согласованности и последовательности реализации.

Предлагаемая система скоординированных мер включает:

- **политические**

- **экономические**

- **административно-принудительные**

- **следственные**

- **«аудиторские» и «мониторинг»**

- **лоббистские и публичные**

Такой подход особо важен, так как этот комплекс технологий, решая конкретную политическую задачу имеет и стратегическое значение как с точки зрения внутренней политики S, так и с точки зрения благоприятного международного позиционирования долгосрочного политического мандата ST:

- агрессивные шаги и меры в отношении олигархов и их основных действующих лиц призваны продемонстрировать решимость государства и непосредственно ST последовательно укреплять в стране атмосферу законности и порядка, а также лишить лидеров олигархических групп чувства вседозволенности и безнаказанности. Таким образом, ST укрепит свои позиции как безусловный лидер своей страны с новым мандатом, будет пользоваться широкой общественной поддержкой.

- последовательная и бескомпромиссная политика главы государства, направленная на защиту национальных интересов от корыстных притязаний на власть со стороны олигархических группировок и связанных с ними коррумпированных бюрократов и политиков призвана способствовать укреплению международного авторитета ST в качестве гаранта стабильности в S и «наиболее приемлемого» стратегического партнера Запада в центрально-азиатском регионе.

При этом применяемые технологии будут нести исключительно конструктивный характер:

- предлагаемые подходы и мероприятия не ставят целью уничтожение каких-либо подструктур олигархических групп и отказ от продвижения принципов рыночной экономики и демократии.

- реализация этого комплекса технологий может проводиться с максимально возможной гибкостью, исходя из понимания системообразующей роли крупных ФПГ в экономике, с учетом конкретных обстоятельств и характера реакции лидеров этих ФПГ.

- эти меры не направлены лично против лидеров олигархических структур, их цель состоит в том, чтобы своевременно скорректировать – «остудить» – их амбиции и направить их энергию в нужное русло.

## 7. Технологии подчинения олигархических ресурсов

Стратегическое обоснование предлагаемых технологий, которое соответствует политическим аспектам решения основных задач, включает следующие элементы:

- укрепление авторитета и силы нового политического центра власти и долгосрочного политического мандата ST.
- нейтрализация главных очагов политического влияния и возможного вмешательства олигархов.
- лишение политических противников ST основных источников финансирования.
- радикальная реорганизация финансовых потоков в пользу государства вообще и нового центра власти в частности.

Настоящие рекомендации решают следующие стратегические задачи:

- **Концентрация, управления и контроля над финансовыми потоками большого бизнеса в руках центра.** Необходимо реорганизовать структуру управления собственностью большого бизнеса таким образом, чтобы его основные активы и финансовые потоки, включая личные финансовые ресурсы ключевых лидеров крупных ФПГ, находились в сфере непосредственного контроля со стороны ST, его доверенных лиц и структур.

- **Разделение политической и государственной власти и богатства, верховенство закона.** Олигархи должны быть «равноудалены» от государства, не взирая на родство и заслуги прошлых лет. ST должен раз и навсегда показать и дать понять олигархам и бюрократическим структурам, кто в стране хозяин. Практикующееся самообогащение высших чиновников и «доверенных» олигархов в ущерб стране и государству должно прекратиться. Олигархам нужно четко продемонстрировать, что отныне все работают на благо страны, делятся средствами с центром, соответственно доходы будут перераспределены для общего блага общества S. Необходимо последовательно укреплять в стране атмосферу законности и порядка, а также лишить лидеров олигархических групп чувства вседозволенности и безнаказанности.

- **Контроль над доходами и их перераспределением, усиление стабильности государства.** Взятие под прямой контроль финансовых потоков олигархических групп ограничивает богатство и власть её руководителей, лишает их доступа к механизму принятия экономических и политических решений в их пользу. Детальная и активная программа справедливого распределения доходов должна быть чётко осуществлена против основных олигархических групп, поднимая авторитет ST и усиливая народную поддержку его долгосрочного политического мандата.

- **Усиление дисциплины, контроля, отчетности и ответственности.** В Советы директоров крупных ФПГ и их дочерних структур предлагается назначить «комиссаров», напрямую ответственных перед ST. Такие «комиссары» (доверенные лица) должны иметь право доступа ко всем финансовым и юридическим документам, управлению компаниями и будут лично ответственны за финансово-экономические показатели компаний перед ST.

- **Приостановление неправомерного влияния олигархов на государственную деятельность.** Это означает лишение большого бизнеса «собственного» административного ресурса и инструментов укрепления своего политического могущества, обеспечение безусловного верховенства государственной власти. Необходимо добиться нового уровня лояльности управленческих кадров путем комбинации поощрительных и карательных мер. Бесконтрольная коррупция госаппарата с олигархами должна жестко пресекаться по всей строгости существующих и будущих законов. Необходимо провести два-три показательных антикоррупционных процесса для того, чтобы все поняли, что ST не шутит.

Нет оснований сомневаться в том, что, при адекватном общественном представлении целенаправленных и последовательных мер, предпринимаемых главой государства против экономических и политических злоупотреблений со стороны олигархических структур, эти действия будут также способствовать дальнейшему укреплению

авторитета ST в глазах представителей элиты и широкой общественности в стране и за рубежом.

## II. ОЛИГАРХИ КАК ФАКТОР ПОЛИТИЧЕСКОЙ ДЕСТАБИЛИЗАЦИИ S

### 1. Оценка деятельности ФПГ

На основе созданного представления о финансовой силе основных олигархических групп в S, включая управляемые ими активы, структуры собственности, сфер их интересов и влияния, сети деловых, общественно-политических, административных, а также личных связей и контактов как в стране, так и за рубежом, можно понять, что олигархи имеют масштабные рычаги давления не только на экономические стратегии S, но и на политический курс Правительства.

В результате анализа всего массива информации относительно возможностей и деятельности крупных ФПГ S, можно ясно представить масштаб ресурсов, сосредоточенных в рамках олигархических групп, их реальную роль в экономической и политической системе S, а также методы, которые они используют в целях аккумулирования материальных ресурсов и политического влияния.

**ФПГ имеют системообразующую роль в экономике S.**

ФПГ и, прежде всего, их лидеры обладают имуществом и средствами в S и за рубежом на миллиарды долларов США. Олигархические группы ежегодно уводят в оффшоры скрытую прибыль на многие десятки миллионов долларов. Вышеупомянутые активы и финансовые потоки скрываются от властей S и лично от ST. В сфере контроля этих ФПГ находится, по сути, вся сырьевая отрасль S, финансовый рынок, металлургия, транспорт, телекоммуникации и другие основные секторы экономики.

**ФПГ опираются на разветвлённую сеть устойчивых контактов и на собственный «административный ресурс» во властных структурах S.**

Олигархи имеют проводников своих интересов во всех ключевых ведомствах, включая силовые. По имеющейся информации, эти группы систематически добиваются расширения своего влияния в системе государственного управления.

**ФПГ также являются крупными транснациональными конгломератами с влиянием внутри и за пределами страны.**

ФПГ создали сеть особо влиятельных зарубежных контактов, особенно в ключевых звеньях правительства США, Великобритании, Германии и России, включая спецслужбы. ФПГ успешно завязали бизнес-интересы с крупными западными финансовыми структурами и кредитными институтами для реализации своих проектов. При этом уровень поддержки олигархов в странах Запада, Азии и СНГ определяется не только корпоративными и экономическими интересами, но и геополитическими приоритетами представителей истэблишмента этих стран. Наличие влиятельных спонсоров за рубежом

создает у лидеров этих ФПГ, ощущение надежного прикрытия, которое может быть задействовано в случае активных действий правительственных структур против олигархических группировок и их руководителей. Поддержка таких спонсоров рассматривается лидерами ФПГ и аффилированных с ними политических сил как важный инструмент политического шантажа и давления в отношении ST.

**ФПГ действуют как самостоятельная экономическая и политическая сила - своего рода государство в государстве.**

ФПГ уже сосредоточили в своих руках колоссальные материальные, аппаратные, интеллектуальные, общественно-политические и информационные ресурсы, достаточные для того, чтобы выступать в качестве параллельной структуры власти. Такая структура развивается сегодня в рамках существующего государственного строя, и по сути дела, уже существуют предпосылки создания альтернативной политической системы, а также выстроены механизмы, способные дестабилизировать существующий строй, включая основы института президентской власти.

**По многим причинам политический вектор олигархов идет вразрез с существующим государственным строем и основным курсом ST.**

ФПГ имеют далеко идущие политические планы, структурируют вокруг себя «подконтрольное» политическое пространство S, угрожают вытеснить политические структуры, лояльные ST. Существуют свидетельства о формировании со стороны олигархических групп собственного административного и политического ресурса; о последовательной материальной поддержке политической оппозиции S; о финансировании и организации активных мероприятий в S и за рубежом; собственной информационно-пропагандистской политики в S и за рубежом; о постоянных контактах с иностранными спецслужбами и правительствами, и т.д.

**Единая политическая линия ФПГ, в конечном счете, стратегически направлена на приход к власти кандидата, подконтрольного ФПГ.**

В отличие от других вызовов ST, олигархи представляют собой вызов на принципиально новом уровне. Эти группы располагают интеллектуальными, организационными и финансовыми ресурсами, позволяющими создать **альтернативное правительство**, и могут бросить реальный вызов долгосрочному политическому мандату ST, а также процессу самого создания нового политического центра власти.

**Специфика формирования, деятельности и развития ФПГ делает их уязвимые в политическом, экономическом, административном и международном плане.**

Крупные олигархические группы характеризуются следующими слабыми сторонами:

- Неустойчивость реальной деловой и финансовой структур ФПГ;

15

- незавершенность сети политических и деловых связей;

- подозрительная деятельность отечественных и транснациональных структур ФПГ, включая грязные схемы приватизации, имеющие потенциально криминальные аспекты;

- финансовые нарушения как уязвимые места олигархических структур, например — массовое укрытие доходов от налогообложения, применение финансовых схем, содержащих действия, потенциально подпадающие под административную и уголовную ответственность, коррупции, мошенничества, присвоения чужого имущества, связи с организованной преступностью в S и за рубежом;

- финансовые и структурные слабости олигархических групп, противоречащие действующему законодательству.

Реализация предлагаемых технологий правоприменения, государственного и негосударственного регулирования позволит восстановить контроль над олигархическими группами в экономическом, политическом, административном и в международном плане.

## 2. Внешние и внутренние элементы предлагаемых технологий

Технологии, которые будут применены в процессе контроля необоснованных политических амбиций и притязаний на власть со стороны некоторых лидеров олигархических групп, а также связанных с ними коррумпированных чиновников и политиков S, смогут лишить или значительно ослабить как внутренние, так и внешние факторы влияния и силы олигархических групп.
Таким образом, технологии разделены на внешние и внутренние. Во многих случаях, разграничение между внутренними и внешними элементами этих технологий сложно определить, так как они всегда взаимосвязаны, а сильное позиционирование олигархов на Западе намного зависит от их силы в S, и наоборот.

У всех ФПГ на постсоветском пространстве наблюдается тенденция к переходу количественного накопления денежных средств в новое качество — покупку и расширение политического влияния и внутри страны и за ее пределами. На этой основе, нельзя недооценивать растущую угрозу со стороны ФПГ и их руководителей политической стабильности и экономическому процветанию S. Известно множество примеров выхода из под контроля олигархических финансово-промышленных групп в странах бывшего СССР, включая Россию и Украину. Мощные ФПГ всегда будут стремиться к полному контролю над высшими политическим инстанциями государства.

В S, как и в России, создав мощные структуры и аккумулировав миллиардные средства за рубежом, руководители олигархических ФПГ видят в высшем политическом руководстве тормоз для своих далеко идущих планов. Они не только не хотят

спрашивать разрешения у руководства страны о создании и реализации стратегических проектов, определяющих геополитические интересы государства на годы и десятилетия вперед, но и не желают показывать реальные объемы своего разветвленного бизнеса, уводя доходы в оффшорные структуры,   уходят от социальной ответственности путём неуплаты налогов и других отчислений.

### 3. ККБ как один из лидирующих ФПГ в S

Одной из самых сильных олигархических групп является ФПГ ККБ - «КазКоммерцБанк». По размеру обнародованных активов – это самый большой частный банк в стране (3 миллиарда долларов США активов по состоянию на 31 декабря 2003 и порядка 3.5 миллиарда долларов на середину 2004 г.). Реально же Группа и аффилированные оффшорные структуры, по подсчетам экономистов, контролируют активы в $8-9.5 миллиардов долларов.

Доверенные источники в Банке и налоговых ведомствах S, России и США считают, что ККБ и аффилированные структуры осторожно ежегодно уводят прибыль на сотни миллионов долларов в оффшоры; уклоняются от полной уплаты налогов, в том числе и через подконтрольных работников налоговой службы. Структуры, входящие в Группу ККБ вывозят больше нефти и другого сырья, чем задекларировано в документах через порты и трубопроводы, контролируемые этой ФПГ. Банк и Группа располагают имуществом и средствами в S и за рубежом на миллиарды долларов США.

