# Exhibit 2



| ҰЛТТЫҚ ҚАУІПСІЗДІК КОМИТЕТІ | | КОМИТЕТ НАЦИОНАЛЬНОЙ БЕЗОПАСНОСТИ |

16 ноября 2007г.  № 281/с

«Секретно»
Послу РК в США
Идрисову Е.А.

**Уважаемый Ерлан Абильфаизович!**

На заседании Совета безопасности РК 15 ноября 2007г. под председательством Главы государства Н.А.Назарбаева протокольным решением создана следственно-оперативная группа (СОГ) КНБ для расследования уголовных дел в отношении преступников Р.Алиева (10.12.1962), гр. Ливана Иссам Хорани Салах (13.06.1967) и гр. США Девинчи (Ассам) Хорани Салах (05.02.1971).

Президент РК Н.А.Назарбаев дал личное поручение СОГ КНБ организовать совместную работу между КНБ, Посольством РК в США и внештатным советником Правительства РК А.Миртчевым, президентом фирмы "Global Options Management", для проведения специальных мероприятий таких как сбор компрометирующей, финансовой и банковской информации и передачи оперативных материалов КНБ в отношении группы Алиева и братьев Хорани в правоохранительные органы США. Для инициирования расследования за неуплату налогов в отношении гр. США Девинчи Хорани передать в налоговую службу США материалы проверок финансовой полиции РК направленные дипломатической почтой.

Департамент контрразведки КНБ ведет ДОР №929 в отношении братьев Хорани. По оперативным данным Девинчи Хорани получил гражданство США (приложение 1) по фиктивному браку с гражданкой США. С целью открытия уголовных расследований в отношении Алиева и братьев Хорани в США, для закрытия им въезда на территорию США использовать лоббистские связи А.Миртчева и распространить в секретных службах США и в Департаменте юстиции собранное на них досье КНБ.

2

Посольству выделяется дополнительный бюджет через спецсчёт КНБ для работы с фирмой "GOM" с целью распространения в СМИ, НПО и интернет-сайтах негативной и компрометирующей информации подготовленной КНБ в отношении вышеназванных криминальных лиц.

По поручению Президента РК Н.А.Назарбаева направляем Вам программу-образец организации борьбы с потенциальными ФПГ представляющими угрозу для Главы государства и Правительства РК, подготовленную американской компанией "GOM" под руководством А.Миртчева (приложение 2).

По выполнению данной программы Вам необходимо отчитываться напрямую в Администрацию Президента РК.

Приложение № 1: на 1 л.
Приложение № 2: на 39 л.

**ОДР КНБ РК, руководитель следственно-оперативной группы КНБ,**
**полковник   А. Даулбаев**

Приложение № 1
копия паспорта и виза Девинчи Хорани



| [Originally in Russian:<br>National Security Council] | [Seal] | [Originally in Kazakh:<br>National Security Council] |
|---|---|---|
| [Originally in Russian:<br>97 Kenesary Street, city Astana, 473000]<br>16th of November 2007, #281/c | | [Originally in Kazakh:<br>97 Kenesary Street, city Astana, 473000] |

**"Top Secret"**
**To Ambassador of the**
**Republic of Kazakhstan in the USA**
**E.A. Idrisov**

**Dear Erlan Abilfaizovich,**

Please be informed that on November 15, 2007, a protocol decision concerning the establishment of the KNB (acronym KNB stands for National Security Council) investigatory task force (ITF) in order to hold an inquiry against the criminals R. Aliyev (12.10.1962), a citizen of Lebanon Issam Hourani Salah (06.13.1967) and a U.S. citizen Devincci (Assam) Hourani Salah (02.05.1971) was taken at the Republic of Kazakhstan Security Council meeting under the chairmanship of the Head of State N.A. Nazarbayev.

The President of Kazakhstan N.A. Nazarbayev gave a personal order to the KNB ITF to join efforts of the KNB, Kazakh Embassy in the USA and out-of-staff adviser to the government of Kazakhstan A. Mirtchev, President of "Global Options Management," to conduct the following special actions: gathering of the discreditable financial and bank information as well as submission of the KNB operations reports relevant both to the Aliyev group and Horani Brothers to the US law-enforcement bodies. For further initiation of the investigation on tax evasion, it is necessary to forward the materials of financial inspection by the Kazakh Finance Police in relation to the U.S. citizen Devincci Hourani, earlier sent by diplomatic mail.

The KNB Counter-Intelligence Department is running Operations Case #929 related to Hourani Brothers. According to the operative data, Devincci Hourani obtained the U.S. citizenship due to sham marriage to a U.S. citizen (Annex 1). It is necessary to use A. Mirtchev's lobbyist connections for criminal proceedings against Aliyev and Hourani Brothers in the USA in order to prevent any opportunity of their entry in the USA, and to spread the KNB dossier against those persons among the U.S. secret services and the Department of Justice.

The Embassy will be allocated an additional budget through the KNB special account for further work with "GOM" Firm, aimed at spreading negative and discreditable information, prepared by the KNB in relation to the above-mentioned criminals, among mass media outlets and NGOs, as well as on Internet sites.

By order of the President of Kazakhstan N.A. Nazarbayev, please find attached the sample program of fight against potential financial and industrial groups constituting a threat to the Head of the State and the Government of Kazakhstan, as developed by the American "GOM" Firm directed by A. Mirtchev (Annex 2).

The implementation of this program must be reported directly to the Presidential Administration of the Republic of Kazakhstan.

Annex #1: 1 p.

Annex #2: 39 pp.

**The KNB Officer of Operations Reserve (OOR), Head of the KNB Investigatory Task Force**

**Colonel A. Daulbaev [signature:** Illegible signature**]**



## Certification of Translation

I, the undersigned, Emily Biscocho, Production Support Manager of Compass Languages, a professional translation agency based at 1666 Crofton Parkway, Crofton, MD 21114 (EIN: 134194307) hereby certify that the content of the following original document:

1. 2007-11-16 Ambassador's letter.pdf

has been accurately translated from Russian into English according to the standards laid out by the American Translators Association.

Signed: *Emily Biscocho*
Emily Biscocho
Production Support Manager

**Date:** ___1/12/2011_____