# Exhibit 5

**ip beirut**

**From:** "ncb astana" <ncb.astana@kz.igcs.int>
**To:** "ipcq IPCQ" <ipcq@ip.igcs.int>
**Sent:** 26 May, 2007 04:47 PM
**Subject:** checking of persons

From: IP ASTANA

To: IPCQ

VERY URGENT

Our ref.: 22/8 – 1707          dated: 26.05.2007

Subject: checking of persons

Dear colleagues!

Please be informed that Shuhov Andrey Iljich(Ilyich), born on 22.12.1964 in Almaty city and Horony Isam Salah, born on 13.06.1967 in Lebanon, Balbah are suspected in criminal connection with criminal organization group which committed a crime stipulated by articles of Criminal Code of Kazakhstan: 125 (kidnapping), 235 (creating a criminal organization group), 181 (extortion), 175 (theft) and 325 (counterfeiting), criminal case No: 07751503130149.

In this respect we kindly request you to check the a/m person through population data base, please establish have they nationalities of your respective countries?

**THIS MESSAGE ONLY FOR POLICE USE.**

This message contains confidential information. Access and use of this email, its contents or any part thereof, be anyone else other than the intended recipient is unauthorized. If you are not intended recipient of the message and information, you are hereby notified that you must not read, disseminate, copy, use or take any action pertaining to the information contained in this email.

If you have received the message in error kindly notify the sender and delete the message immediately.

Thank you for your cooperation.