# Exhibit 13

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
DEVINCCI SALAH HOURANI et al.           )
                                        )
                                        )
            Plaintiffs                  )
                                        )      Civil Case No. 10-1618 (TFH)
                                        )
            v.                          )
                                        )
ALEXANDER V. MIRTCHEV et al.            )
                                        )
                                        )
            Defendants                  )
_____ )

### <u>Declaration of Rakhat Aliyev</u>

I, Rakhat Mukhtarovich Aliyev state as follows:

## I.      Introduction

1.      My full name is Rakhat Mukhtarovich Aliyev.  I am a citizen of the Republic of

Kazakhstan and was born on December 10, 1962, in Almaty, Kazakh SSR, Soviet Union

(now part of Kazakhstan).  I am over 18 years of age and have personal knowledge and

information of the facts stated herein.  I have read and understood this declaration prior to

signing it.

2.      Except where indicated to the contrary, the matters set forth in this declaration are made

on the basis of facts within my own knowledge and I believe them to be true and correct.

Where the facts are not within my own knowledge, I have identified the sources of the information, which I also believe to be true and correct.

3.  I can read and speak English fairly well, and each word in this statement is mine alone. However, since English is not my native language, I have been assisted in the administrative preparation of this statement by Plaintiffs' attorneys, Crowell & Moring, LLP.

4.  In 1983, I married Dariga Nursultanova Nazarbayeva, the eldest daughter of the current Kazakh President, Nursultan Nazarbayev, who has been in power since the fall of the Soviet Union in 1989.  At the time that I married Dariga, President Nazarbayev was serving as a high level official in the Communist party of Kazakhstan.

5.  I graduated in 1986 from Almaty State Medical Institute and conducted postgraduate courses at the 2nd Moscow Medical Institute in Moscow (Russia).  I am a medical doctor (1992) and graduated in 1996 from Almaty High School of Law.  I also have a Doctor of Economics degree from Moscow University (2004).  From 1997 to 2007, I held several high level positions in the Kazakh Government, including Chief of the Tax Police, First Deputy Minister for state tax revenues, First Deputy Head of the National Security Committee ("KNB"), Kazakh Ambassador to Austria (twice), Kazakh Representative to the Organization for Security and Co-operation in Europe ("OSCE"), and Deputy Foreign Affairs Minister.

6.  In 2007, I challenged my father-in-law's ability to remain as President "for life" and declared publicly my own desire to run against him at the next presidential election in 2012.  As a result, I have had to live in exile, and all my businesses in Kazakhstan, and

those of my family and allies, have been expropriated by the Government of Kazakhstan at the direction of President Nazarbayev.

7.   Since May 2007, President Nazarbayev directly has: (1) had my marriage with his daughter, Dariga, dissolved without my consent by having my signature forged on official family court documents "approving" the dissolution of my marriage;[1] (2) had several criminal arrest warrants issued for me nationally and internationally; (3) had trumped-up criminal charges and proceedings instituted against me in Kazakhstan which led to my being tried, convicted and sentenced *in absentia* for various serious crimes that I did not commit; and (4) sought my extradition from Austria (the Vienna Court of Austria refused to comply with this request on August 7, 2007, on the grounds that I would not face a fair trial in Kazakhstan and for insufficient evidence ).[2]

8.   More pertinently to this litigation, the Government has simultaneously commenced a wholesale and systematic campaign against: (1) my personal business and financial assets inside and outside of Kazakhstan; (2) my family, including my elderly parents, my siblings and my cousins; (3) my family's business and financial assets both inside and outside the country; (4) my political or personal allies; and (5) more generally, anyone or anything else that could be viewed as able to assist me financially or politically.

9.   As I will explain below, the Hourani family, related to me through my sister, Gulshat, fell into several of these categories.  Consequently, they fell victim to a conspiracy of theft and defamation orchestrated by Defendants Alexander Mirtchev, GlobalOptions

---

[1] Details of this and other events described in this declaration can be found in the book I published last year.  *See* Opp'n Ex. 37, RAKHAT ALIYEV, THE GODFATHER-IN-LAW 55-56 (James Addison White trans., 2009).

[2] Opp'n Ex. 24, Court Order, Landesgericht für Strafsachen Wien [Regional Court for Criminal Matters, Vienna], Aug. 7, 2007.

Management, Inc., GlobalOptions, Inc., and Krull Corporation working in concert with the Government and President of Kazakhstan.

## II.   Alexander Mirtchev's Close Business and Political Relationship with President Nazarbayev

10.   I have worked very closely with President Nazarbayev in politics from 1997 to 2007 and have had a first-hand view of how his Presidency has developed.  As such, I consider myself to have a unique, intimate perspective on how and with whom he operates, both as a politician and as a man.

