# Exhibit 19

# The Telegraph

## Kazakhstan moves to extend president's rule

Kazakhstan moved on Monday to extend the reign of President Nursultan Nazarbayev for another ten years without re-election, imperilling hopes of a transition to democracy in the oil-rich former Soviet state.



Nursultan Nazarbayev seems to have backtracked from initial intention to run in 2012    Photo: AFP



By Richard Orange (http://www.telegraph.co.uk/journalists/richard-orange/) , Almaty
1:48PM GMT 27 Dec 2010

The country's election body backed a self-styled citizens' forum which last week called for a referendum to extend Mr Nazarbayev's rule to 2020, when he will be 80 years old. The backing means that the collection of the required 200,000 signatures can begin and the president will decide at the end of the process whether to hold a referendum.

Mr Nazarbayev, whose advisers recently said he would stand for re-election in 2012, has ruled the Central Asian country since the dying days of the Soviet Union. Last year a "Leader of the Nation" law was passed which grants Mr Nazarbayev's family lifetime immunity from prosecution, and threatens prison to anyone "violating the honour and dignity of the First President".

Opposition figures said the Kazakhstan (http://www.telegraph.co.uk/news/worldnews/asia/kazakhstan/) authorities had chosen the period between Christmas and New Year to prevent disgruntled citizens taking to the streets. "People will be celebrating for 15 days now, and when they return to work in mid-January, passions will have subsided and they won't bother to protest," Sergei Duvanov, a dissident, told Reuters. "Otherwise, the opposition would have already organised some protest actions in a square."

Government officials queued up to support the initiative, which was given wide coverage on state-run television channels.

Vladimir Redkokashin, head of the city council of Astana, Kazakhstan's capital, said: "The holding of the referendum, the granting of power to the president until 2020 is a very positive initiative that is supported by all citizens." He added that it would be approved by the "overwhelming majority" of the Kazakh people.

Kazakhs pour cold water on Swiss money-laundering case (http://www.telegraph.co.uk/news/worldnews/asia/kazakhstan/8214523/Kazakhs-pour-cold-water-on-Swiss-money-laundering-case.html)

Kazakhstan pushes ahead with nuclear fuel bank plan (http://www.telegraph.co.uk/news/worldnews/asia/kazakhstan/8204077/Kazakhstan-pushes-ahead-with-nuclear-fuel-bank-plan.html)

US slates Kazakh plan to scrap elections until 2020 (http://www.telegraph.co.uk/news/worldnews/asia/kazakhstan/8239038/US-slates-Kazakh-plan-to-scrap-elections-until-2020.html)

Kazakh president likely to back call to scrap election and stay in power (http://www.telegraph.co.uk/news/worldnews/asia/kazakhstan/8228145/Kazakh-president-likely-to-back-call-to-scrap-election-and-stay-in-power.html)

Kazakhstan timeline: from Soviet vassal to oil-rich powerhouse (http://www.telegraph.co.uk/news/worldnews/asia/kazakhstan/8171360/Kazakhstan-timeline-from-Soviet-vassal-to-oil-rich-powerhouse.html)

Berlusconi lavishes praise on "absolutely justifiably loved" Kazakh leader (http://www.telegraph.co.uk/news/worldnews/asia/kazakhstan/8177406/Berlusconi-lavishes-praise-on-absolutely-justifiably-loved-Kazakh-leader.html)

Bulat Abilov, Chairman of the opposition Social Democratic Party, predicted earlier this year that Mr Nazarbayev would cancel the 2012 poll, for which two opposition parties have already tried to field candidates.

Mr Nazarbayev has been by far the most skilful ruler of the five strongmen who took control in Central Asia upon independence. He has artfully balanced relations between Russia, China, and the West, appointed able advisers and ministers, and used the country's oil and mineral resources to bring some prosperity to ordinary people.

© Copyright of Telegraph Media Group Limited 2011