Огромные суммы Группа ККБ ежегодно укрывает за рубежом, уходя от налогов на десятки миллионов долларов, финансирует свою антигосударственную политическую деятельность. Главным оффшорным подразделением ФПГ является компания Central Asian Industrial Holdings (CAIH), зарегистрированная в Нидерландских Антильских островах (Карибское море).

По самым осторожным оценкам, ежегодный оборот CAIH – от 350 миллионов долларов США в год. Реально, эта сумма может достигать до 500 миллионов в год. Прибыль составляет 30 процентов от оборота.

Политические и экономические связи Группы ККБ за рубежом обширны, и включают высший уровень Кремлевской Администрации, Мэрии Москвы, Европейский Банк Реконструкции и Развития (в Совет директоров которого входят министры финансов, президенты Центробанков, и министры экономики большинства стран евро-атлантической зоны). Через Международную Финансовую Корпорацию эта ФПГ поддерживает сильные контакты с системой Всемирного Банка.

### 4. ФПГ ЕГ, контролирующая треть экономика S

ФПГ Евразийская Индустриальная Ассоциация (ЕГ) обладает колоссальными экономическим ресурсами в масштабах S. По расчетам S, российских и западных экономистов и экспертов, руководители этой группы А. Машкевич, Ф. Шодиев и А. Ибрагимов контролируют до 30 процентов экономики S, составляющей по данным Всемирного Банка $12-14 миллиардов долларов, не считая «серой» и теневой экономики (до 30-40 процентов от вала). По данным финансовых аналитиков, одна

только оффшорная компания J&W Holdings имеет оборот в 1 миллиард долларов. При ориентировочной цифре ВВП S в $ 29,7 миллиардов, а учитывая, тот факт, что, по крайней мере, до 40-50 процентов концерна остаются в тени, годовой оборот ФПГ ЕГ и аффилированных структур составляет до $ 12-15 миллиардов.

При доходности в 20-30 процентов, принимая рыночную стоимость активов за трех- или четырехкратное значение годового дохода, сам концерн стоит намного больше от $15 до $25 миллиардов долларов - при условии транспарентной конкурсной продажи с участием транснациональных компаний. На заводах ФПГ ЕГ занято более 60,000 чел.

Вместе с этой экономической силой, ФПГ ЕГ имеет мощный административный рычаг, который они успели получить в результате их сотрудничества с Правительством S. Одновременно с этим, попытки ФПГ ЕГ вывести большую часть своих активов за рубеж указывает на стремление выйти из под контроля ST.

Существуют и другие, менее мощные и известные группировки, которые также должны стать объектом предлагаемых технологий. Например ФПГ Мухтара Аблязова, ФПГ Тимура Кулибаева, ФПГ Рахата Алиева и другие.

18

## III.  "ПОЗИТИВНЫЕ" ТЕХНОЛОГИИ – МЕХАНИЗМ ПРИМЕНЕНИЯ ЛЕГИТИМНЫХ МЕР ДЛЯ УСТАНОВЛЕНИЯ КОНТРОЛЯ НАД ФПГ И ОЛИГАРХАМИ

### 1.  Подготовительный этап – амнистия капитала, которой можно поверить

- Подготовительный этап предполагает разработку детального механизма амнистии капитала, с широким освещением в СМИ процедур и закона по амнистии капиталов;

- Главное отличие от подобной предыдущей акции заключаться будет в том, что амнистия будет платной. На заявленные незаконные активы необходимо будет заплатить налог 10% от общей стоимости таких активов;

- Государство даст «индульгенцию» в виде специального документа. С этого момента незаконные активы становятся чистыми, с них уплачен налог. Все амнистирующие свои капиталы должны предоставить декларации о наличии всех своих активов, отдельно показав те, которые они амнистируют. Таким образом,  будет выполнена добровольная инвентаризация активов.  Никто не должен насильно заставлять вернуть  активы в S, главное станет известно, где они находятся, в какой форме, в каком количестве.  Налог будет поступать в бюджет государства.

### 2.  Информационная поддержка давления на легализацию доходов олигархов

- Одновременно должна вестись активная пропаганда о необходимости легализации доходов и добровольного раскрытия информации и уплаты налога. СМИ должны четко показать механизм амнистии, а также дальнейшие последствия укрытия активов и вероятность последующих расследований;

- Для тех, кто захочет амнистировать денежные средства (чулочные запасы) или вернуть часть денег в S необходимо создать государственные инвестиционные фонды разных направлений, которые будут работать в соответствии с законом «Об инвестиционных фондах»;

- Для реализации задачи будут созданы фонды: безрискового инвестирования, венчурный, акционерный, недвижимости и др. Руководить этими фондами будут назначенные ST менеджеры, в том числе приглашенные специалисты из-за рубежа. Главная задача фондов – направлять средства на модернизацию экономики S;

- Нельзя заставлять насильно возвращать активы в S, если с них будет уплачен налог. На этом этапе возврат будет делом добровольным;

- После завершения амнистии должна быть оглашена сумма налога, поступившего в бюджет;

- Таким образом, будет проведена инвентаризация части активов ФПГ и олигархов;

## 3. Административный возврат капитала, который не воспользовался амнистией

- Далее, поскольку международное сообщество будет в курсе проводимой амнистии, можно по запросам международных банков и иных институтов начинать расследования;

- К расследованию должны привлекаться международные специалисты и лучшие отечественные кадры. Если юридически будет доказано и подтверждено международными специалистами, что активы незаконно заработаны, государство забирает активы и передает в управление в соответствующий фонд (акции предприятий за рубежом в акционерный фонд, недвижимость в фонд недвижимости, денежные средства в венчурный или инфраструктурный фонд и т.д.);

- Каждый фонд должен иметь четкую инвестиционную декларацию по управлению активами фонда, в соответствии с международными нормами;

- На людей, скрывших свои незаконные активы, будут начаты расследования и применяться меры, изложенные далее в этом документе. Расследования будут гласными, меры должны быть жесткими.

## 4. Внутренняя и внешняя кампании для обеспечения принятия правильности административных действий

- Рекламная кампания должна быть эффективной. Каждый гражданин должен знать, что ST дает возможность стать вновь честным, заплатив налог внести свой вклад в развитие S и жить спокойно. Но если не воспользуются предоставленной возможностью и наличие незаконных активов будет доказано, не надо обижаться и бесполезно бежать к своим зарубежным спонсорам за политической поддержкой, так как к расследованиям будут привлечены лучшие международные специалисты;

- После применения расследований и мер по возврату активов государству многие придут и сядут за стол переговоров, добровольно вернут активы в фонды или согласятся на меры предложенные в этом документе (введение комиссаров ST в их бизнес, полное раскрытие информации и передача активов под контроль, отказ от политических амбиций);

- В свою очередь СМИ как внутри страны, так и за рубежом должны широко освещать ход этих мероприятий, делая акцент на то, что этими мерами ST восстанавливает социальную справедливость. Например, СМИ освещают, как на найденные в оффшоре деньги восстанавливаются сельские дороги, строятся сельские больницы;

- При этом внимание общественности заостряется на том, что никто не собирался отбирать что-либо из активов, было предложено оплатить небольшой налог и получить тем самым «индульгенцию» на законное владение этими активами. Пожадничал, виноват сам.  Незаконно нажитое было предложено сделать законным, не захотел нести социальную ответственность, верни народу украденное.

- Такой подход будет поддержан основной массой населения, ST будет выглядеть в глазах общественности как справедливый и сильный руководитель.

## 5. Последующее преследование капитала олигархов

- Итогом внедрения этого механизма должны стать: инвентаризация активов всех групп, установление контроля над ними и их движением, дестабилизация агрессивных олигархических групп;

- Следующим этапом будет введение небольшого налогообложения на доходы от активов, находящихся за рубежом. Тогда будет установлен контроль за движением амнистированных активов, то есть политический центр будет видеть, как работают активы, куда направляются и будут иметь право запросить компетентные органы предоставить информацию о тех или иных активах и их владельцах.

# IV.  ПОЛИТИЧЕСКИЕ ТЕХНОЛОГИИ

Политические технологии, которые будут применяться, направлены на усиление власти ST и обеспечение внедрения нового политического центра в S.  Для этого необходимо усилить давление на ведущих представителей олигархических ФПГ с целью обеспечения их безоговорочного сотрудничества и подчинения новому центру.  Меры должны включать усиление единоначалия в государственных структурах и кабинете министров, постановку под контроль ST всего аппарата Правительства, Парламента и других ветвей власти.

Обеспечив «сотрудничество» и «понимание» руководства ФПГ, необходимо создать более централизованную систему управления активами этих ФПГ, лишить их руководителей поддержки политических партий, которые являются оппонентами ST.

## 1.  Внутренние политические технологии

Меры политического характера призваны обеспечить нейтрализацию усилий и устранить неправомерное стремление олигархических групп подчинить своему влиянию ключевые институты власти в стране.

В конкретном плане представляется целесообразным:

- переместить на другие должности спонсоров ФПГ в высших эшелонах государственной власти, ответственных за блок экономических решений, надзор за финансовыми институтами, деятельность правоохранительных органов;

- реализовать программу переаттестации управленческих кадров в госаппарате в целях повышения государственной дисциплины и ответственности;

- осуществить меры общественного характера, включая обеспечение в S широкой разъяснительной работы в связи с предпринимаемыми действиями государства в отношении ФПГ;

- создать при новом политическом центре Экспертный общественный совет по противодействию коррупции или подобную "мониторинг"- организацию. Его основной задачей в соответствии с международным опытом стала бы подготовка рекомендаций исполнительным и законодательным органам власти по повышению эффективности антикоррупционной политики государства;

- провести разъяснительную работу в S для дискредитации большого бизнеса и ликвидации их потенциала для создания мощной коалиции противостоящих ST сил;

- перекрыть каналы финансовой поддержки политической оппозиции со стороны представителей олигархических групп;

- провести серию показательных мероприятий по борьбе с коррупцией и правонарушениями политических спонсоров ФПГ в высших эшелонах государственной власти;

- сделать достоянием гласности факты, подрывающие репутацию определенных руководителей олигархических групп и связанные с ними политические группы как "искренних защитников демократических ценностей и свободной конкуренции, а также патриотов своей страны";

- Основным игрокам этих ФПГ необходимо поставить на вид превышение их «полномочий» и запретить политическую деятельность во всех её видах. Они должны быть предупреждены под расписку и на самом высоком уровне совершенно четко и однозначно, что продолжение этой деятельности приведет к неблагоприятным последствиям для них самих, для их бизнес-интересов и благополучия их семей;

- Чиновники Правительства и Администрации Президента, связанные с этими олигархическими структурами, должны быть взяты на особый контроль нового центра власти, а в случае продолжения нелояльного поведения, уволены или переведены на менее ответственные должности. Исполнение распоряжений ST и Правительства по борьбе с коррупцией и политическим вмешательством олигархов должно контролироваться на самом высоком уровне. За неисполнение должны приниматься меры, вплоть до увольнения и привлечения к административной и уголовной ответственности. Чиновники, продолжающие сотрудничество с этими ФПГ, превышающие их служебные полномочия, должны выявляться и наказываться;

- Политические структуры, которые показывают и поддерживают необоснованные политические амбиции этих олигархов, должны подвергнуться финансовым и административным проверкам в рамках мер по расширению политической прозрачности. Такие меры должны быть разработаны в рамках действующего законодательства. Подобным проверкам должны подвергнуться и другие партии, чтобы избежать обвинения в «маккартизме» и охоте на ведьм.

- Должен быть негласно назначен конкретный высокопоставленный чиновник или помощник ST, облеченный всеми необходимыми полномочиями и обладающий полным доверием ST, отвечающий за координацию и исполнение этих мер.

Необходимо отметить важность кадровых моментов в наборе персонала для внедрения этих технологий, их экономико-юридическую подготовку, верность и лояльность ST.

## 2. Внешние политические технологии – нейтрализация политической поддержки олигархов на Западе

Необходимо предпринять превентивные меры с тем, чтобы показать Западу «истинное лицо» олигархов и попытку некоторых из их руководителей «купить» демократию S. До сведения представителей международной политической и бизнес-элиты следует целенаправленно довести свидетельства деловой и политической «нечистоплотности» отдельных лидеров и структур олигархических группировок.