11.   From my time working intimately with President Nazarbayev, and in Kazakh politics generally, I know that for several years now, Alexander Mirtchev has been President Nazarbayev's point man in managing his legal problems, financial affairs, and public persona.  For example, President Nazarbayev personally instructed Mirtchev to design Kazakhstan's legal and public relations strategy in dealing with the Kazakhgate scandal in order to "contain" and "reverse" the damage caused to President Nazarbayev's image as a result of the scandal.  I recall that Mirtchev promised President Nazarbayev that he would make the scandal "go-away."   Mirtchev and his team were always highly methodical and thorough.  They did not make any empty promises but rather followed through in everything they promised.  President Nazarbayev liked this about Mirtchev, and expressed his gratitude in dollars.

12.   I am aware that Mirtchev holds strong ties to powerful politicians and bureaucrats in Washington.  As a result, President Nazarbayev relied, and continues to rely, heavily on Mirtchev as a right-hand man when it comes to both domestic and global political strategy.  It was Mirtchev who engineered the President Nazarbayev's plan to consolidate

Kazakhstan's economic and political power in himself and the Presidential family – also known as the "Superkhan" projects, which I will explain in further detail below. Of course, this strategy included undermining the wealth and power that sat with Kazakhstan's Oligarchs, by taking their assets and insituting false criminal investigations against them. Mirtchev not only engineered this strategy, but was, and continues to be, involved in all aspects of its execution.

13. I also know that Mirtchev has assisted the Presidential family in secretly moving hundreds of millions of dollars into untraceable accounts and shell companies around the world, via Krull Corp. UK. I have personally seen emails from Mirtchev's assistant Kaloyan Dimitrov discussing these movements.

## III.    The Hourani Family

14. My sister, Gulshat, is married to Issam Hourani, a businessman of Palestinian origin whom I first met around 1994. Issam Hourani and members of his family, most notably his brother, Devincci, and his brother-in-law, Kassem Omar, had been foreign investors in Kazakhstan since the early-to-mid 1990s.

15. Issam Hourani, for instance, held a 50 percent stake in one of the biggest Kazakh publishing and printing companies "Almamedia" Ltd., including newspapers, magazines, television, books, *etc*. These media holdings alone represented a significant portion of Kazakhstan's entire mass media. Devincci Hourani also owned companies in Kazakhstan's lucrative oil and gas sector, including Caratube Internationl Oil Company ("CIOC").

16.     The Hourani family owned literally billions of dollars worth of important businesses in Kazakhstan, which they had acquired over time and through their own enterprise and hard work.  I never assisted the Hourani family in their businesses by using my influence or political power in their favor.   Indeed, I held relatively little business interests in common with the Hourani family.   Nevertheless, we were very much viewed as a single "faction" in light of our close familial relation.  Of course, as my brother-in-law, Issam Hourani was a close friend of mine, and we would see each other – and be seen together – often on a social basis.  The President, too, knew Issam through me, and the two would meet at family occasions including birthdays, anniversaries, weddings, and the like. Inevitably as a result of our close family relationship, my fate, and that of the Hourani family, was intertwined in the eyes of the President Nazarbayev and the Defendants in this matter.

**IV.    My Dispute with President Nazarbayev and My Exile from Kazakhstan**

17.     I have known President Nazarbayev for twenty-four years as a father-in-law to me, a father to my wife, a grandfather to my children, and a head of state.  At the very beginning of my marriage to Dariga, I held the highest opinion of my father-in-law. Quite simply, I idolized him.  I spent three years (1999 to 2001) working in the  Kazakh secret service to reform the service from ex-KGB methods to a newer, modern independent state secret service known as the "KNB."  I provided the President with unwavering loyalty and support.  He would call me his son, and I regarded him like a father.

18.     In truth, I now hold great regret for this.  In all these early years, I suppressed my doubts about him and his way of running Kazakhstan.  I did not permit myself to voice any

concerns or ask "unpleasant" questions.   However, as my own political career and opinions grew and I became more prominent in Kazakh and international circles, the more he fell from my eyes as a person, and especially as a leader.

19.     Indeed, the tension between President Nazarbayev and I began to surface as early as 2001, while I was serving as First Deputy Head of the KNB.   This was a hugely influential position which permitted me access to highly confidential documents on all aspects of Government.   As such, I came into contact with a great deal of information about the Government's covert operations to advance Kazakhstan's interests in the global economy, the President's political strategy for the future of the country, the President's personal interests in retaining a stronghold on the presidential seat and, above all, the shockingly corrupt practices of high-level government officials.