В той связи в практическом плане целесообразно:

- предпринять меры на самом высоком уровне западных администраций по дискредитации вмешательства ФПГ в политику S, их попыток неправомерно повлиять на ход демократических процессов в стране, представляя поддержку их политических оппонентов ST как прямую попытку «купить свое карманное правительство», что в свою очередь может привести к нарушению геополитического баланса в регионе;

- на основе работы с правящими кругами исполнительной и законодательной власти США и Западной Европы, дискредитировать большой бизнес S и аннулировать потенциал этих ФПГ по созданию мощной коалиции противостоящих ST сил;

- на основе установленных прямых каналов коммуникации со структурами деловой и политической элиты Запада ограничить или блокировать доступ определенных олигархов к лицам, принимающим решения в администрациях США и Западной Европы. Одновременно с этим довести до них информацию о противозаконной и корыстной деятельности некоторых руководителей ФПГ, которые заинтересованы в формировании подчиненного им «карманного правительства»;

- на основе предоставления правоохранительным органам Запада информации о неправомерных финансовых сделках ФПГ дискредитировать методы некоторых руководителей ФПГ по финансированию политических партий в S и подкупы государственных чиновников;

- обеспечить консолидацию усилий «круга друзей» ST на Западе, занимающих ключевые позиции в структурах государственной власти и политической элиты, которые рассматривают ST как наиболее «приемлемого» стратегического партнера и, соответственно, заинтересованы оказывать ему содействие в борьбе с «зарвавшимися» олигархическими группировками;

- при необходимости, предоставить информацию международным кредитным институтам (IFC, Всемирный Банк, ЕБРР) о сомнительных и неправомерных действиях таких ФПГ, чтобы вызвать «ревизию» отношения этих институтов к конкретным членам руководства крупного бизнеса и ограничить политическую поддержку этих ФПГ на Западе.

# V. ЭКОНОМИЧЕСКИЕ ТЕХНОЛОГИИ

## 1. Внутренние экономические технологии

Основной задачей внутренних экономических технологий является перевод активов ФПГ под контроль ST и его доверенных лиц. Для этого предусматривается следующее:

- Необходимо обеспечить централизацию управления и контроля над финансовыми потоками крупнейших финансово-промышленных групп в руках нового политического центра;

- Требуется обеспечение системы контроля за распределением доходов и прибылей крупнейших финансово-промышленных групп, на основе введения экономических обязанностей по отношению к новому политическому центру по форме внедрения системы «социальной ответственности бизнеса»;

- Нужно реализовать программу перераспределения доходов и прибыли олигархических групп в целом для того, чтобы скорректировать в интересах государства объем контролируемых ими ресурсов, а также исключить ненадлежащее использование этих ресурсов;

- Конкретным ФПГ и их аффилиированным структурам правительство S впредь не должно оказывать никакого содействия сверх режима, установленного действующим законодательством и нормативными актами. Компании должны быть «равноудалёнными» от власти в экономическом смысле. Более того, если эти ФПГ и аффилиированные структуры, принимают участие в приватизационных тендерах или конкурсах по управлению имуществом, при прочих равных условиях. Но на данном этапе предпочтение следует оказывать другим компаниям;

- В рамках борьбы с коррупцией предлагается ужесточить законодательство, позволяющее руководителям государственных компаний и чиновникам иметь банковские счета и собственность (даже через родственников) вне знания и контроля государства. Необходимо обязать олигархические группы и их руководителей предоставлять полную информацию о такой собственности новому политическому центру;

- Предусматривается провести действия по контролю за государственными чиновниками - держателями акций в оффшорных компаниях ; обязать их представить полную отчетность о такой собственности за последние 5 или 10 лет;

- В законодательстве необходимо прописать, ряд мер пресечения, например, таких как увольнение с государственной должности за предоставление ложной

информации по этим вопросам, лишение возможности занимать государственную должность в будущем, штрафы, конфискацию имущества и уголовное преследование;

- Раннее заключенные контракты, особенно на поставку природных ресурсов связанных с конкретными ФПГ, могут пересматриваться, исходя из общего подхода пересмотра государственных договоров;

- Можно успешно реализовать программу демонополизации и разделить активы ФПГ на несколько реально самостоятельных компаний, оперирующих в конкурентной среде;

- На основе неофициальных контактов с конкретными олигархами, предупредить их, что нужно привести «тихие партнерства» определенных ФПГ в соответствие со стандартами взаимоотношений подрядчик – клиент;

- В случае сопротивления определенных ФПГ, их руководства и политических союзников, приватизация активов этих олигархических групп может быть пересмотрена.  Не ставя под сомнение итоги приватизации, провести расследование законности наиболее значимых сделок по слиянию и поглощению в рамках конкретных ФПГ; в отдельных, «наиболее вызывающих», случаях результаты таких сделок могут быть пересмотрены;

- Для проведения всех мероприятий, изложенных в данном документе, государство должно иметь легитимный повод и законные основания, которые можно получить, применив амнистию капитала, как механизм взятия под контроль деятельность олигархов и их ресурсы.

## 2.  Внешние экономические технологии

Основная цель внешних экономических технологий – «вывести из тени», а также поставить под контроль государства и непосредственно ST основные финансово-экономические ресурсы ФПГ.

В этой связи в конкретном плане представляется целесообразным:

- Ввести систему централизованного управления и контроля над финансовыми потоками вне S крупнейших финансово-промышленных групп в руках нового политического центра;

- Ввести систему контроля над распределением экспортных доходов и прибылей крупнейших финансово-промышленных групп вне страны, на основе введения экономических «сдержек» и «контроля» со стороны нового политического центра;

- Реализовать программу перераспределения доходов и прибыли олигархических групп, которые выводятся в "оффшорные" центры для корректировки в

интересах государства объема контролируемых ими ресурсов и исключения ненадлежащего использования этих ресурсов;

- Обеспечить прозрачность для надзорных органов государства и непосредственно ST отношений собственности и финансовых потоков в рамках конкретных ФПГ в целом, и особенно их "оффшорных" связей и платежей;

- Реализовать программу демонополизации и разделить внешние активы определенных ФПГ на несколько реально самостоятельных компаний, оперирующих в конкурентной среде и вне контроля олигархических "крыш";

- Необходимо нанять консалтинговую фирму, желательно с международным опытом и престижем, например из США, для усиления экономических и административных мер по борьбе с коррупцией. Такая фирма, совместно с Минюстом и правоохранительными органами, должна разработать в кратчайшие сроки необходимое законодательство, правительственные инструкции и ряд иных эффективных мер по борьбе с коррупцией;

- На основе комплексного анализа ситуации разработать программу создания «экономической альтернативы» отдельным международным проектам и партнерствам разных группировок, позволяющих повысить эффективность международного делового сотрудничества непосредственно в интересах государства.

# VI. Административно-принудительные меры

Меры административно-принудительного характера призваны продемонстрировать решимость государства и непосредственно ST последовательно укреплять в стране атмосферу законности и порядка, а также лишить лидеров олигархических групп чувства вседозволенности и безнаказанности.

## 1. Слабости ФПГ, которые необходимо сделать объектом административно-правовых мер

Уязвимые места ФПГ связаны с совокупностью нарушений административного и уголовного права, включающие:

- уход из-под контроля аудиторских, налоговых и правоохранительных структур С.
- нарушение антимонопольного законодательства
- вывод средств в оффшоры
- уклонение от уплаты налогов
- злоупотребление служебным положением лиц одновременно являющихся чиновниками правительства, госкомпаний и акционерами олигархических групп
- нарушения при приватизации
- возможное соучастие в хищениях и контакты с оргпреступностью
- разобщенность и конфликт интересов внутри страны.

В S существует несколько финансово-промышленных групп (ФПГ), способных создать реальную угрозу стабильности существующей политической системы и введения нового политического центра. Эти группы функционируют сегодня в рамках существующего государственного режима, в то же время они уже сейчас сосредоточили в своих руках колоссальные материальные, аппаратные, интеллектуальные, политические и информационные ресурсы, достаточные для того, чтобы выступать параллельной структурой власти.

## 2. Конкретные технологии административно-правового контроля олигархов

После проведения амнистии капиталов в числе технологий представляются оправданными:

- проведение административных и уголовных расследований по признакам неуплаты налогов в особо крупных размерах и нарушениях законодательства о валютном регулировании;

- введение уголовных наказаний за финансовые преступления конкретных олигархов;

- проведение расследований конкретных сделок и проектов определенных ФПГ на основе сигналов из-за рубежа. Такие расследования необходимо поставить в контекст международного сотрудничества S с западными державами и как продолжение процесса борьбы с орг.преступностью и коррупцией;

- на основе проведенной фискальными и правоохранительными органами S «инвентаризации» финансовых активов ФПГ, незаконно выведенных за рубеж, предложить ее лидерам «добровольно» репатриировать эти активы в S (возможно, и на условиях налоговой амнистии) в целях реализации государственных программ социального развития.

# VII. Международные следственные технологии

## 1. Международные следственные технологии

С целью лишения лидеров олигархических структур их главных рычагов политического влияния, а также устранения возможности противодействия процессу обеспечения долгосрочного политического мандата ST необходимо провести процесс установления контроля над их ресурсами в S. Для успешного введения такого контроля предусматриваются следующие действия:

- разработать и начать серию правоохранительных мер (оперативная разработка, следствие, суд, определение мер наказания) совместно с зарубежными правоохранительными органами, которые должны привести к обузданию политических амбиций и злоупотреблений ФПГ и его руководства, перевести активы олигархов в подконтрольные ST и государству структуры;

- начать такие расследования нужно не с самого высшего руководства таких ФПГ, а с ключевых фигур второго уровня, особенно тех, кто имеет информацию и непосредственное отношение к сокрытию средств в оффшорах и уходу от налогов, которые в дальнейшем смогут сотрудничать со следствием. Оперативная разработка и судебное преследование вышеуказанных лиц дадут дополнительную информацию по деятельности конкретных руководителей ФПГ за рубежом;

- подвести в фокус таких расследований сомнительные правящие позиции конкретных олигархов в зарубежных компаниях, сделки конкретных ФПГ по приобретению активов за рубежом, получение взяток государственными чиновниками от олигархов путем коррумпированных платежей, которые прошли через оффшорные счета в связи с борьбой с международной орг.преступностью, и т.д.;

- начать следствие и возбудить, там, где имеется состав преступления и доказательная база, уголовные дела, аннулировать результаты приватизации, или принять другие право-обеспечительные меры против олигархических групп и их высшего руководства по следующим позициям:
  - o Нарушения при приватизации
  - o Нарушения антимонопольного законодательства
  - o Нарушения правил и постановлений при эксплуатации нефтяных месторождений, увод активов за рубеж, уклонение от уплаты налогов
  - o Злоупотребление служебным положением

- o Нарушения закона, включая мошенничество и убыточную для государства продажу компаний
- o Установление виновных и соучастников в хищениях в особо крупных размерах
- o Пересмотр сумм укрытых доходов определенными ФПГ и увеличение штрафов от сумм неуплаченных налогов
- o Совершение злостных преступлений

Предлагаемые мероприятия будут самыми крупными за всю историю страны в деле борьбы с коррупцией и злоупотреблением властью. Поэтому, судебно-правовая и правоохранительная системы и спецслужбы должны быть надлежащим образом подготовлены к этому вызову. Предложенные технологии должны принудить олигархов к переводу их нелегально заработанных или уведенных от налогообложения средств под контроль нового политического центра. Для этого политический центр может использовать государственные инвестиционные фонды (см. механизм амнистии).

## 2. Международная поддержка при проведения следственных технологий

Необходимость международной поддержки мерам, предпринимаемым в отношении ФПГ, объясняется транснациональным характером деятельности этих групп, а также существующими у некоторых из ее лидеров влиятельных спонсоров в среде деловой и политической элиты Запада.

В этой связи целесообразно использовать, в том числе наработанные каналы сотрудничества с зарубежными правоохранительными и финансово-аудиторскими агентствами для выявления и подтверждения фактов отмывания денег, международного мошенничества и других правонарушений в сфере международных финансовых операций со стороны таких ФПГ.

В конкретном плане было бы целесообразно:

- организовать диалог с руководящими работниками американских, европейских и международных правоохранительных органов для дискредитации позиций некоторых лидеров таких ФПГ в этих кругах и возможного административного и уголовного преследования «виновных» в соответствующих юрисдикциях;

- установить диалог с надзорными финансовыми органами и органами регулирования финансовых рынков Великобритании, США, Канады и других стран с целью выявления возможных нарушений требований: Лондонской финансовой биржи в связи с размещением ценных бумаг; возможных нарушений со стороны филиалов олигархических структур, работающих за рубежом; возможных случаев ухода от налогов и других правонарушений вне S и т.д.;

- установить контакты с российскими правоохранительными структурами в целях выявления возможных связей отдельных лидеров ФПГ с представителями организованной преступности, в том числе при реализации крупных экономических проектов;

- подготовить подходящую для западных правоохранительных структур информацию о нарушении законов и связях с международной преступностью отдельных членов руководства ФПГ с тем, чтобы в случае необходимости «закрыть им доступ на Запад».

### 3. Специальные «аудиторские» меры в оффшорных юрисдикциях

Важным аспектом системы мер, предлагаемых для нейтрализации олигархических групп нам видится установление ST жесткого контроля над их активами, находящимися в оффшорных фирмах. Эти активы должны быть полностью инвентаризированы, оприходованы, и поставлены под контроль государства и лично ST.