20.     I presented President Nazarbayev with the information I had gathered, and proposed that I present these findings to the Kazakh Parliament as a way of "cleaning up" the system and exposing the "cancer" that I believed was eating our society.   He forbade me to make any such information public and told me, in no uncertain terms, not to interfere with "his way" of running the country.   Shortly thereafter, I was summarily dismissed from my position as Deputy Head of the KNB and I stayed in the territory of the French Counsel Residences for more than a week.

21.     My "challenge" to the President had almost immediate repercussions.   Claims soon began to surface that I was allegedly preparing to instigate a "coup" against the President's regime, although no evidence to support this was ever produced.   These claims were entirely untrue and likely planted by friends of the President's or by the President himself as a way of justifying my dismissal from the KNB.

22.    The President eventually sent me away from Kazakhstan altogether by appointing me as the Kazakh Ambassador to Austria in 2002.   I was also appointed as a permanent representative to the OSCE (Vienna) from 2002 to 2005, an organization designed to, among other things: (1) promote democracy and assist its participating states in building democratic institutions; (2) assist states in carrying out fair and democratic elections; (3) ensure freedom of expression and speech; and (4) ensure that human rights are respected.   During my time in Vienna, I made a network of important political contacts throughout the European Union, and learned more about the democratic systems of the countries that make up Western Europe.

23.    It was not until three years later, in 2005, that I returned to Kazakhstan at the President's request.   He brought me back to aid him in running his reelection campaign leading up to the presidential election of December 5, 2005.   Per the Kazakh Constitution, if he won the election, it was to be his final term as President.   Due to various positions and connections I held at the time, President Nazarbayev hoped I could be a useful ally in presenting the rigged election process in a positive light to the Kazakh population and global community.   In particular, it was during this reelection campaign period, specifically in July 2005, that I was made First Deputy of the Foreign Ministry.

24.    As noted, my relatives, the Hourani family, and I held significant shares in mass media holdings in Kazakhstan, which could be used to disseminate propaganda throughout Kazakhstan.   Thus, my role with the OSCE and contacts in mass media were of particular interest to President Nazarbayev and his advisors, including the Defendants, vis-à-vis my utility in "packaging" his campaign as one that was unprejudiced and democratic, and presenting it as such to the OSCE, the Kazakh public and the world.   It was for this

reason that my wife, Dariga, and my father, Mukhtar, had created the *Asar* political party, so it would demonstrate a diversity of political parties in Kazakhstan and hence give a veneer of democratic authenticity to the country's elections.

25.     As was ordained, President Nazarbayev "won" the 2005 election with 91% of the votes cast.  But the high of this win did not last long.  In February 11, 2006, allegations arose that KNB agents had assassinated the head of an opposition party, Mr. Altynbek Sarsenbayev in Almaty (as well as his driver and his bodyguard), as a result of his political opposition to the President during the reelection campaign.  Because I was uniquely positioned within the Government, and had maintained close ties to some of my former colleagues at the KNB, I received some intelligence which implicated the President himself in these crimes.  Discovering the President's involvement with this matter was my "crossed rubicon" with him.

26.     Having learned of President Nazarbayev's conduct to secure the Presidential seat and – literally – eliminate those who "opposed" his continued power, I realized that the President's need for power had reached a point of no return.  I became more and more forthright in my need and desire to see change in my country.  I was determined to work towards making the "Rule of Law" meaningful in Kazakhstan and to make the country more of a true democracy in the style of Western Europe and the United States.

27.     As predicted, during the remainder of 2006, the President shifted the constitutional order of the country.  By the end of 2006, President Nazarbayev was setting into motion the drafting of a constitutional amendment that would enable him to remain as President of

Kazakhstan "for life."[3]  For me, this was the last straw.  I directly confronted him on this change and told him that I would be running for president in 2012.  The confrontation was highly charged and prompted the avalanche of conflict that exists between me and President Nazarbayev today.

28.     Four months later, in February 2007, I was accused of abducting two senior managers of Nurbank, a Kazakh bank which I owned and controlled.  Further, a special delegation from the Kazakh Government, including the Foreign Minister Kanat Saudabyev, personal assistant to the President, Bulat Outemuratov, and my ex-wife, Dariga, were all sent to see me in Austria at the end of the May 2007 (I had since February 2007 returned to Vienna as Kazakh Ambassador to Austria) essentially to deliver "warnings" of fabricated charges against me if I did not return to Kazakhstan and cease my criticism of the President's actions.  However, I did not feel that I would be safe if I did so, and refused to