В этой связи предлагается создать небольшую конфиденциальную автономную централизованную структуру, подконтрольную ST и новому центру политической власти в S, которая возьмет на себя контроль за существующими активами таких ФПГ. В ней должны работать надёжные S и иностранные специалисты высшего класса. Из соображений национальной безопасности и личной безопасности ST, не представляется целесообразным, чтобы такая структура функционировала в рамках существующих министерств и ведомств, была официально подведомственна Президентской Администрации и в последствие, новому политическому центру и функционировала на территории S.

Лидеры олигархических структур должны добровольно предоставить полный доступ доверенным лицам ST ко всей корпоративной информации их настоящих и будущих предприятий в S и за рубежом. Только таким образом они смогут спасти свои настоящие позиции, и может быть осуществлен полный контроль за их будущей деятельностью. Без жесткого контроля со стороны ST над олигархическими структурами, принятие политическими оппонентами радикальных мер против ST и его близкого окружения будет только вопросом времени. Такие меры могут быть профинансированы из вышеупомянутых средств, если они не будут взяты под контроль.

# VIII. ПРОАКТИВНЫЕ ТЕХНОЛОГИИ ЗА РУБЕЖОМ

Для осуществления операции по нейтрализации потенциальных угроз при проведении предлагаемых технологий целесообразно принять следующие меры:

## 1. Организация проактивных мероприятий

- Назначить доверенных лиц для управления активами, переходящими от олигархических групп к структурам с государственным участием, контролируемым ST;

- Избрать доверенные и конфиденциальные структуры (компании) в юрисдикциях, дающих максимальную защиту от враждебного вмешательства;

- Нанять консалтинговую фирму с необходимым набором аудиторских и юридических правовых квалификаций, которая будет в состоянии оприходовать и конфиденциально перевести вышеуказанные активы в доверенные структуры (компании) или государственные фонды;

- Приготовить (после проведения необходимых правоохранительных мер) судебные материалы (решения судов), которые можно передать в иностранные юрисдикции для поиска активов, контролируемых определенными ФПГ;

- Провести мероприятия по поиску, идентификации и задействованию бывших обманутых/недовольных зарубежных деловых партнеров олигархических групп с целью их подключения к настоящей кампании активных мер против олигархических групп и их руководства.

## 2. Информационное обеспечение и поддержка проактивных технологий

- Внедрить информацию в государственные и экспертные круги Запада, проливающую свет на коррупционную роль олигархических групп и их руководства;

- Разработать и осуществить в СМИ России, Европы и США серию публикаций о коррупции определенных олигархов;

- Разработать и осуществить в СМИ России серию публикаций по борьбе с укреплением олигархата в S. Показать роль ST как главного борца с коррумпированными олигархами; сравнить с другими международными лидерами, которые имеют анти-коррупционную репутацию;

- Расширить меры по правильному освещению имиджа ST на Западе как борца против коррупции, заботящегося о строительстве в S правового государства и режима наибольшего благоприятствования инвесторам. Сравнить новые меры по борьбе с коррупцией с аналогичными мероприятиями, происходившими ранее в Гонконге и Сингапуре;

- Провести мероприятия, рассчитанные на политическую, академическую и медиа-элиты, направленные на создание отрицательного имиджа для основных фигурантов, такие как семинары и конференции по беспределу и засилью, творимому олигархическими группами.

# IX. ДОПОЛНИТЕЛЬНЫЕ МЕРЫ АДМИНИСТРАТИВНО-ПОЛИТИЧЕСКОГО ХАРАКТЕРА

## 1. Введение института альтернативных законных представителей деловых интересов

В процессе ограничения действий олигархов, необходимо предусмотреть становление законных организаций-представителей интересов предпринимателей. Процесс становления таких организаций должен опережать жесткие действия, направленные против олигархов, чтобы избежать вакуума или принятия на себя олигархами мантии легитимных участников социально-политических процессов.

Законные интересы могут представлять торгово-промышленные палаты, ассоциации, гильдии, союзы предпринимателей, союзы и федерации работодателей и другие аналогичные организации. Ни одна из имеющихся в стране на сегодняшний день организаций не выполняет такой роли, так как не имеет своего лица и не сумела завоевать доверие.

Легитимность таких организаций создается на основе их успехов в изменении государственной практики или политики в интересах экономического роста. Таким образом нужно предусмотреть ситуации, в которых правительство или парламент могут уступить легитимным требованиям представительных организаций, что позволит последним реально выступать защитниками интересов бизнеса.

## 2. Приложение корпоративных правил для контролирования корпоративных олигархических структур

В зависимости от юридических форм владения активами в стране, олигархические компании могут быть призваны к порядку различными способами. Например, если владение осуществляется через корпорацию, зарегистрированную в S, то возможно провести закон, по которому ежегодное собрание акционеров должно проводиться в юрисдикции корпорации и быть открытым для всех акционеров. Если же не все основные акционеры присутствуют открыто, корпорация может потерять право управления имуществом или быть привлечена к гражданской ответственности.

Кроме того, законы многих стран позволяют государству или группе акционеров возбуждать иски от лица корпорации против её руководства за нарушение обязанности добросовестного управления активами акционеров.

В случае корпораций, котирующихся на биржах, агентство по ценным бумагам может применять самые разнообразные санкции против как самой компании, так и её управленцев. А руководство биржи в свою очередь может требовать предоставления самой обширной отчетности со стороны корпораций и применять санкции в случае сокрытия информации.

Если S активы управляются через иные юридический структуры, то необходимо изучить возможности принудительного раскрытия информации о собственниках в соответствующих юрисдикциях.

### 3. Регулятивные санкции

Государство располагает способами привлечения правления компаний к ответственности за нарушение антитрестовского законодательства, а также гражданскими исками за нарушения правил честной торговли, нарушение условий труда, преступную халатность в отношении окружающей среды, поставку заведомо недоброкачественной продукции и т.д.

Для всех этих исков характерно, что они не связаны с преступлениями против государства (как налоговые преступления), а являются преступлениями против населения. Поэтому такие иски не имеют политической окраски.

### 4. Защита частных обличителей

В большинстве развитых стран для борьбы с крупномасштабной коррупцией и олигархическими структурами имеется специальные закон о защите частных обличителей.

Суть этой практики в том, что граждане, работающие в компаниях (или госслужащие) не могут быть преследованы, уволены без оснований, разжалованы, если они помогли в раскрытии мошенничества со стороны руководства компаний или госведомств.

S может также ввести такую норму, что облегчит разоблачение некоторых олигархов, в особенности тех, кто замешан в подкупе чиновников при распределении квот, лицензий или госзакупок.

### 5. Коллективные гражданские иски

Чрезвычайно эффективны способом обуздать разгул олигархических структур является создание юридической основы для коллективных гражданских исков за нарушение прав потребителей и правил честной конкуренции.

В качестве истца выступает либо общественная организация, либо группа пострадавших от лица всего класса потенциально пострадавших граждан. Таким образом сталкиваются интересы не правительства и отдельных олигархов, а олигархов и широких групп рядовых граждан.

Не исключено, что законодательство S уже допускает такие иски или что суд может интерпретировать имеющийся процессуальный кодекс таким образом, чтобы принимать к рассмотрению коллективные иски без дополнительных законодательных актов.

# X. ИНФОРМАЦИОННОЕ ОБЕСПЕЧЕНИЕ

Предлагаемые меры могут стать важным средством для укрепления имиджа ST в стране и за рубежом, при этом они предполагают решительное и мощное информационное обеспечение в отечественных и зарубежных СМИ, среди иностранных правительств и в экспертном сообществе. Без этого, ST может стать опять объектом для атак и злословия, ослабив не только свои международные позиции, но и S .

## 1. Информационная поддержка в S

Как было сказано выше, анти-олигархические меры на постсоветском пространстве находят поддержку и понимание, но только при соответствующем мощном информационном обеспечении такой кампании.

- В рамках проведения предложенных мер необходимо широко проводить разъяснительную работу в СМИ S;

- В СМИ S необходимо показывать как жируют олигархи ФПГ – владельцы предприятий, рабочие которых бедствуют, конкретно демонстрировать компромат: виллы, шикарные автомобили, обучение детей за границей, досуг;

- Обязать соответствующих членов государства, подконтрольные СМИ и другие структуры готовить высококачественные информационные материалы по нужной тематике, объяснять позитивный эффект мер против олигархов;

- Воспользоваться услугами иностранных специалистов по связям с общественностью и правительствами, по работе с Западными СМИ и при этом хорошо знающими условия в республике для обеспечения положительного освещения антикоррупционных и антиолигархических мер в S в западных СМИ;

- Организовать с помощью этих специалистов выступления представителей широких масс, элиты, международных экспертов, поддерживающих предлагаемые меры в S;

- Создать народное движение по выявлению и наказанию виновных в разных неправомерных сделках крупного бизнеса.

## 2. Работа с ведущими международными СМИ и «мозговыми центрами»

Олигархи активно используют услуги международной прессы и независимых экспертных центров за рубежом не только для того, чтобы создать себе репутацию высокопрофессиональных бизнес-организаций, но и для того, чтобы заручиться

политической поддержкой на Западе, обеспечить защиту аффилированным с ними политическим силам. Соответственно, основной задачей мер в международном публичном пространстве является как противодействие усилиям определенных представителей этих групп «найти защиту» на Западе в борьбе с «тоталитарным режимом» в S, так и обеспечение международного признания правомерности политики ST, направленной на защиту государственных интересов.

В этой связи, в частности, представляется целесообразным:

- Посредством установления доверительных контактов с наиболее влиятельными СМИ и западными «мозговыми центрами» предать гласности факты, свидетельствующие о противоправной деятельности некоторых лидеров ФПГ, нелегально финансирующих политические структуры и «оплачивающих благосклонность» нечистоплотных политиков, исходя из стремления обеспечить свои собственные корыстные интересы и желания «купить свое карманное правительство»;

- предоставить специализированным финансовым и деловым, а также ведущим общеполитическим СМИ Запада информацию о некоторых подозрительных и явно противозаконных действиях конкретных структур ФПГ. Передать этим СМИ сведения, характеризующие непрозрачность собственности и бизнеса олигархов, ставящие под сомнение их финансовые и бизнес проекты, а также деловую репутацию руководителей ФПГ. В случае необходимости предать гласности факты, свидетельствующие о связях отдельных руководителей с международной организованной преступностью;

- разработать и реализовать программу широкой кампании в публичном пространстве Запада, ориентированной на дальнейшее укрепление международного авторитета ST и демонстрацию его последовательности и решимости укреплять в стране законность и порядок, а также активно противодействовать коррупции;

- приступить к формированию институциональных механизмов публичного влияния ST непосредственно внутри центров мировой политики, прежде всего США, позволяющих целенаправленно защищать и продвигать национальные интересы S, а также — обеспечивать позиционирование долгосрочного политического мандата ST как единственного приемлемого гаранта стабильности и открытости международных отношений S в публичном пространстве.

# XI. НЕЙТРАЛИЗАЦИЯ ВОЗМОЖНЫХ ОСЛОЖНЕНИЙ ЗА РУБЕЖОМ В СВЯЗИ С МЕРАМИ ПРОТИВ ФПГ

Шаги, направленные на нейтрализацию олигархических групп и их влияния, могут вызвать отрицательную реакцию со стороны их союзников за рубежом. Понятно, что в свете большой важности активов таких групп для национальной экономики S, любые меры по нейтрализации политических угроз, исходящих от этих ФПГ, должны проводиться скоординировано, профессионально, и с минимальными потерями в экономической сфере, для того, чтобы сохранить стабильность и экономический рост в S.

В рамках предложенной кампании против олигархов прогнозируются выступления т. наз. правозащитных и ультра-либеральных сил на Западе, включая США и Великобританию. В меньшей степени отрицательная реакция возможна из Москвы, за исключением приплаченных ФПГ политических контактов и СМИ. На данном этапе еще не прогнозируется отрицательная реакция в КНР. При учете интересов японских банков, отрицательной реакции из Токио также не будет.

Нужно принимать во внимание, следующие контрмеры олигархов: публикации в газетах, особенно инспирированные нанятыми этими ФПГ пиар-агентствами в городах: Москва, Лондон, Амстердам, Нью-Йорк/Вашингтон. Как и в прошлом, могут быть организованны слушания в Конгрессе США. Возможны демарши посольства и Госдепартамента США; заседания Совета Европы и других подобных организаций, активизация структур Дж. Сороса, Международной Амнистии, Human Rights Watch. Поэтому рекомендуем опираться на действующее законодательство S, избегать радикальных силовых мер, за исключением реакции на нелегальные и антиконституционные шаги оппонентов и олигархов, и максимально обеспечивать информационную поддержку предлагаемых шагов.