---

[3] Opp'n Ex. 38, David Holley, *Kazakhstan Lifts Term Limits on Long-ruling Leader*, L.A. TIMES, May 19, 2007, *available at* http://articles.latimes.com/2007/may/19/world/fg-kazakh19. In May 2010, the Kazakhstan Parliament drafted and passed the "Leader of the Nation" bill that would grant President Nazarbayev special presidential powers for life, even if he were to step down as president.  The draft bill also guaranteed President Nazarbayev immunity from criminal investigations or prosecution and protection from confiscation of his property and property of his relatives "living in his household."  On June 3, 2010, the Kazakh state television broadcast a statement from President Nazarbayev stating he would not sign the "controversial draft law that would give him special powers for life."  He has claimed "Kazakhstan's international obligations" have stopped him from approving the draft law:  "As you know Kazakhstan now chairs the Organization for Security and Cooperation in Europe and a number of other regional associations. […] We should value this trust and carry out this honorable mission effectively.  In consideration of the above-mentioned factors, I am asking you, dear members of parliament, to understand my position correctly as I decline to sign this legislation."  *See* Opp'n Ex. 39, *Kazakh President Won't Sign Draft Law on Special Powers,* RADIO FREE EUROPE/RADIO LIBERTY, June 3, 2010), *available at* http://www.rferl.org/content/Kazakh_President_Wont_Sign_Draft_Law_On_Special_Powers/2061330.html. I had worked very closely in a political context with President Nazarbayev for just over a decade.  As such, I consider myself to have been uniquely positioned to be able to understand President Nazarbayev's underlying motives behind his political moves.  I believe President Nazarbayev's "humble refusal" to sign this draft bill into law – which he himself initiated in May 2007 – is nothing more than a political ploy to save face in the eyes of the global political community, in light of the media attention Kazakhstan is getting with respect to the arbitration dispute with me and separately with CIOC.  In fact, despite his protestations, President Nazarbayev conveniently failed to veto the bill, and was therefore was therefore declared "leader of the nation" for life.  *See* Opp'n Ex. 20, Raushan Nurshayeva, *Kazakh President Declared Leader of the Nation*, REUTERS, June 15, 2010, *available at* http://www.reuters.com/article/worldNews/idUSTRE65E0WP20100615.

return.   My fears were validated by the persecution that took place immediately thereafter.

## V.      Kazakhstan's Campaign of Revenge and Persecution

29.    By May 2007, the President had clearly made the decision to eliminate me once and for all.  This is nothing new; he has previously tried to do to the same with other political rivals such as Mukhtar Ablayzov and Akezhan Kazhegeldin.  Mr. Ablayzov, co-founder of the Democratic Choice of Kazakhstan Party had been imprisoned for nearly a year in 2002 and 2003 for politically opposing President Nazarbayev.  It was only when Amnesty International and the European Parliament interfered that he was released. Since that time, his businesses in Kazakhstan have been expropriated and criminal charges of fraud and embezzlement levied against him by the Kazakh Government.  He too is currently in exile.

30.    The story is similar with Mr. Kazhegeldin, the founder of the Republic People's Party of Kazakhstan.  Mr. Kazhegeldin too challenged President Nazarbayev's totalitarian system, and was also sent into exile.  Criminal charges have also been brought against him in Kazakhstan, this time of corruption, tax evasion and illegal real estate purchases.

31.    President Nazarbayev's pattern in dealing with political opponents, therefore, is well-established: (1) first and foremost, isolate an opponent from family and friends; (2) cripple any person or company capable of financially supporting an opponent in any political opposition to the Government; (3) pressure family and friends into turning against an opponent in aid of the Government's targeted persecution; (4) bring bogus criminal charges; and (5) use that opponent as an example of what can – and will – happen to anyone who threatens his rule.  As laid out in the so-called Superkhan

Memorandum[4] and other documents, this strategy was one moulded and honed by the Defendants in this case.

32.  This is the Kazakh Government's *modus operandi*.  Unfortunately and inevitably, such a *modus operandi* affects innocent victims, including foreign investors.  Thus, as discussed below, members of my family, including the Hourani family have suffered as collateral damage to President Nazarbayev's campaign to hurt me through those whom he believes to be "Aliyev people."

**A.     Persecution and Revenge Against Me Personally**

33.  Since May 2007, I have been stripped of my ambassadorship as well as my diplomatic immunity.[5]  I was wrongfully accused of running a mafia network in Kazakhstan and the Government subsequently issued a Red Bulletin for my arrest with Interpol.[6]

34.  A criminal investigation was formally launched into the allegations against me of the kidnapping of two bankers from Nurbank.[7]  Another investigation was launched against me into alleged economic and military crimes purportedly committed while I was in office.[8]  Lastly, I was also accused of being involved in the kidnapping and murder of my

---

[4] *See* Opp'n Ex. 1, *Political, Market, and Administrative Regulation of Main Economic, Political, and International Resources of Oligarchs* ("Superkhan Memo").