# POLITICAL, MARKET AND ADMINISTRATIVE REGULATION OF
# MAIN ECONOMIC, POLITICAL, AND INTERNATIONAL RESOURCES OF OLIGARCHS

March, 2007

## Table of Contents

I. ANALYTICAL OVERVIEW ..........................................................................................4

    *1.The threat of oligarchic groups to the stability of the long-term political mandate of ST*....................5

    *2. The threat of oligarchic groups to the controllability of the long-term political mandate of ST*..........5

    *4. Resources of effective counter-actions against oligarchs* ....................................................6

    *5. Goals and tasks. Definition* ................................................................................6

    *6. Main methods of suppression of oligarchic resources* ........................................................8

    *7. Technologies of suppression of oligarchic resources* .........................................................9

II. OLIGARCHS AS A FACTOR OF POLITICAL DESTABILIZATION OF S ....................................12

    *1. FIGs' Activity Evaluation*....................................................................................12

    *2. Internal and external elements of the proposed technologies*..............................................14

    *3. KKB as one of the leading FIGs in S* .......................................................................15

    *4. FIG EIA, controlling one third of S's economy*............................................................15

III. "POSITIVE TECHNOLOGIES" AS A MECHANISM OF USE OF LEGITIMATE MEASURES
FOR CONTROL OVER FIGs AND OLIGARCHS ...............................................................17

    *1. Preparatory stage - capital amnesty that is believable* .....................................................17

    *2. Informational support for pressure on legalization of oligarchs' capitals* ...................................17

    *3. Administrative return of capitals outside of amnesty options* ..............................................18

    *4. Internal and external campaigns for the appropriate administrative actions* ..................................18

    *5. Subsequent persecution of the oligarchic capitals* .........................................................19

IV. Political technologies ..........................................................................................20

    *1. Internal political technologies* ..............................................................................20

    *2. External political technologies - neutralization of Western support for oligarchs*...........................22

v. Economic Technologies .........................................................................................23

    *1. Internal Economic Technologies*............................................................................23

    *2. External economic technologies*.............................................................................24

VI. Administrative and Compulsory Measures.....................................................................26

    *1. The FIGs' weak-points to be the object of administrative and compulsory measures*........................26

    *2.Concrete technologies of  administrative and legal control over oligarchs* ....................................26

VII. INTERNATIONAL INVESTIGATIVE TECHNOLOGIES ............................................................28

*1. International investigative technologies* .................................................................................*28*

*2. International support for conducting investigative technologies* ......................................*29*

*3. Special "audit" measures in offshore jurisdictions* ...........................................................*30*

VIII. PROACTIVE TECHNOLOGIES ABROAD ......................................................................31

*1. Organization of proactive measures* .....................................................................................*31*

*2. Informational support of proactive technologies* ..............................................................*31*

IX. ADDITIONAL MEASURES OF ADMINISTRATIVE AND POLITICAL NATURE. ...................33

*1. The introduction of institute of alternative legal representatives of business interests* ...................*33*

*2. The application of corporate rules to control corporate oligarchic structures.* .................................*33*

*3. Regulatory sanctions.* ..............................................................................................................*34*

*4. Protection of private accusers.* ...............................................................................................*34*

*5. Class action law suits.* .............................................................................................................*34*

X. INFORMATIONAL SUPPORT ..........................................................................................35

*1. Informational support in S* .....................................................................................................*35*

*2. Work with the leading international media and think tanks* ................................................*35*

XI. Neutralization of the possible complications abroad in connection with actions against the financial industrial groups .................................................................................................................37

# I. ANALYTICAL OVERVIEW

The proposed measures, political technologies, and actions are based on analysis, studies, research, and materials of working groups, including the leading world class experts in the spheres of law, economics, international law, national security, political sciences, and international relations from the USA, Western Europe, and South-East Asia.

The highly recognized experts responsible for elaboration of similar documents for the governments of the USA, UK, Brazil, Singapore, Spain, Morocco, Chile, Thailand, India, Hong Kong, and Korea got involved to work on individual theses elements. The theses were discussed with corresponding leading politicians and experts, heads of law-enforcement bodies, members of international organizations, businesses and associations, academic centers, interested active and retired politicians and statesmen from America, Europe, and Asia.

The preliminary general overview of analysis, studies, research, and materials on potential role of the oligarchs in the process of the legitimate development of the long-term political mandate of S has already given an idea about the significance of interrelations of ST and oligarchs for its long-term political mandate.

The depolitization, along with subsequent strong minimization of real political and economic role of the so-called financial and industrial groups (FIGs) and oligarchs is necessary for stable existence and support of the long-term political mandate of ST.

The concrete technologies in this sphere have to ensure the effective control over main economic, political, and international resources of major business by the new center of power. Thus major business leaders will be deprived of any possibility to use any leverages of political and economic influence and subsequently impact the movement of these resources.

The realization of the systemic actions related to the management of political ambitions and pretensions of the leaders of S's oligarch capital is a significant condition for the legitimization of the new long-term mandate of ST in the capacity of the national leader. Therefore, it is necessary to  take under the effective government's and direct ST control the main political, economic and  international resources of the major FIGs, in order to deprive their leaders of possible negative influence and to ensure the strong new centre of  power for neutralization of the representatives of the elite that are not loyal to ST.

### *1. The threat of oligarchic groups to the stability of the long-term political mandate of ST*

As part of the research of the FIGs activities, the factual data, expert evaluations which are at the disposal of certain Western law-enforcement bodies, international financial and credit organizations, mass media and social and political institutes, were analyzed and generalized.

The result of the analysis of all the data is the clear picture of the range of resources of oligarchic groups, their actual role in the political and economic system of S, as well as the methods they use for accumulation of material resources and instruments of political influence.

The oligarchic groups have not only significant financial resources and other means, but have such an advantage as professional employees selected as a close-knit team of likeminded people from the very beginning of their existence (1990-s).

Besides, they have an experience of unity in political struggle for their economic interests obtained in the beginning of this century. Then it was spontaneously and unprepared. Now they won't make the same mistakes, they will be prepared, possibly invest financial means to keep their positions and make every effort to fulfill their political ambitions.

### *2. The threat of oligarchic groups to the controllability of the long-term political mandate of ST*

Oligarchic lobbying in power structures is very strong, many highest level officials are connected to oligarchs, receiving financial support from them, and being loyal to them.

The oligarchs pay a lot of money for bribes and information; therefore there is always a risk of information leaks and unexpected strikes before ST is ready to implement measures proposed in this document.

The oligarchs implement a serious manpower policy. The best specialists in finance and law work for them, their security services recruit the best professionals of the law-enforcement bodies. They can perform such actions as political espionage and bribery of powerful persons possessing information and influence.

Their management is professional and mobile, taking quick appropriate decisions, and having a big advantage in comparison to the state machinery in terms of its effectiveness and speed of work.

In case of the unification of oligarchs against state authorities, they can "buy" law enforcement agencies, obtain their support in the form of refusal to maintain order, as well as obtain all the information concerning the activities aimed at neutralization of their political ambitions.

### 3. The threat of oligarchic groups to the legitimacy of the long-term political mandate of ST

The behavior of oligarchs could be considered as a real threat to the legitimization of the long-term mandate of ST. This threat's effect is mostly visible in the West.

The oligarchs continue to implement their course of political and economic activity, which at times contradicts not only the political course of ST but opposes ST himself. Some oligarchs behave as if they are untouchable and it is them who "control" S. The others, on the contrary, directly defy the policy held by ST and the political situation in the country before the circles of influential audiences in the West.

Such kind of behavior negatively reflects on ST. On one hand, it looks as if all the efforts by the S's government and ST to implement anti-corruption and other measures improving economic and business environment, have been ineffective for S. On the other hand, some oligarchs considered in the West as "close" to ST and "influential" in S, spread information about "incorrectness" of ST's political course, and this is perceived by certain Western elites as "truth".

Such behavior, resources at the oligarchs' disposal and their access to mass media could become a real threat to the legitimization of ST's long-term political mandate.

### *4. Resources of effective counter-actions against oligarchs*

The best local and foreign specialists should be recruited against ambitious oligarchs; their intellectual potential must be stronger than that of oligarchs' teams.

They may have already recruited Western specialists to prepare for seizing the power.

Therefore, strict, effective, and legal measures against any possible risks and political ambitions are necessary for the neutralization of their political ambitions.

As the result of research and analysis, the following possible technologies and mechanisms against FIGs have been developed.

These measures include political, economic, administrative, compulsory, law-enforcement, public and active actions.

The international element plays a significant role due to the transnational character of the groups' activities as well as the existing influential sponsors and support in the Western business and political elite circles.

### 5. Goals and tasks. Definition

The main purpose of this strategy is a long-term mandate for ST, which ensures the following: stability and manageability of the state, as a guarantor of effective economic development; provision of all necessary conditions for the entry into the group of world's 50 most developed countries.

In practice, the main purposes of the implementation of such technologies are as follows:

> **• Taking effective control over main political, economic and international resources of oligarchic groups by the new political center** and directly by ST in order to deprive their leaders of main leverages for a possible negative political and destabilizing influence.

> **• Rendering assistance in order to consolidate the power of the new political center** as well as to neutralize counteraction from the forces which are not loyal to ST during the preparation and establishment of his long-term political mandate.

Taking into consideration the above-mentioned purposes, the following tasks must be accomplished:

> **• Ensuring of management and control over financial flows of FIGs by the centre.** It is necessary to reorganize the management structure of the FIG property - all their assets as well as financial flows, including personal financial resources of the key leaders, have to be under immediate control by ST, his trustees and the new political centre.

> **• Ensuring of control over distribution of FIG income and profits.** The system allowing leaders of oligarchic groups to uncontrollably accumulate huge resources which could further be used to the detriment of the state has to be destroyed. In addition, it is necessary to develop and implement a well thought-through program of redistribution of hidden and groundless revenues of oligarchic groups. These measures should promote the political authority of ST and the new political centre of power, as well as strengthen people's support for his long-term political course.

> **• Deprivation of FIG's of their "own" administrative resources and instruments aimed at strengthening their political influence, provision of unconditional supremacy of the state's power.** The FIG leaders need to be put in their places in relation to ST's long-term political mandate. Therefore, all established channels of bribery, support, and promotion of FIG representatives in higher power circles and support for uncompromising opposition must be destroyed. It is necessary to achieve a new level of loyalty of the management by using a combination of encouraging and suppressive measures as part of an anti-corruption campaign.

• **Restriction of access for oligarchs to internal and external resources and minimization of their influence in S,** which could be used for the realization of their political ambitions. The flows of their resources should also be redirected within the system of general development of S, ensuring the strengthening of ST's long-term political mandate.

• **Ensuring of concrete international political support for ST, aimed at limiting oligarchic political influence, consecutive strengthening of the rule of law in the country.** The main purpose of these measures is to counteract oligarchs' efforts to seek Western support in their struggle against the "totalitarian regime" in S, as well as to guarantee international recognition of the legality and legitimacy of ST's policy, aimed at protecting national interests.

### *6. Main methods of suppression of oligarchic resources*

The useful approaches and technologies to be used against oligarchs and FIGs are complex actions; their effectiveness depending on the degree of the coordination and consistency.

The proposed system of coordinated measures includes:

• **political**

• **economic**

• **administrative and compulsory**

• **investigatory**

• **audit and monitoring**

• **lobbyist and public**

Such approach is particularly significant, because such complex of technologies does not only help solve a concrete political task but is also strategically important both for the internal policy of S and the favorable international positioning of ST's long-term political mandate.

• Aggressive measures against oligarchs and their main confidants are important as a demonstration of the state's as well as directly ST's determination to gradually strengthen law and order in the country and to deprive oligarchic leaders of the feeling of impunity and a total absence of authority. So, ST will strengthen his position as an indisputable leader of his country with a new mandate and will gain broad public support.

• Consistent and uncompromising politics of the head of the state aimed to protect national interests from the selfish power oriented ends of oligarchic groups and corrupted officials and politicians connected to them would strengthen ST's international mandate as a guarantor of stability in S and as the "most acceptable" strategic partner for the West in the region of Central Asia.

Besides, these technologies will have an exclusively constructive nature:

• The proposed approaches and measures are not directed at the abolishment of any sub-structures of oligarchic groups or the refusal to promote democracy and market economy;

• The implementation of the proposed complex of technologies could be done with maximal flexibility, taking into account the system-building role of major FIGs in the economy and the concrete circumstances and the nature of FIG leaders' reactions.

• These measures are not directed against the FIGs leaders themselves; the task is to "cool down" their ambitions and point their energy in the right direction.

## 7. Technologies of suppression of oligarchic resources

The strategic basis of the proposed technologies corresponding to current political tasks include the following components:

• Strengthening of authority and enforcement of the new political centre of power and ST's long-term political mandate;
• Neutralization of the main sources of the oligarchic political influence and possible interference;
• Deprivation of ST's political opponents of main sources of finance;
• Radical reorganization of financial flows in favor of the state in general and the new political centre in particular.