[5] Opp'n Ex. 41, *Kazakh President Fires Son-in-Law as Ambassador*, RADIO FREE EUROPE/RADIO LIBERTY, May 26, 2007, *available at* http://www.rferl.org/content/article/1076731.html; Opp'n Ex. 42, *Relative Challenges Kazakh Ruler*, BBC NEWS, May 27, 2007, *available at* http://news.bbc.co.uk/2/hi/asia-pacific/6696603.stm.

[6] Opp'n Ex. 43, *Kazakhstan Aliyev Put on International Wanted List*, ONEINDIA, May 28, 2007, *available at* http://news.oneindia.in/2007/05/28/kazakhstan-aliyev-put-on-international-wanted-list-1180350606.html.

[7] *See* Opp'n Ex. 41, *Kazakh President Fires Son-in-Law as Ambassador*, *supra* note 5; Opp'n Ex. 42, *Relative Challenges Kazakh Ruler*, *supra* note 5.

[8] Opp'n Ex. 44, Bruce Pannier, *Kazakhstan: Criminal Scandal Widens Around Ex-Ambassador Aliev*, RADIO FREE EUROPE/RADIO LIBERTY, Aug. 28, 2007), *available at* http://www.rferl.org/content/article/1078389.html ("Aliyev is also sought on charges of financial wrongdoing."); *see also* Opp'n Ex. 12, Memorandum from A. Daulbayev,

cousin Danyar Esten's wife, Anastasiya Novikova, in Beirut, Lebanon, in June 2004. This allegedly occurred at the alleged apartment of my brother-in-law, Issam Hourani. All of these allegations are totally fabricated and false, but this last allegation, in particular, was published by the Kazakh Government in a June 9, 2007, Interpol notice.

35.     Nevertheless, I was sentenced *in absentia* on January 15, 2008, by a civil court to twenty years in a penal colony for alleged kidnapping and criminal activity, and to a further twenty years on March 26, 2008, by a military tribunal for an alleged attempted coup and alleged espionage for Austria and the United States.  These claims were also false.[9]

36.     Further, in June 2007, I was involuntarily divorced from my wife, Dariga.  My signature on the divorce papers was forged.  In fact, I was very sick and in an Austrian hospital on the date the papers were fraudulently signed.   My ex-wife informed me later that President Nazarbayev demanded that she divorce me and mandated the family court to accept the documents, in my absence, with my forged signature purportedly consenting to the divorce.[10]  I have also been unable to see or communicate with any of my children since 2007.

37.     In addition, President Nazarbayev has made several unsuccessful attempts to have me extradited back to Kazakhstan.  The courts in Austria continue to refuse Kazakhstan's requests for extradition, doubting the possibility that I would be able to get a fair trial in

---

Deputy General Prosecutor and Chief of the Investigative-Operational Group, to A.E., Musin, Chief of Staff of the President of the Republic of Kazakhstan, March 15, 2010.

[9]  Opp'n Ex. 45, *Kazakh Son-in-Law 'Gets 20 Years'*, BBC NEWS, Mar. 26, 2008, *available at* http://news.bbc.co.uk/2/hi/asia-pacific/7315063.stm.

[10] Opp'n Ex. 46, David Holley, *Kazakh Leader's Daughter Confirms Divorce*, L.A. TIMES, June 21, 2007, *available at* http://articles.latimes.com/2007/jun/21/world/fg-kazakh21.

Kazakhstan.[11]   Specifically, the Regional Court for Criminal Matters in Vienna (the "Court") with authority over the extradition proceedings, stated: "*[d]ue to international reports concerning the human rights situation in Kazakhstan, there are justified concerns that in [the] case of the extradition of Rakhat Mukhtarovich Ali[y]ev […] the criminal proceedings against [him] would not be in line with the principles of the [European Convention on Human Rights ("ECHR")].*"[12]   The Court acknowledged that I had already been "*subjected on the part of Kazakh authorities to a way of procedure that was contrary to the ECHR.*"[13]   By way of example, the Court cited to the forced divorce of

---

[11] "Lawyers said the extradition request was refused after the [Austrian] judge ruled that Mr. Aliyev could not be guaranteed a free and fair trial in Kazakhstan or treatment acceptable to the European Court of Human Rights." Opp'n Ex. 47, Isabel Gorst, *Kazakh Exile Beats Attempt to Send Him Back*, FINANCIAL TIMES, Aug. 9, 2007; *see also* Opp'n Ex. 48, *Rakhat Ali[y]ev's Father Returns to Kazakhstan,* RADIO FREE EUROPE/RADIO LIBERTY, Oct. 5, 2009, *available at* http://www.rferl.org/content/Rakhat_Alievs_Father_Returns_To_Kazakhstan_/1844009.html.