With these recommendations the following tasks can be solved:

- **Concentration of management and control** over **big business's financial flows in the hands of the center.** The big business's property management structure needs to be reorganized so that all its assets and financial flows, including personal financial resources of the key FIG leaders, are under the first-hand control of ST, his trustees and agencies.

- **Separation of political and state power and wealth; the rule of law.** Oligarchs should be "equally" moved away from the state without regard to their consanguinity and past achievements. ST should once and for all show to all oligarchic and bureaucratic structures who the master in this country is. Self-enrichment of the officials and "trusted" oligarchs, which has been a common practice, should be stopped. It is important to ensure that oligarchs understand that, from now on, they work for the country, share resources with the centre, and profits shall be distributed for S's public good. It is necessary to strengthen the atmosphere of law and order and deprive the oligarchic leaders of the feeling of impunity and a total absence of authority.

- **Income and income redistribution control, strengthening of the state stability.** Direct control over financial flows of the oligarchic groups limits their wealth and influence, deprives their access to mechanism of favorable political and economic decisions. A detailed and active program of fair income redistribution must be implemented in relation to the major oligarchic groups. This will boost ST's political authority and strengthen public support for his long-term political mandate.

- **Strengthening of discipline, control, accountability, and responsibility.** Special emissaries who would directly report to ST should be appointed at the boards of directors of the major FIGs and their subsidiaries. Such trustees (emissaries) must have access to all financial and juridical documents and company management circles. They shall be personally responsible before ST for any financial and economic results.

- **Suspension of oligarchs' illegitimate influence on state activity.** It means that big businesses will be deprived of their "own" administrative resources and instruments of enhancement of their political influence. Thus, the undisputable supremacy of state power will be ensured. .A new loyalty level of top management needs to be provided for by using a combination of supportive and oppressive measures. The uncontrolled corruption of the governmental structures must be harshly suppressed to the fullest extent of the existing and future laws.

Two or three demonstrative anticorruption trials should be held in order to show ST's seriousness and resoluteness. There is no doubt that, with adequate public awareness of such decisive and consistent measures enforced by the head of the state against oligarchic structures' economic and political abuses, such actions will promote further strengthening

of ST's public image in the eyes of the political elite and the public in the country and abroad.

## II. OLIGARCHS AS A FACTOR OF POLITICAL DESTABILIZATION OF S

### *1. FIGs' Activity Evaluation*

On the basis of the existing knowledge of the financial strength of major oligarchic groups in S, including their assets, structures of property, spheres of their influence and activity, business networks and public, political, administrative and personal connections in the country and abroad, it is evident that the oligarchs have large-scale leverages of influence not only on the economic strategies of S but also on the governmental political course.

Based on the analysis of all the data concerning the capabilities and activities of major FIGs in S, it is possible to obtain a clear picture of their resources and real role in the economic and political system of S as well as the methods they use to accumulate material resources and political influence.

**FIGs have a system-building role in the economy of S.**

> FIGs and their leaders have property and financial means in S and abroad, valued at billions of dollars US. The oligarchs annually transact to offshore zones the hidden profits at around tens of millions of dollars. These above-mentioned assets are hidden from the government of S and ST himself. In general, the entire raw materials industry, financial market, metallurgy, transport, and other branches of the economy are under oligarchs' control.

**FIGs are based on a broad far-reaching network of stable contacts and their own "administrative resources" in the governmental structures of S.**

> Oligarchs have their lobbyists of interest in all key state structures, including law-enforcement bodies. According to some information, these groups systematically seek to enhance their influence on the state management system.

**FIGs are major transnational conglomerates with influence inside of the country and abroad.**

> FIGs have established a network of influential foreign contacts, especially in the key branches of the governments of USA, UK, Germany, and Russia, including intelligence services. FIGs have successfully developed business contacts with major Western financial structures and credit institutes for the realization of their projects. Besides, the level of support of oligarchs in the Western, Asian, and CIS countries depends not only on corporative and economic interests but also on geopolitical priorities of the representatives of the establishment in these countries. The presence of influential sponsors abroad gives FIGs leaders the feeling of a secure cover, which could be used in case of any active measures by the governmental structures against oligarchic groups and their leaders. The support of such sponsors is considered by oligarchs and any affiliated

political forces as a significant instrument of political blackmailing and pressure against ST.

**FIGs act as an independent political and economic force - sort of a state inside a state.**

FIGs have already concentrated huge material, official, intellectual, social, political, and informational resources which are sufficient to position themselves as a parallel structure of power. This structure has been developing as part of the existing state system, and, in a way, an alternative political system can be potentially built. Moreover, the mechanisms capable of destroying the existing political system, including the fundamentals of the institution of presidential power, have also been established.

**Due to many reasons, the oligarchic political vector goes against the existing political system and the main course of ST.**

FIGs have far-reaching political plans, establish around themselves controlled political transparency of S, and threaten to supplant the political structures loyal to ST. There is evidence that oligarchic groups have formed their own political and administrative resources; that they have been consistently supporting political opposition in S; that they have been financing and organizing activities as well as their own information and advocacy policy in S and abroad; that they have had permanent contacts with foreign intelligence services and governments, etc.

**The uniform political policy of FIGs is strategically aimed at bringing their own loyal candidate to power.**

Unlike any other challenges against ST, oligarchs are a challenge on a radically new level. These groups have at their disposal intellectual, financial, and organizational resources providing for the opportunity to establish an alternative government, and they can really challenge ST's long-term political mandate as well as the creation of a new power center.

**The specific character of FIGs' formation, activity, and development makes them vulnerable on the political, economic, administrative, and international levels.**

Major FIGs are characterized by the following weak elements:

- Instability of real business and financial structures of FIGs;

- Incompleteness of the network of political and business contacts;

• Suspicious activity of the local and transnational FIGs, including dirty privatization schemes, which potentially have criminal aspects;

• Financial violations as vulnerable aspects of oligarchic structures – for example, massive tax evasion , realization of the financial schemes which are potentially criminal and administratively liable, corruption, fraud, embezzlement, ties with the organized crime in S and abroad;

• Financial and structural weaknesses of oligarchic groups, discrepancy with the existing laws.

The implementation of the proposed technologies of law enforcement, governmental and non-governmental regulation will allow restoring the control over oligarchic groups on the political, economic, administrative, and international levels.

### 2. Internal and external elements of the proposed technologies

The technologies that will be used to obtain control over groundless political ambitions and pretensions to power of some oligarchic leaders and affiliated corrupted officials and politicians in S will provide for the opportunity to deprive or significantly diminish both internal and external factors of oligarchic groups' power and influence.

Thus, the technologies are divided into internal and external ones. In many cases, it is difficult to determine the difference between internal and external elements of these technologies due to their interrelations, and the strong positioning of the oligarchs in the West largely depends on their power inside of S, and vice versa.

All post-Soviet FIGs have a tendency to transfer the quantitative accumulation of financial means to a new quality - development and expansion of their political influence domestically and abroad. Therefore, it is dangerous to underestimate the threat such development of FIGs and their leaders poses to the political stability and economic prosperity of S. There are many well-known examples of such uncontrolled activities of oligarchic groups in the former USSR countries, including Russia and Ukraine. Strong FIGs will always intend to obtain maximal control over the highest political structures of the state.

In S, just as in Russia, the leaders of FIGs having established powerful structures and accumulated a lot of money abroad, see in the highest political leadership a barrier to their own far-reaching plans. They do not want to ask permission from the highest political leadership to establish and implement

their strategic projects, which determine the geopolitical interests of the state for the years ahead; neither do they want to show real scales of their branched businesses,  pocketing the profits in offshore zones and avoiding any social responsibility by tax evasion and non-payment of other charges.

### 3. KKB as one of the leading FIGs in S

One of the strongest FIGs in S is "KazKommertsBank" (KKB). According to its known assets, KKB is the biggest private bank in the country ($3 billion worth assets in the year of 2003, and around $3.5 billion in the middle of the year of 2004). In reality, the Group and its affiliated structures control assets in the amount of approx. $8-9.5 billion.

Confidential sources in the bank and tax authorities of S, Russia, and USA believe that each year KKB and its affiliated structures carefully transfer their profits in millions of dollars to offshore zones and avoid paying taxes by using controlled tax officers. The KKB structures export more crude oil and other raw materials than they declare via pipelines and ports controlled by this FIG. The bank and the Group own property and funds in S and abroad amounting to billions of dollars.

The Group conceals large sums abroad, does not pay taxes in the amount of dozens of millions of dollars, and finance its anti-state political activities. The main offshore branch of KKB is Central Asian Industrial Holding (CAIH), registered in Dutch Antilles (Caribbean Sea). According to the most careful estimation, the CAIH annual turnover is more than $350 million. In reality, this sum could be approx. $500 million a year. The profit is about 30% of turnover.

The political and economic connections of KKB abroad are extensive and diversified, including the top level of the Kremlin administration, Moscow mayor's office, the EBRD (the latter's Board of Directors consists of ministers of finance, presidents of central banks, and ministers of economy of most Euro-Atlantic countries). This FIG has a permanent contact with the World Bank through the International Financial Corporation.

### 4. FIG EIA, controlling one third of S's economy

The FIG Eurasian Industrial Association (EIA) has colossal economic resources within S. According to estimates of S, Western and Russian experts, the leaders of this group, A. Mashkevich, Ph. Shodiev, A. Ibragimov control about 30% of S's economy, which is $12-14 billion according to the World Bank  without taking into account the "gray" and shadow economy (30-40% of the gross income).

According to financial analysts, only one offshore company J&W Holdings has a turnover of $1 billion. Taking into account that GDP of S is approx. $29.7 billion and that at least 40-50% of the Group's revenues are not declared, the annual turnover of the FIG EIA and affiliated structures comes to be up to $12-15 billion.

With the profitability of 20-30%, and taking into account the market value of the assets as 3-4 times higher of the annual turnover, the Group costs much more - $15-25 billion, subject to competitive transparent sale with the participation of transnational companies. More than 60,000 employees work at the FIG EIA plants. In addition to that, the FIG EIA has strong administrative resources obtained as the result of its cooperation with the government of S. At the same time, the FIG EIA's attempts to transfer a part of its assets abroad point to their intention to get out of ST's control.

There are other strong and known groupings which should be subject of the actions proposed. For example, the FIG of Mukhtar Ablyazov, the FIG of Timur Kulibayev, the FIG of Rakhat Aliyev and others.

## III. "POSITIVE TECHNOLOGIES" AS A MECHANISM OF USE OF LEGITIMATE MEASURES FOR CONTROL OVER FIGs AND OLIGARCHS

### 1. Preparatory stage - capital amnesty that is believable

• The preparatory stage presumes the development of a detailed mechanism, with extensive media coverage of the procedures and Law on Amnesty of Capital.

• The main difference from the previous similar action will be that amnesty must be paid – for declared illicit assets, 10% tax of the total cost such assets will be imposed.

• The state gives an "indulgence" as a special document. From that moment illegal assets become clean, with the tax paid. All candidates for capital amnesty must declare all their assets and, separately, the capital for amnesty. A voluntary inventory of assets shall be performed this way.  Nobody should be pressed to bring capitals back to S, but it will be known where they are, in which form, and in what quantities. The tax will be added to the state budget.

### 2. Informational support for pressure on legalization of oligarchs' capitals

• Active advocacy must be conducted simultaneously regarding the necessity of income legalization, voluntary information disclosure and payment of tax. Mass media should clearly show the amnesty mechanism and further consequences of the concealment of assets and the possibility of further investigation.

• Various special funds should be established for those who want to legalize cash or return part of money back to S. Such funds could operate under the Law on Investment Funds.

• To realize the task, the following funds will be established: non-risk investment, venture, share, real estate etc. Managers (including foreign specialists) of such funds will be appointed by ST. The main task of these funds will be to send financial means for the modernization of the economy of S.

• Forceful return of assets back to S is not allowed if the tax for them has been paid. On this stage, the return is voluntary at this stage.

• After the amnesty is completed, the sum of money returned to the budget should be announced.

• Thus, the inventory of FIGs and oligarchs part of assets shall be made.


### 3. Administrative return of capitals outside of amnesty options

• Since the international community will be aware of the ongoing amnesty, it will be possible to initiate international investigation based on the inquiries of international banks and institutes.

• The best local and international specialists should be hired for this investigation. In case of proved evidence of the illegal nature of assets, confirmed by international specialists, the state will be able to confiscate the assets and transfer to a corresponding fund for management (shares of enterprises abroad to the joint-stock fund, real estate to the real estate fund, money to the venture or infrastructure fund, etc.).

• Each fund should have a clear investment declaration for the management of the fund's assets according to international standards.

• Anyone who has hidden their illegal assets will become subject to investigation and sanctions specified at this document. Investigations should be open to public and measures must be strict.


### 4. Internal and external campaigns for the appropriate administrative actions

• The advertising campaign must be effective. Each citizen should be informed that ST gives another opportunity to be honest, pay taxes, invest in the development of S, and live well. But if somebody refuses to use the amnesty opportunity and if the existence of hidden capitals is proved, one cannot be offended or run away to foreign sponsors for political support, because the best foreign specialists will be hired for the investigation.