[12] Opp'n Ex. 24, Court Order of the Regional Court for Criminal Matters Vienna, Aug. 7, 2007.

> "Despite the existence of any sufficient criminal suspicion [of Rakhat Aliyev], under §19 of the Extradition and Mutual Legal Assistance Act extradition is inadmissible if there are concerns that (1) the criminal proceedings in the requesting state will not observe or have not observed the principles of Art. 3 and 6 of the Convention for the Protection of Human Rights and Fundamental Freedoms, (2) the penalty or preventative measure imposed or to be expected in the requesting state would not be executed in a way corresponding to Art. 3 of the Convention for the Protection of Human Rights and Fundamental Freedoms, or (3) the person to be extradited would be subject to persecution in the requesting state due to his/her parentage, race, religion, his/her affiliation to any particular ethnic or social group, his/her nationality, or due to his/her political opinions, or would have to expect serious disadvantages for any of the reasons stated." *Id.*

[13] *Id.* at 5.

my wife by forgery of my signature on the divorce decree.[14]  The court concluded that the

divorce, which was done against my will, was a violation of the ECHR.[15]

38.     Kazakhstan has continued to work the diplomatic channels in efforts to secure my

extradition, but without success.[16]  Since the publication and distribution of my book *The*

*Godfather-in-Law*, I have continually moved from city to city, in fear of personal and

physical attacks on me at the hands of the Kazakh Government and the KNB.  Indeed, the

Government has already made two attempts to assassinate me.  In fact, I believe the

Kazakh KNB is still preparing to kidnap me.  The Austrian publication *Falter* reported in

September of this year that the Austrian Interior Ministry is investigating Kazakh

diplomatic communications regarding a proposed attempt on my life.[17]

39.     In spite of this, over a two-to-three month period leading up to January 2010, the Kazakh

Government attempted to negotiate a "settlement" with me.   Ultimately a meeting

between the Foreign Minister of Kazakhstan, Mr. Kanat Saudabayev, and me was

scheduled for January 11, 2010.  On that date, I met him together with Issam Hourani and

Devincci Hourani in Vienna, Austria, at the Hotel Coburg.  Our meeting lasted for

---

[14] "On 10.6.2007, he [Rakhat Aliyev] had allegedly received from the Kazakh embassy a document by fax according to which he had taken note of the divorce from his wife on 4.6.2007.  Attached to said message also was a fake signature, confirming that he had been duly informed about the appointment but did not appear.  As R,M, ALI[Y]EV had been under hospital treatment on 4.6.2007, he had not been able to sign a form transmitted on this day…" *Id.*

[15] *Id.*

[16] Opp'n Ex. 48, *Rakhat Ali[y]ev's Father Returns to Kazakhstan*, RADIO FREE EUROPE/RADIO LIBERTY (5 Oct. 2009), *available at* http://www.rferl.org/content/Rakhat_Alievs_Father_Returns_To_Kazakhstan_/1844009.html.

[17] Opp'n Ex. 40, *Subsequent Neutralization:  Is Kazakhstan's Embassy in Vienna Planning the Murder of an Enemy of the State?*, Florian Klenk, FALTER, Sept. 1, 2010, pages 10-12.

approximately three hours, from 15.00 until 18.00.[18]   In the end, Minister Saudabayev told us that we should all take a charter flight to Kazakhstan to speak to the President personally who would "resolve" the situation with us, including the Hourani family's various expropriated investments.  We declined, knowing that this was likely a trap and we would be arrested upon landing in Kazakhstan.

**B.      Persecution of My Family, Colleagues, and Friends Other Than the Houranis**

40.     In early 2007, I took a call from the Chairman of the KNB, General Shabdarbayev, where he threatened: "If you can't keep your mouth shut, we'll [the Kazakhstan Government] take a steamroller and crush all your relatives into the asphalt."

41.     Not long after this call, President Nazarbayev and his political mercenaries turned this warning into reality.  Criminal proceedings were launched against my cousin, the former mayor of Shymkent, Mr. Umyrzak Aliyev, based upon fabricated accusations.   After being dismissed from public service, he was given a suspended sentence of three years because of alleged "irregularities."   Innumerable raids and searches were conducted at my elderly parents' home in Almaty.   Agents of the KNB confiscated my mother's passport.  A number of police officers attempted to take a blood sample from my mother and my father, and threatened violence against them if they did not yield to their demands.  In addition, my father, Mukhtar, was labeled a "criminal" at the age of 75.  He was accused of illegal possession of hunting guns and ammunition – ironically, which President Nazarbayev himself had given to my father as a gift.