• Many people will come for negotiations after such investigations, voluntarily return the assets back to the funds or will agree to all measures proposed in this document (the ST emissaries in their business, full opening of information and transfer of assets under the control, refusal from any political ambitions).

• In its turn the mass-media inside of the country and abroad must broadly highlight the process, stressing the point of the restoration by the ST of the social justice. For example, the mass-media should inform that money found in off-shore was used for the restoration of rural roads and building rural hospitals, etc.

• The attention of the society should be concentrated on the following - nobody wants to take those assets, it was proposed to pay small tax and get an "indulgence" on legal possession of these means. The illicit money was proposed to become legal. "Bear social responsibility, and if you do not, then return the stolen money back to the people.

• Such an approach will be supported by the population, and the ST will be considered as a strong and just leader.

### 5. *Subsequent persecution of the oligarchic capitals*

• The outcome of this mechanism implementation must be: the inventory of assets of all oligarchic groups, establishment of control over those oligarchs and the financial flows, destabilization of the aggressive oligarchic groups

• The next stage will be establishment of small income tax for all assets abroad. Then the control over the movement of amnestied capitals will be established and the centre will see how and where those assets work and will have a right to request the competent authorities to submit information about the assets and their owners.

## IV. Political technologies

Political technologies to be implemented are aimed on the strengthening of the power of ST and securing the promotion of the new political center in S. For this purpose it is necessary to put more pressure on the leading representatives of the FIGs to provide their unconditional cooperation and submission to the new Center. Actions should include strengthening of undivided authority in government institutions and the Prime Minister's Office, ST's control over the entire government office, the Parliament and other divisions of power.

Having provided "cooperation" and "understanding" from management of FIGs, it is necessary to create a more centralized system of managing the actives of such groups, to leave their leaders without support from political parties opposing ST.

### *1. Internal political technologies*

Political measures to be implemented are aimed to provide neutralization of efforts and to eliminate the wrongful ambition by oligarchic groups to take key institutes of power in the country under their influence.

In concrete terms, it seems appropriate:

• move to other positions the sponsors of FIG in the higher echelons of the government, responsible for economic decision-making unit, supervision of financial institutions, and law enforcement;

• implement a program aimed at re-certification of management personnel in the state apparatus in order to improve the state of discipline and responsibility;

• implement measures of public nature, including the provision in S of a broad outreach in connection with actions taken by the State in respect to FIGs;

• create the Expert Public Council or a similar "monitoring" –organization under the new political center for counteraction to corruption. Its main task in accordance with international experience would be preparation of recommendations to the executive and legislative authorities to improve the effectiveness of anti-corruption policy of the State;

• conduct explanatory work in S with the aim to discredit the big business and eliminate their capacity to create a powerful coalition of forces opposing ST;

• cut off financial support to political opposition from representatives of oligarchic groups;

• conduct a series of demonstrative activities to combat corruption and crimes of political sponsors of FIGs in the upper echelons of state power;

• make public the facts that undermine the reputation of certain leaders of the oligarchic groups, and related political groups as "sincere defenders of democratic values and free competition, as well as patriots of their country";

• The main players of the FIGs should be warned of excess of their "powers" and prohibited from political activity of all forms. They should be warned at the highest level and against a receipt, quite clearly and unequivocally that the continuation of such activities will lead to adverse consequences for themselves, for their business interests and well-being of their families;

• Government officials and presidential administration, associated with these oligarchic structures shall be taken under special control of the new center of power, and if they continue the disaffected behavior, dismissed or transferred to less important positions. Execution of orders of ST and the Government to combat corruption and political interference of oligarchs should be monitored at the highest level. The appropriate measures for non-performance should be taken, including dismissal and prosecution of administrative and criminal liability. Officials, who continue its cooperation with these FIGs, exceeding their official authority, must be identified and punished;

• Political structures that show and support the baseless political ambitions of those oligarchs should be subject to financial and administrative inspections in the framework of measures to increase political transparency. Such measures should be developed within existing legislation. Such measures should be developed within existing legislation. Other parties should also be subjected to such inspections, to avoid accusations of "McCarthyism" and the witch hunt.

• a specific high-ranking official or assistant to ST must be secretly assigned,  who will have all necessary powers and has the full confidence of ST, responsible for the coordination and implementation of these measures.

The importance of human resources should be noted in recruiting staff for the introduction of these technologies; the importance of their economic and legal training and their loyalty to ST.

## *2. External political technologies - neutralization of Western support for oligarchs*

It is necessary to take preventive measures in order to show to the West a "real face" of oligarchs and the attempt of some their leaders to buy a democracy in S. The representatives of the international political and business elite should be especially provided with the information concerning business and political "unscrupulousness" of the particular leaders and structures of oligarchic groups.

Therefore in this connection it is practically necessary:

• to take measures on the highest level of the Western administrations for discrediting of the FIGs interference in the S politics, their attempt to illegally influence the democratic process in the country, to present their political support for the ST opponents as a direct attempt to buy their "own puppet government", which could stipulate the geopolitical imbalance in the region.

• Based on cooperation with ruling circles of the executive and legislative power of the USA and Western Europe, discredit big businesses of S and diminish the potential of those FIGs to create a strong coalition of the opposed to the ST forces.

• Based on the establishment of direct channel of communications with Western political and business elite, limit or block the access of some oligarchs to the decision-makers of the administrations of the USA and Western Europe. Simultaneously they should be informed about illegal and mercenary activity of some FIG leaders who are interested in the establishment of loyal "puppet government".

• submission of the information about illicit financial deals of the FIGs to the law-enforcement bodies of the West should be used as a basis for the discrediting of the methods of some FIG leaders to finance political parties in S as well as bribery of state officials

• to ensure the consolidation of "friends of ST circle" in the West holding the key positions in  state structures and political elite who consider ST as the most "acceptable" strategic partner and therefore interested in assistance in his fight against "brazen" oligarchic groups.

• in case of necessity to present an information to the international credit institutes (IFC, World Bank, EBRD concerning dubious and illegitimate activity of such FIGs in order to stipulate the "revision" in relation to those institutes and concrete leaders of big business and to limit a political support of these FIGs in the West.

## V. Economic Technologies

### 1. Internal Economic Technologies

The main purpose of internal economic technologies is a transfer of FIGs assets under the control of ST and his trustees. In order to achieve this goal, the following measures should be provided:

• it is necessary to provide centralized management and control over the financial flows of the biggest FIGs in the framework of new political centre;

• it is necessary to ensure  control over distribution of income and profit of the biggest FIGs on the basis of introduction of the economic obligations to new political centre in form of "socially responsible business";

• the program of oligarchic income and profit redistribution must be realized in order to correct, in the interests of the state, the volume of resources controlled by the oligarchs and exclude improper use of those ones;

• the government of S should not render assistance to the concrete FIGs and their affiliated structures beyond the regime of existing laws and normative acts. The companies must be equally remote from the power in economic sense. Moreover, if those FIGs and their affiliated structures participate in privatization tenders or concur of the property management on equal basis with the others. But on current stage the priority should be given to other companies;

• In the framework of anti-corruption campaign it is proposed to toughen the laws, permitting to the state officials and their relatives have the bank accounts and property beyond the knowledge and control of the state. The oligarchic groups and their leaders must be obliged to submit full information on such property to the new political centre;

• It is necessary to conduct the controlling measures over the officials - shareholders in offshore companies who have to submit the full report on such property for the last 5 or 10 years;

• The law should be amended by adding measures of restraint, for example dismissal from the official position for false information on this matter, deprivation of opportunity to be hired for an official position in the future, fine, property confiscation and criminal investigation;

• Previous contracts especially on export of raw materials connected with concrete FIGs may be reconsidered taking into account the general review of state agreements;

• It is possible to successfully realize the program of de-monopolization and share the FIG's assets into some independent companies functioning in competitive environment;

• On the basis of unofficial contacts with concrete oligarchs it is necessary to warn them that they should bring the "quiet partnerships" of some FIGs in line with standard relations "contractor-client";

• In case of opposition of the particular FIGs, their leaders and political allies. The privatization of their assets could be reconsidered. Without disputing privatization results, an investigation should be conducted regarding the legality of major merger deals within specific FIGs; in some most "defiant" cases, the results of some deals may be reconsidered;

• In order to take those actions named in this document, the state should have a legitimate pretext and legal basis which can be obtained using the amnesty of the capital as a mechanism of control over oligarchic assets and activity.


### 2. External economic technologies

The main purpose of the external economic technologies is "taking from the shadow" and putting under the state control and ST control in person, main economic and financial resources of the FIGs.

In this connection it is practically necessary to do the following:

• to introduce into practice the system of centralized control over financial flows of the oligarchic groups abroad of S by the new political centre;

• to introduce into practice the system of control over distribution of export revenues and profits of the biggest financial and industrial groups abroad, using economic restrictions and control by the new political centre;

• realization of the program of redistribution of revenues and profit of oligarchic groups which are being transferred to offshore zones for correction in favor of the state of their controlled resources' volume and exclusion of wrong use of those resources;

• to ensure a transparency for controlling state bodies and the ST in person of the property relations and offshore flows in the framework of concrete FIGs and particularly their offshore connections and payments;

• to implement the de-monopolization program and divide the external assets of some FIGs into independent companies operating in competitive environment and out of the control of oligarchic "cover";

• it is necessary to hire a consulting firm, desirably with international prestige and experience (for example from the USA), for strengthening of economic and administrative measures against corruption. Such a firm together with the Ministry of Justice and law-enforcement bodies should quickly elaborate the necessary legislation, governmental instructions and other effective measures against corruption;

• On the basis of the integrated situation analysis, it is necessary to elaborate the program of establishment of the "economic alternative" to some international projects and partnerships of different groupings, permitting to upgrade the effectiveness of the international business co-operation directly in the state interests.

## VI. Administrative and Compulsory Measures

The measures of the administrative and compulsory character are called upon to demonstrate the determination of the state and ST in person to develop consistently the atmosphere of law and order in the country, as well as to deprive the leaders of oligarchic groups of feeling of impunity and permissiveness.

### *1. The FIGs' weak-points to be the object of administrative and compulsory measures*

The FIGs vulnerable spots are connected with the whole set of administrative and criminal violations, including:

- attempt to be out of control of auditing, tax and law-enforcement authorities of S
- violation of the anti-trust law
- transfer of assets into offshore zones
- tax evasion
- abuse of power by the persons who are simultaneously the officials, state-owned companies employees and shareholders of the oligarchic groups
- privatization-related violations
- possible participation in stealing and contacts with organized crime
- isolation and conflict of interest inside the country.

There are some FIGs in S capable to create a real threat to the stability of the existing political system and establishment of the new political centre. Those groups are functioning in the framework of existing ruling regime; at the same time, they have already concentrated the huge material, intellectual, bureaucratic, political and informational resources sufficient to be a parallel power structure.

### *2. Concrete technologies of administrative and legal control over oligarchs*

After conducting amnesty of capitals those technologies are considered to be justified:

- implementation of administrative and criminal investigations on the basis of major tax evasion and currency law violation;

• putting into operation the criminal punishment for the financial crimes of the particular oligarchs;

• investigation of the concrete deals and projects of some FIGs on the basis of foreign information. Such investigations must be implemented in the context of international co-operation of S with Western countries and as a continuation of the process of fight against corruption and organized crime;

• on the basis of the inventory, conducted by the fiscal and law-enforcement bodies of S, of the FIGs' assets illegally transferred abroad, it is necessary "to propose "voluntary" repatriation" of those ones back to S (possibly, on the condition of tax amnesty) for the purposes of the state social development programs.

# VII. INTERNATIONAL INVESTIGATIVE TECHNOLOGIES

### *1. International investigative technologies*

With the intention of removing the leaders of oligarchic structures of the main levers of political influence, as well as eliminating the possibility of impeding the process of ensuring the long-term political mandate, ST needs to conduct the process of establishing control over their resources in S. For the successful introduction of such control the following steps are suggested:

- To develop and to begin a series of law-enforcement measures (operational development, investigation, trial, determination of penalties), in conjunction with overseas law enforcement agencies, which should lead to curb the political ambitions and abuses by financial-industrial groups and their leadership, to transfer assets of oligarchs to the structures controlled by ST and the state.

- Such an investigation should not begin from the top management of financial industrial groups, but rather from key figures of the second level, especially those who have information and are directly related to the concealment of funds offshore and tax evasion, who in the future will be able to cooperate with the investigation. Operational development and prosecution of persons named above will yield additional information on the activities of individual managers and financial-industrial groups abroad.

- To bring in the focus of such investigations questionable ruling positions by specific oligarchs in foreign companies, the transactions of specific financial and industrial groups to acquire assets abroad, receiving bribes by government officials from the oligarchs through the corrupt payments that have passed through offshore accounts in connection with the fight against international organized crime etc.