---

[18] Opp'n Ex. 49, *Rakhat Aliyev Admits That He Met Secretly with Kanat Saudabayev in Austria*, RADIO AZZATYK, Mar. 3, 2010, *available at* http://rus.azattyq.org/content/rakhat_aliev_kanat_saudabaev_meeting_in_vieena-/1971239.html.

42.     From this point onward, day after day, more and more members of my family have been branded "criminals" in one manner or another.  I have over 16 friends and colleagues who are now in prison in Kazakhstan due to their association with me.  Often they have been convicted by military tribunals to serve upwards of five to seven years.  Although I have been able to avoid extradition, once my persecution began, those who are associated with me who live in Kazakhstan have not been so fortunate.  One of my friends and colleagues, ex-general of the KNB, Zhomart Mazhrenov, was arrested and killed in KNB detention in Astana on July 8, 2008.  This death was officially reported as a suicide, with Mazhrenov supposedly having hanged himself with his underwear in a KNB holding cell.  However, press reports at the time made clear that suicide was an unlikely explanation for his death.[19]

43.     Another such example of a colleague who has had to suffer due to an association with me is Serik Burkitbayev, the former head of KazMunaiGas and a presidential advisor.  He is being investigated for high treason, having been charged with several crimes, including allegedly giving "special devices" to me so that I could purportedly intercept telephone conversations.

44.     Another example is Mukhtar Dzhakishev, who had been the head of the company Kazatomprom since its establishment**,** and is a close associate of mine.  Mr. Dzakishev was arrested just days after he was dismissed from his seat as head of Kazatomprom.  He was subsequently accused of orchestrating the transfer of stakes in key uranium mines in Kazakhstan, worth billions of dollars, to offshore companies.  However, as was reported

---

[19] Opp'n Ex. 50, Bruce Pannier, *Convenient "Suicide" Removes Key Witness in Kazakh Scandal,* RADIO FREE EUROPE/RADIO LIBERTY (11 July 2008), *available at* http://www.globalsecurity.org/military/library/news/2008/07/mil-080711-rferl02.htm.

in the national newspaper, *Kazakhstan Today*, Mr. Dzhakishev's "[a]rrest seems to be inexplicable and negatively affects the country's business climate as Kazakh entrepreneurs no longer feel they are protected by law."[20]   As various other media sources have highlighted, Mr. Dzhakishev was a close associate of mine, and his persecution is illustrative of the ongoing purge of those connected to me.

### C.      Kazakhstan's Actions Against The Hourani Family

45.      In pure monetary terms, however, no members of my family have suffered more from the dissolution of my relationship with the President than my sister, Gulshat, and her husband, Issam, and his family.  Altogether, the Hourani family has had over two billion dollars worth of assets expropriated.  Several false criminal charges have been levied against them; they have been harassed, questioned, and intimidated; they have been defamed in international publications; they have been forced to flee the country leaving other family and friends behind, including Devincci Hourani's infant daughter; and their business associates have been arrested, tortured, and forced to "confess" their knowledge of or involvement in their supposed "crimes."

46.      In the same time period as my falling out with the President, the Hourani family has had *all* its interests in Kazakhstan expropriated, from the Caratube oil concession to their interests in sugar, from poultry production and distribution to land and real estate, from a percentage of the country's media to millions of dollars in Kazakh bank accounts.  In the span of a few months, the Hourani family was essentially nullified as a financial presence in Kazakhstan.

---

[20] Opp'n Ex. 51, *Kazakhstan Says Some Foreign Deals with Uranium Assets Illegal,* KAZAKHSTAN TODAY, 28 May 2009, Opposition Exhibit.

47.     The Government's move against the Hourani family was in some sense inevitable.  As I have stated, they were a prominent and wealthy family with significant financial power at their disposal.  They were known to the President through me.  It was clear that the Hourani family thus represented an important financial resource available to fund me and my activities in opposition to the President.  In that sense, once the President had decided to eliminate me, expropriation of the Hourani family's financial wealth in Kazakhstan was an inevitable and consequential corollary.

48.     In May 2007, for instance, Issam Hourani, who personally owned significant shares in Kazakhstan's mass-media publishing and printing house Almamedia Ltd., was pressured to: (1) hand over his shares in the media to the Government; (2) divorce his wife (my sister), Gulshat; (3) make a public statement against me using the same media outlets he was ordered to give to the Government; and (4) provide President Nazarbayev with "information" about me.  When Issam Hourani refused to do any of these things, he too was immediately placed on Interpol's "wanted" list for fabricated allegations of kidnapping and organized crime.  He was even accused by the Government and its consultants and co-conspirators of international terrorism in various internet publications, including the Kazakh Embassy website.  Worse still, KTK and Karavan belonging to Gulshat and Devincci Hourani, was entirely shut down nationwide for two weeks and eventually transferred into the hands of the Government.