- To begin the investigation and initiate, where there is crime and evidence, criminal cases, to cancel the results of privatization, or take other legal measures against the oligarchic groups and their senior management in the following categories:
  - Violations during privatization
  - Violations of the antitrust law
  - Violations of the rules and regulations in the operation of oil fields, the disposal of assets abroad, tax evasion
  - Abuse of official position

- o   Violations of the law, including fraud and money-losing for the state selling of companies
- o   Identify the perpetrators and accomplices in major theft
- o   Revision of the amounts of certain FIG's concealed income and increase of penalties on unpaid taxes
- o   Committing of gross crime

The proposed activities will be the largest in the history of the country's fight against corruption and abuse of power. Therefore, the judicial system and law enforcement and intelligence agencies must be adequately prepared for the challenge. The proposed technology should force the oligarchs to transfer their illegally earned or taken away from the taxation funds under control of a new political center. To do this, the political center may use public funds (see the mechanism of amnesty).


### *2. International support for conducting investigative technologies*


The need for international support for measures taken in respect of financial industrial groups is due to transnational nature of these groups, as well as existing in some of its leaders of influential sponsors among business and political elite of the West.

In this connection it is advisable to use a tried and tested channels of cooperation with foreign law enforcement and financial audit agencies to detect and confirm the facts of money laundering, international fraud and other offenses in the area of international financial transactions on the part of financial-industrial groups.

Specifically, it would be appropriate:

•to organize a dialogue with senior officials of the American, European and international law enforcement agencies to discredit the positions of some leaders of financial-industrial groups in these circles, and possible administrative and criminal prosecution of the "guilty" in the relevant jurisdictions;

• to establish a dialogue with regulators and financial authorities and financial market regulators from UK, USA, Canada and other countries in order to identify possible violations of the requirements: by London Financial Exchange in connection with securities offerings, possible violations by the branches of oligarchic structures, working abroad, possible cases of tax evasion and other offenses outside S, etc.

• to establish contacts with Russian law-enforcement bodies in order to detect possible connections of certain FIG leaders with organized crime, including major economic projects.

•To prepare appropriate information for Western law-enforcement structures, concerning violation of law and connections with international crime on the part of some members of FIG leadership for the purpose of shutting them the access to the West.

### 3. Special "audit" measures in offshore jurisdictions

An important aspect of the measures proposed to neutralize the oligarchic groups is the establishment of strict control by ST over their assets, located in offshore companies. These assets must be fully inventoried, accounted for and placed under the control of the state and the ST personally.

It is therefore proposed to create a small autonomous confidential centralized structure controlled by ST and the new center of political power in the country, which will assume control over existing assets of financial-industrial groups. It must consist of reliable, local and foreign experts of high qualification. For reasons of national security and personal security of ST it does not seem appropriate for such a structure to operate within existing structure of ministries and departments, but officially under jurisdiction of president administration and later of the new political center and to operate on the territory of S.

The leaders of the oligarchic structures should voluntarily provide a full access to the proxies of the President to all corporate information regarding current and future business activity in the country and abroad. Only in this way they can save their true positions, and full control can be exercised over their future activities. Without tough control by ST over the oligarchic structures, the adoption of radical measures by opponents against ST and his inner circle would be only a matter of time. Such measures can be financed from the mentioned above funds, if they are not brought under control.

## VIII. PROACTIVE TECHNOLOGIES ABROAD

For the operation to neutralize the potential threats in carrying out the technologies
It is appropriate to adopt the following measures:

### 1. Organization of proactive measures

• To assign the trustees for management of assets' moving from oligarchic groups to the structures with state participation, controlled by ST;

• To select the trustees and confidential structures (companies) in jurisdictions that provide maximum protection from hostile interference;

• To hire a consulting firm with a full set of auditing and legal qualifications to be able to manage and transfer confidentially the aforementioned assets to the entrusted structure (company) or state funds;

• To prepare (after the necessary law enforcement measures) judicial records (court decisions) that can be transferred to foreign jurisdictions, to search for assets controlled by certain financial-industrial groups;

• To conduct search activities, identifying and harnessing the former disappointed / dissatisfied foreign business partners of oligarchic groups for connecting them to this campaign of active measures against the oligarchic groups and their leadership.

### 2. Informational support of proactive technologies

• To implement an information in the state and expert spheres in the West shedding light on the corrupt role of oligarchic groups and their leadership;

• To develop and implement a series of news articles about corruption of certain oligarchs in Russia's, Europe's and the United States' mass media;

• To develop and implement a series of publications in S and the Russian mass media about fight against oligarchy consolidation. To show the role of ST as the main fighter against corrupt oligarchs; to compare him with other international leaders who have an anti-corruption reputation;

• Expand measures for proper positioning of the ST image in the West as a fighter against corruption who cares to build in S the state of law and create the most favorable investment environment. Compare the new measures to fight corruption with similar activities that earlier took place in Hong Kong and Singapore;

• Carry out activities targeting the political, academic and media elite, in order to create a negative image of the main oligarch figures, such as seminars and conferences on the lawlessness and domination perpetrated by oligarchic groups.

## IX. ADDITIONAL MEASURES OF ADMINISTRATIVE AND POLITICAL NATURE.

### *1. The introduction of institute of alternative legal representatives of business interests*

In the process of limiting the oligarchs activities, there should be the legitimate organizations - representatives of the interests of entrepreneurs. The development of such organizations must stay ahead of tough action against the oligarchs, to avoid a vacuum, or to avoid practice of assuming the mantle of legitimate participants by oligarchs in socio-political processes.

Legitimate interests can be represented by chambers of commerce, associations, unions of entrepreneurs, unions and federations of employers and other similar organizations. None of abovementioned organizations available in the country today performs such a role, because they failed to win the trust.

The legitimacy of these organizations is created based on their success in changing the state practice or policies in the interests of economic growth. Thus there is always need to foresee the situations in which the government or parliament can yield to legitimate claims of representative organizations to allow the latter to really stand as a defense of business interests.

### *2. The application of corporate rules to control corporate oligarchic structures.*

Depending on legal forms of ownership of assets in the country, oligarchic companies may be called to order in various ways. For example, if the ownership is through a corporation registered in S, it is possible to pass a law under which the annual meeting of shareholders shall be held in the jurisdiction of the corporation and be open to all shareholders. If not all of the major shareholders are publicly present, the corporation may lose the right to manage property or be held to civil liability.

In addition, the laws of many countries allow the State or a group of shareholders to sue on behalf of the corporation against its management for breach of duty of proper management of the shareholders share.

In the case of corporations listed on stock exchanges, agency securities may use a variety of sanctions against both the company and its managers. But the stock exchange management, in turn, may require providing the most extensive reporting by corporations and apply sanctions in case of concealment of information.

If S assets are managed through other legal structures, it is necessary to explore the possibility of forced disclosure of ownership in the relevant jurisdictions.

### 3. Regulatory sanctions.

The State has a way to bring to liability the companies responsible for the violation of antitrust laws, as well as civil claims for violations of the rules of fair dealing, breach of conditions, criminal negligence in relation to the environment, the supply of known poor-quality products, etc.

For all of these claims it is characteristic that they do not involve crimes against the state (such as tax crimes), but are crimes against the people. Therefore, such claims would not have political overtones.

### 4. Protection of private accusers.

The most of the developed countries have special laws to protect private accusers against major corruption and oligarchic structures.

The essence of this practice is that citizens who work in companies (or public servants) cannot be prosecuted, dismissed without cause, demoted if they helped in uncovering fraud on the part of company executives or the state structures.

S may also impose such a rule, which would facilitate the exposure of some of the oligarchs, especially those involved in bribing officials, and in the allocation of quotas, licenses or procurement.

### 5. Class action law suits.

Extremely effective way to curb the rampant oligarchic structures is to create a legal framework for class action law suits for violations of consumer rights and the rules of fair competition.

As the plaintiff, a public organization will be represented, or a group of persons affected on behalf of the entire class of potentially affected citizens. Thus, it will not be the clash between the interests of Government and individual oligarchs, but between oligarchs and large groups of ordinary citizens.

It is possible that legislation already allows for such claims or that a court might interpret the existing Procedure Code so as to be able to take class action without introducing additional legislation acts.

# X. INFORMATIONAL SUPPORT

The proposed measures may be an important tool for strengthening ST image at home and abroad, and they suggest a strong and powerful information management in domestic and foreign media, including foreign governments and in expert's society. Without this ST may be again the subject to attack and slander, which would not only weaken its own international position, but those of S as well.

### 1. Informational support in S

As mentioned above, anti-oligarchic measures in the post-Soviet territories find support and understanding, but only if there is a powerful informational support of such a campaign.

- In the framework of the proposed measures there should be widely conducted an outreach campaign in the media of S;

- The media of S should show luxurious life led by oligarchs of FIG, business owners, while their workers are poor; specifically show compromising materials: villas, luxury cars, children's education abroad, leisure;

- Require the relevant members of the state and of the state-controlled media and other entities to prepare high-quality information products in the right topics, to explain the positive effect of measures against the oligarchs;

- To use the services of foreign public and government relations specialists and to work with the Western media at the same time well knowing the conditions in the republic to ensure positive coverage of anti-corruption and anti-oligarchic measures in S in the Western media.

- Arrange with the help of these experts presentations from the representatives of the public, the elite, international experts, supporting the proposed measures in S;

- Create a national movement to identify and punish perpetrators of various illegal dealings of big business.

### 2. Work with the leading international media and think tanks

Oligarchs use actively the services of the international press and independent expert centers abroad not only" to establish a reputation of highly professional business organizations, but also to gain political support in the West, to protect the affiliated political forces. Accordingly, the main objective of the measures in the international public space is defined as opposition to the efforts of these groups "to seek protection" in the West in the fight against oligarch regime in S

and to ensure international recognition of the legitimacy of ST policy, aimed at protecting the state interests.

In this regard, in particular, it seems appropriate:

> • By establishing trust contacts with the most influential media and Western brain centers, to make public the evidence of illegal activities of some leaders of FIGs, illegally financing political structures and "paying favors" of unscrupulous politicians in a bid to ensure their own selfish interests and the desire to "buy their pocket government";

> • To provide specialized financial and business, as well as a leading general political Western media with information about some suspicious and clearly illegal actions of concrete structures of financial industrial groups. Provide this media with information that characterizes the opacity of property and business by oligarchs, calling into question their financial and business projects, and business reputation of the leaders of FIGs. If necessary, make public the evidence on the connections of individual managers with international organized crime;

> • Develop and implement a program of large-scale campaign in the public space of the West focused on further strengthening the international authority of ST and the demonstration of his consistency and determination to strengthen the country's law and order, and to actively oppose corruption.

> • Proceed to the establishment of institutional mechanisms of public influence by ST right inside the centers of world politics, especially in the United States specifically to protect and promote the national interests of S, and as well - to ensure long-term positioning of the political mandate of ST as the only acceptable guarantor of stability and openness in international relations within the public space.

## XI. Neutralization of the possible complications abroad in connection with actions against the financial industrial groups

Steps aimed at neutralizing the oligarchic groups and their influence, can cause a negative reaction from its allies abroad. Clearly, in light of the great importance of the assets of such groups to the national economy, any measures to neutralize political threats from these FIGs, should be coordinated, professionally and with minimal losses in the economic sphere, in order to maintain stability and economic growth in S.

In the framework of the campaign against the oligarchs, acts of protest are predicted by so-called human rights and the ultra-liberal forces in the West, including the U.S. and the UK. To a lesser degree negative reaction is possible from Moscow, with the exception of paid by FIG political contacts and the media. At this stage, negative reaction in China is not yet predicted. When taking into account the interests of Japanese banks, there will be no negative reaction from Tokyo either.

The following countermeasures by oligarchs should be taken into account:  publications in newspapers, especially those inspired by PR agencies hired by FIGs in the following cities: Moscow, London, Amsterdam, New York/ Washington. As in the past, hearings may be arranged in the U.S. Congress. It is possible to see "demarches" from the Embassy and the U.S. State Department; meetings of the European Council and other similar organizations, activization of George Soros structures, Amnesty International, Human Rights Watch. That is why we recommend relying on existing legislation, to avoid drastic enforcement measures, with the exception of the reaction to the illegal and unconstitutional steps by opponents and the oligarchs and to maximally provide information support to the proposed steps.



## <u>Certification of Translation</u>

I, the undersigned, Emily Biscocho, Production Support Manager of Compass Languages, a professional translation agency based at 1666 Crofton Parkway, Crofton, MD 21114 (EIN: 134194307) hereby certify that the content of the following original document:

4. Annex 2_English

has been accurately translated from Russian into English according to the standards laid out by the American Translators Association.

Signed: *Emily Biscocho*

Emily Biscocho
Production Support Manager

Date:    __1/12/2011_____

1666 Crofton Parkway | Crofton, Maryland 21114 | USA
Telephone 410 451 4297 | Fax 443 782 0215
www.compasslanguages.com