49.     As stated, in relation to the Houranis, the simple plan, as conceived by the Defendants in this action, was to nullify them by confiscating their property and discrediting them as Islamic terror threats.  Thus, Devincci Hourani's shares in the television channel, KTK, were also forcibly signed over to the President's own fund, the First President's Fund.

Issam Hourani's media interests, alone worth hundreds of millions of dollars, were signed over to the President's own fund through a fabricated power of attorney forging his signature.  CIOC, of course, had its concession terminated just as it was on the cusp of entering into production of millions of barrels of proven reserves.  Other property of the family, including the two biggest buildings in downtown Almaty, homes, land, commercial real estate, millions of dollars in cash, personal belongings, and the like were all confiscated.  As a result, in the face of the harassment, persecution, nighttime raids and intimidation, the majority of the Hourani family were forced to flee Kazakhstan, and have never returned.

50.    I know for a fact that the above actions by the Government were part of a careful campaign orchestrated by it and the Defendants against the Hourani family and me.  A document that was provided to me by sources still loyal to me in Kazakhstan, and which I have shared with legal counsel for Plaintiffs, proves beyond doubt that the Government of Kazakhstan, in conjunction with the Defendants, expropriated the Hourani family's assets as a way of attacking them and me together.  In fact, this document, a November 16, 2007, memorandum from Colonel A. Daulbaev to Kazakh Ambassador to the United States E. Idrissov, confirms that a special taskforce was created at the orders of the President (likely through his Chief of Staff, Aslan Musin), and under the leadership of Askhat Daulbaev of the General Prosecutor's Office (he is also with the KNB), simply to eradicate the economic power of Issam and Devincci Hourani.  The document then states that Alexander Mirtchev and GlobalOptions Management, Inc., are to be included in the activities of the special taskforce and are to spread negative and "discreditable"

information to mass media outlets and nongovernmental organizations about the Houranis.[21]

51.     I obtained this document and others submitted in this litigation through sources that are still loyal to me in Kazakhstan.  Unfortunately, several of these sources, as described above, have been imprisoned for their connections to me as the Government of Kazakhstan looks to stop the leak of such damning information.  These sources include the Major General Sergey Kuzmenko, ex-KNB member Adil Abenov, Presidential advisor and former head of KazMunyGaz, Serik Burkitbayev, and former head of the Prosecutor General's office, Murat Musabekov.  I cannot identify my other sources because they would be subject to retribution in Kazakhstan for cooperating with me.  Nevertheless, these individuals have access to the documents exhibited in this litigation.

52.     I provided the November 16, 2007, Daulbaev memorandum to Plaintiff Issam Hourani in August 2010.

53.     Of course, even now the Government has not stopped its campaign against me and the Hourani family.  On this front, Kazakhstan has been zealously assisted by a number of President Nazarbayev's "agents" located in the United States, including Defendants Mirtchev, Krull Corporation, GlobalOptions Management, Inc., and GlobalOptions, Inc., who have pursued me since May 2007 and work to divest the Houranis of their assets and defame them in the world press.

54.     Further, in early December 2010, my reliable sources within the Kazakh Government sent to me two additional documents which showed the involvement of individuals at all levels of government in a continued conspiracy to discredit me and anyone related to me.

---

[21] Opp'n Ex. 2, Memorandum, November 16, 2007.

I refer the Court to Exhibits 4 and 5 (with translations provided by Exhibits 2 and 3) filed with this court by the Plaintiffs in their Motion to Leave to Take Jurisdictional Discovery dated December 16, 2010.

55.     Exhibit 4 is a Personal Order from President Nursultan Nazarbayev directed to Mr. Abykayev, Chairman of the KNB, Mr. Saudabayev, State Secretary and Minister of Foreign Affairs and Mr. Musin, President Nazarbayev's Chief of Staff.   It directs the addressees to effect the prosecution of criminal cases against myself as well as my brother-in-law, Issam Hourani, in order to "control" the situation connected with the ongoing ICSID arbitration as well as the present litigation.

56.     Exhibit 5 consists of a memorandum from Mr. Idrissov, Ambassador of the Republic of Kazakhstan to the U.S., in which he describes the various actions undertaken by various state actors and their agents in connection with persecuting me and my family.

57.     Indeed, my sources within the Kazakh Government are in positions that enable them to have access to authentic documents in the regular course of their business for the State.

I, Rakhat Mukhtarovich Aliyev, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Name: (print)_____

Signed: (sign)_____

**Rakhat Mukhtarovich Aliyev**

Executed on: _____ January 2011