# Exhibit 29

**CONFIDENTIAL**

## Viewing cable 09ASTANA677, KAZAKHSTAN: GOVERNMENT'S ANTI-CORRUPTION CAMPAIGN

| Reference ID | Created | Released | Classification | Origin |
|---|---|---|---|---|
| 09ASTANA677 | 2009-04-22 11:11 | 2010-11-29 23:11 | CONFIDENTIAL | Embassy Astana |

```
VZCZCXYZ0008
OO RUEHWEB

DE RUEHTA #0677/01 1121143
ZNY CCCCC ZZH
O 221143Z APR 09
FM AMEMBASSY ASTANA
TO RUEHC/SECSTATE WASHDC IMMEDIATE 5216
INFO RUCNCLS/ALL SOUTH AND CENTRAL ASIA COLLECTIVE
RUCNCIS/CIS COLLECTIVE 1521
RUEHZL/EUROPEAN POLITICAL COLLECTIVE
RUEHBJ/AMEMBASSY BEIJING 0899
RUEHUL/AMEMBASSY SEOUL 0586
RUEHKO/AMEMBASSY TOKYO 1602
RHMFISS/CDR USCENTCOM MACDILL AFB FL
RUEAIIA/CIA WASHDC
RUCPDOC/DEPT OF COMMERCE WASHDC
RHEBAAA/DEPT OF ENERGY WASHDC
RUEAWJA/DEPT OF JUSTICE WASHDC
RUEATRS/DEPT OF TREASURY WASHDC
RHEFAAA/DIA WASHDC
RUEKJCS/JOINT STAFF WASHDC
RHEHNSC/NSC WASHDC 1084
RUEKJCS/SECDEF WASHDC 0998
RUEHNO/USMISSION USNATO 2615
RUCNDT/USMISSION USUN NEW YORK 2285
Wednesday, 22 April 2009, 11:43
C O N F I D E N T I A L ASTANA 000677
SIPDIS
```

STATE FOR SCA/CEN

EO 12958 DECL: 04/22/2009

TAGS PGOV, PREL, SOCI, KCRM, KZ

SUBJECT: KAZAKHSTAN:  GOVERNMENT'S ANTI-CORRUPTION CAMPAIGN

-- SWEEPING EFFORT OR SELECTIVE TARGETING?

REF: A. 08 ASTANA 0680  B. 08 ASTANA 1309

Classified By: Ambassador Richard E. Hoagland, 1.4 (b) and (d)

¶1. (C) SUMMARY: The Kazakhstani authorities recently launched a well-publicized anti-corruption campaign that has resulted in the arrest of several high-ranking individuals, including the Minister of Environment and a Deputy Minister of Defense, and in convictions of a number of others. The campaign appears to have the full support of President Nazarbayev, who has repeatedly called on the government and the ruling Nur Otan party to battle this "most serious evil."  Political analysts and civil society leaders remain skeptical, however, that the government's clean-up efforts will bring permanent results. Most see the campaign simply as evidence of a power struggle among elite groups within the Kazakhstani government and doubt that any of the "biggest fish" will be affected. END SUMMARY.

GOVERNMENT LAUNCHES ANTI-CORRUPTION CAMPAIGN

¶2. (SBU) The Kazakhstani authorities recently launched a well-publicized anti-corruption campaign that seems to be aimed at the higher echelons of the government and has already brought down several senior individuals. Over the past two months, the Agency for Fighting Economic Crimes and Corruption (also known as the Financial Police) launched investigations against several government officials on suspicion of corruption and abuse of power. The list includes Minister of Environment Nurlan Iskakov and two of his deputy ministers, the director of the Astana City Construction Company and one of his deputies, the Chairman of the Water Resources Committee, and the Director of the Astana Health Department. All of the officials have been removed from their positions and are currently in detention or under house arrest pending the outcome of investigations against them. Investigations have also been launched against numerous mid-level officials and officials in local government, and two regional governors -- for South Kazakhstan and East Kazakhstan oblasts -- have been replaced and are under investigation. In addition, on April 13, the Committee for National Security (KNB) detained Deputy Defense Minister Kazhimurat Mayermanov on suspicion of abuse of office (i.e., corruption) in connection with government contracts with two Israeli defense firms to design and manufacture new artillery systems.

¶3. (SBU) Several high-ranking government officials were charged or prosecuted for corruption-related crimes in an earlier "wave" last year. In August 2008, Yuriy Tleumuratov, the Chairman of the Financial Control Committee at the Ministry of Finance, and Ruslan Yusupov, an office director in the same committee, were arrested and charged with bribery and abuse of power. (NOTE: Then-Tax Committee Chairman Nurlan Rahkmetov resigned shortly thereafter, stating that ethics rules demand he share responsibility for the wrong-doings of his subordinates. Some commentators suggested, however, that he had been directly involved in the crimes. END NOTE.) In November 2008, Zhaksybek Kulekeyev, the former chairman of the national railroad company Temir Zholy, was convicted of accepting bribes and abusing his authority (see ref A).

¶4. (SBU) **Perhaps the most high-profile official convicted of corruption-related crimes is Serik Burkitbayev, the former head of KazMunaiGaz and a one-time advisor to President Nazarbayev (see ref B). Burkitbayev was tried in a closed trial and convicted on March 24 for abuse of power,**

**misappropriation of property, and embezzlement. His case, however, is surrounded by political intrigue -- Burkitbayev was at one point a close associate of Rakhat Aliyev, Nazarbayev's exiled former son-in-law, and some press reports have suggested that his conviction was the result of his links to Aliyev rather than his corrupt dealings. Some media accounts claimed that Burkitbayev provided Aliyev with the eavesdropping equipment he apparently used to record embarrassing conversations among senior government officials which were later uploaded to the Internet. Aliyev himself publicly criticized the conviction and vowed to bring the attention of the international community to the case.**

ORDER COMES FROM THE TOP

¶5. (SBU) The anti-corruption drive certainly has the highest backing. On April 1, President Nazarbayev commended Financial Police head Kairat Kozhamzharov for his anti-corruption efforts and told him to continue the fight "irrespective of people's status and connections." Nazarbayev has repeatedly called on the government and the ruling Nur Otan party to battle this "most serious evil," and there is evidence that his words have been taken to heart. Following the President's criticism of the "corrupt state" of the Shymkent Medical Academy, the Health Ministry reorganized it, shutting down all but three faculties and transferring close to three thousand students to other institutions. The Ministry of Interior (MVD) recently announced that in response to "goals set forth by the President," the Ministry will reorganize its hiring and promotion processes to increase transparency. And the Ministry of Education publicly committed to cleaning up corruption at schools and universities.

BIG FISH OR SMALL FRY?

¶6. (C) Despite the high publicity surrounding the round-up of corrupt officials, independent analysts remain skeptical that the government's clean-up efforts will bring permanent results. XXXXXXXXXXXX told us on April 7 that arrests of individual "wayward" officials will have little effect unless systemic corruption -- "the gray economy in government services" -- is addressed. Evidence of corrupt dealings could be dug up against numerous high-level government officials, argued XXXXXXXXXXXX, so the decision about which officials to bring to justice becomes a purely political one.  He predicted that the campaign will bring down the level of corruption in the short-term -- "some will think twice" -- but will have little effect on the system as a whole.

¶7. (C) Political analyst XXXXXXXXXXXX sees the recent convictions more as a sign of intra-elite warfare than evidence of a concerted anti-corruption effort. As evidence, he pointed to the cases of Kulikeyev and Burkitbayev, both of whom XXXXXXXXXXXX believes were convicted on marginal evidence. XXXXXXXXXXXX sees the anti-corruption effort as little more than a fight for property in uncertain economic times -- "the accused are the unlucky losers."

¶8. (C) Civil society activist XXXXXXXXXXXX also describes the discredited officials as "the weak links in the chain" and believes that the "real sharks" are continuing to operate with impunity. According to XXXXXXXXXXXX, the criminal investigations themselves are hardly transparent and some, like the investigation against former Vice Minister of Environment Alzhan Braliyev, are border-line illegal. (NOTE: A contact of our Public Affairs Section who knows Braliyev personally questioned the veracity of the evidence against him and maintained to us that he is "taking the fall" for his boss, former Minister of Environment Nurlan Iskakov. XXXXXXXXXXXX told us that several of Bralieyev's associates and friends are coming together to fund his defense. END NOTE.)

XXXXXXXXXXXX ascribed the recent "fury of activity" to new management at the Financial Police. Kozhamzharov was appointed in December 2008 and was

given what XXXXXXXXXXX believes were express orders from President Nazarbayev to clean up the government, "within reason, of course."

OPPOSITION LEADERS SEE EFFORTS AS "FUTILE"

¶9. (C) Key opposition leaders also voiced skepticism about the efficacy of the anti-corruption efforts. XXXXXXXXXXXX sees the campaign as "selective punishment" that will not touch the highest echelons of the government. XXXXXXXXXXXXdescribed it as a power struggle between leading elite groups "with corruption used as an excuse." XXXXXXXXXXX suggested that the campaign was aimed at eliminating the competition of Nazarbayev son-in-law Timur Kulibayev, who XXXXXXXXXXXX believes has been selected as his successor. (COMMENT: XXXXXXXXXXXX's view appears to be a bit off base, since Kulibayev's strongest competitors as potential Nazarbayev successors -- such as Astana Mayor Imangali Tasmagambetov -- have not been affected by the anti-corruption campaign. END COMMENT.) XXXXXXXXXXX told us that Kazakhstan's endemic corruption problems can only be addressed through appropriate changes to legislation -- "all else is futile."

¶10. (C) COMMENT: Corruption is endemic among Kazakhstani officialdom, as it is across the CIS. Blessed with strong tax revenues, government salaries are high in Kazakhstan compared to its neighbors -- for example, Prime Minister Masimov's salary is over $50,000 a year -- but most senior officials live lifestyles that require much higher incomes. In many instances, they receive profits from businesses registered in the names of their spouses or other relatives. In other cases, they're stealing directly from the public trough. The officials taken down by the anti-corruption campaign are thus just a tiny fraction of those with dirt on their hands. The ongoing anti-corruption campaign does appear to be targeting some officials who have gone too far -- and don't have adequate protection from above to ward off the law enforcement authorities. In other cases, however, it seems likely that officials no more corrupt than any one else have been targeted by rivals taking advantage of the anti-corruption campaign to bring them down. END COMMENT. HOAGLAND

http://cablegate.wikileaks.org/cable/2009/04/09ASTANA677.html

**Viewing cable 09ASTANA982, KAZAKHSTAN: CHINESE AMBASSADOR COMMENTS ON KEY FOREIGN**

| Reference ID | Created | Released | Classification | Origin |
|---|---|---|---|---|
| 09ASTANA982 | 2009-06-08 10:10 | 2010-11-29 21:09 | CONFIDENTIAL | Embassy Astana |

```
VZCZCXRO2943

OO RUEHBI RUEHCI RUEHDBU RUEHFL RUEHKW RUEHLA RUEHLH RUEHNEH RUEHNP

RUEHPW RUEHROV RUEHSR

DE RUEHTA #0982/01 1591008

ZNY CCCCC ZZH

O 081008Z JUN 09

FM AMEMBASSY ASTANA
```

```
TO RUEHC/SECSTATE WASHDC IMMEDIATE 5572

INFO RUCNCIS/CIS COLLECTIVE 1640

RUEHZL/EUROPEAN POLITICAL COLLECTIVE

RUCNCLS/ALL SOUTH AND CENTRAL ASIA COLLECTIVE

RUEHBJ/AMEMBASSY BEIJING 1016

RUEHKO/AMEMBASSY TOKYO 1719

RUEHUL/AMEMBASSY SEOUL 0690

RHEBAAA/DEPT OF ENERGY WASHDC

RUCPDOC/DEPT OF COMMERCE WASHDC

RUEATRS/DEPT OF TREASURY WASHDC

RUEAIIA/CIA WASHDC

RHEFAAA/DIA WASHDC

RHEHNSC/NSC WASHDC 1201

RUEKJCS/SECDEF WASHDC 1117

RUEKJCS/JOINT STAFF WASHDC

RHMFISS/CDR USCENTCOM MACDILL AFB FL
```

C O N F I D E N T I A L SECTION 01 OF 04 ASTANA 000982

SIPDIS

STATE FOR SCA/CEN, SCA/A, EUR/CARC, EAP/CM, EAP/K, EEB/ESC

EO 12958 DECL: 06/08/2029

TAGS PREL, ECON, EPET, AF, GG, RS, IR, KN, ZK, KZ

SUBJECT: KAZAKHSTAN: CHINESE AMBASSADOR COMMENTS ON KEY FOREIGN POLICY ISSUES

REF: ASTANA 0678

Classified By: Ambassador Richard E. Hoagland, 1.4 (b), (d)

¶1. (SBU) SUMMARY: On June 5, Chinese Ambassador Cheng Guoping hosted the Ambassador for dinner at the restaurant on the 23rd floor of a striking new hotel built in Astana and owned by the Chinese National Petroleum Company. During a fascinating, wide-ranging, three-hour tour d'horizon, the Chinese Ambassador discussed his government's policy -- and occasionally made personal comments -- on human rights, smart power, President Obama, Afghanistan's reconstruction, Russia's policy in Central Asia, Georgian President Saakashvili, Iran's upcoming presidential elections, North Korea's nuclear tests, Central Asia's energy resources, the Manas air base, and the proposed international nuclear fuel bank. The Chinese Ambassador clearly enjoyed the free and easy, open-ended conversation and invited the Ambassador to meet again, at the restaurant, in the near future. Guoping was joined by an unidentified policy advisor and an interpreter, to whom he addressed his remarks in soft whispers throughout the evening. END SUMMARY.

CHINA'S MFA "SCARED" BY PELOSI'S VISIT

¶2. (SBU) Guoping was relaxed, wearing short sleeves and no jacket, and clearly eager to engage and entertain his American guests. He began the evening by referring to the recent visit to Beijing of House Speaker Nancy Pelosi. Without openly acknowledging or discussing the twentieth

anniversary of the June 4, 1989, Tiananmen Square protests, Guoping said the government was prepared, and also fearful, for the Speaker to raise human rights and democracy issues during her visit. "She had the Ministry of Foreign Affairs (MFA) scared to death on the eve of her visit," Guoping said, half-jokingly.

PRAISE FOR SMART POWER

¶3. (SBU) Without prompting, Guoping praised President Obama's leadership style and approach to foreign affairs. He singled out the President's "effective management" of the financial crisis, for example, calling his decisions to stimulate the U.S. economy "bold and courageous." He called the President's June 4 speech in Cairo - which Guoping was able to download in Mandarin from the Department's website - "a milestone for the use of smart power." Guoping said the President's willingness to employ both military and cultural assets would prove to be a "very effective" approach to foreign affairs. He observed that statesmen require both in order to achieve their policy objectives and said the Administration's use of "smart power is a very good idea."

IRANIAN ELECTIONS

¶4. (SBU) Guoping perceptively connected the Cairo speech to upcoming elections in Iran. "This speech is very timely," he said. "I predict that it will influence Iran's presidential elections, and will be particularly beneficial for reformers in Iran." He said that President Obama has already played a positive role in rebuilding U.S. relations with Iran and again stressed the importance of the upcoming elections. "The reformists have a chance," he said. Guoping suggested that it would be impossible for Iran to ignore President Obama's overtures for long. "They cannot remain in the background of these global changes in foreign policy. If they do, they will become even more isolated than they already are. And ultimately, if Iran doesn't respond, President Obama will have to change his policy. Iran might be the last country standing for extremism in the Muslim world," he said.

FOCUS ON THE TALIBAN

¶5. (SBU) About Afghanistan, Guoping said the Taliban is the real enemy of the United States and the "basis for terrorism in South Asia." He argued that the United States must first "eradicate the Taliban in order to defeat terror in Iraq" and said the Administration's emphasis on Afghanistan was a shrewd policy. "You have enlisted the help of all governments in the region to assist

ASTANA 00000982 002 OF 004

with the rebuilding of Afghanistan, saying that to do so is to play a part in the war against terrorism. No one is able to say openly that they do not want to combat terrorism, so you have made it very difficult to refuse to help."

NORTHERN DISTRIBUTION NETWORK

¶6. (C) In particular, Guoping said that the Northern Distribution Network to transport non-lethal supplies to U.S. troops in Afghanistan has enabled many countries to participate in Afghanistan's reconstruction. He said that the Chinese government is aware of the U.S. government's request to transit non-lethal supplies via China and said "we are actively researching this suggestion. In essence, it would mean that the People's Republic of China would be supporting a NATO military operation, which would be an interesting development." Guoping confided that China's MFA and its Ministry of Defense have different opinions on the subject, although he said he expected a decision soon. "My own personal opinion," he said, "is that we will do the right thing and cooperate with NATO and the U.S. government in Afghanistan." Guoping said this would be an appropriate issue to raise in the context of the President's visit to Beijing in July.

RUSSIA'S POLICY IN CENTRAL ASIA

¶7. (C) Guoping said that Russia is experiencing "severe difficulty" now because of the global financial crisis. He suggested that the government of Russia is eager to improve relations with the United States now because Moscow is concerned that the economic downturn will begin to affect the political stability of the country, "even the stability of the Kremlin." Guoping said that Russia does not want or need any foreign policy problems right now; "they need to focus on their domestic, economic affairs." Guoping also said that Russia would like more support from the United States for its insistence on a privileged sphere of influence in Central Asia, in exchange for greater cooperation in Afghanistan. "Russia is convinced that they must dominate Central Asia and the Caucasus. They believe they have vital, strategic, historical interests in the region," Guoping said. When pressed by the Ambassador to express his own opinion, Guoping said, "I personally do not agree that Russia should be granted a special sphere of influence in the region, but that is their view."

ON GEORGIA

¶8. (C) On Georgia, Guoping said he expects Russia to use military force to overthrow Georgian President Saakashvili. He did not elaborate or offer any specifics, but merely observed that Russia has already established military bases in Abkhazia and South Ossetia and is likely to remain there for the foreseeable future. Guoping worked in Georgia for four years and understands well the history and culture of its people. He observed that South Ossetia has strong cultural ties to Russia, but said it is likely that the Ossetians will ultimately press for greater independence from Russian influence.

¶9. (C) In unusually blunt language, Guoping said Saakashvili is "not a mature statesman. He overreacted to Russian provocations and gave Russia the opportunity to take Abkhazia and South Ossetia." Guoping suggested that Secretary Rice's July 2008 visit to Georgia before the war in August 2008, might have indirectly encouraged Saakashvili to take military action. He said his understanding was that Saakashvili briefed Secretary Rice on his plans to mobilize Georgian armed forces and when she did not directly object, Saakashvili mistook that as a sign of U.S. support. Guoping said, "Clearly, Russia baited and cheated Georgia. But Saakashvili was impressed with his earlier success in Batumi (Adjara) and he thought he could involve the United States in the war." Guoping said he expects former Parliament Speaker Nino Burjanadze to become Georgia's next president. "She is much more mature than Saakashvili. He won't stay long," he said.

NORTH KOREA'S NUCLEAR TESTS, DOMESTIC POLITICS

¶10. (C) Guoping seemed genuinely concerned by North Korea's recent

ASTANA 00000982  003 OF 004

nuclear missile tests. "We need to solve this problem. It is very troublesome," he said, calling Korea's nuclear activity a "threat to the whole world's security." China opposes North Korea's nuclear testing and is working to achieve peace and stability on the Korean peninsula, according to Guoping. When asked about the reunification of Korea, Guoping said China hopes for peaceful reunification in the long-term, but he expects the two countries to remain separate in the short-term. Guoping said the domestic political situation in North Korea is "very complex" and suggested that Kim Jong-il's reported decision to anoint his youngest son as his successor was driven more by Kim's deteriorating health than any carefully planned strategy. "They had no time to plan for this," he said. Guoping said the "military really governs" North Korea and controls domestic politics and foreign policy. He suggested that Kim Jong-il's announcement was designed to send a message to the military and the great powers that he is really in

charge and in control. Guoping said China's objectives in North Korea were to ensure they honor their commitments on nonproliferation, maintain stability, and "don't drive [Kim Jong-il] mad."

CENTRAL ASIAN ENERGY

¶11. (SBU) Turning to a discussion of energy resources and energy security in Central Asia, Guoping said that Russia owns and controls most of Central Asia's pipelines, "but it cannot prevent the ultimate diversification of export routes." He said that Kazakhstan, Uzbekistan, and Turkmenistan are close to Russia, but they nevertheless understand that they must seek and develop alternatives. He predicted that they will soon "break the Russian monopoly" on the export of hydrocarbons from the region and said the oil and gas pipelines to China now under construction will be "very important" in that regard. Guoping said that Kazakhstan's oil pipeline from Atasu to Alashankou would be completed in July and will initially carry 200,000 barrels per day (bbl/d), but will soon be expanded to 400,000 bbl/d. He said China would encourage Western oil companies to ship their production eastward. He was aware of plans to ship Kazakhstani oil across the Caspian Sea by tanker and said China had no objections to the project, which they considered "strictly commercial." When asked about China's recent $10 billion loan to Kazakhstan, Guoping confirmed that $5 billion was earmarked for investments in the energy sector, including the purchase of 50% of MangistauMunaiGas, while the remaining $5 billion would be delivered to the Development Bank of Kazakhstan as a "soft loan that the government would be free to use as it likes."

POTENTIAL PARTNERSHIP WITH U.S. OIL COMPANIES

¶12. (SBU) Guoping said China sees "great potential for an energy partnership with U.S. companies in Central Asia," including the development of onshore resources in Turkmenistan. He said that the Chinese MFA is very interested in pursuing these opportunities and suggested that this would be worth including in the China-U.S. Strategic Economic Dialogue. "This is very reasonable," he said, adding, "Our government would actively support such a proposal." The Ambassador noted that Chevron is already working with Chinese companies in western China.

ON NAZARBAYEV

¶13. (SBU) Commenting on President Nazarbayev, Guoping called him a "wise and mature statesman," who has presided over a period of remarkable stability and economic growth. He praised President Nazarbayev's foreign policy skills and added that China's MFA has "great respect" for President Nazarbayev and holds him in high regard.

MANAS AIR BASE

¶14. (C) Referring to the Manas air base, Guoping said that the government of Kyrgyzstan has tried to show similar sophistication in balancing the interests of the great powers in the neighborhood, but has been much less successful. He said that according to his information, the United States is prepared to pay an additional $50 million a year to the government of Kyrgyzstan "to make them think

ASTANA 00000982 004 OF 004

about" keeping the base open. He said he has seen a subtle shift in U.S. policy in the region, adding, "You've also made important progress in Uzbekistan. We ourselves have noticed a change in Uzbekistan's foreign policy over the last year, especially toward Russia."

NUCLEAR FUEL BANK

¶15. (C) Guoping did not appear to be well briefed on the subject of the IAEA-administered international nuclear fuel bank proposed by the Nuclear Threat Initiative. He was aware of Russia's earlier proposal to host a fuel

bank, but he seemed surprised when told that Kazakhstan has announced its intention to host an IAEA-administered fuel bank on its territory. Indeed, he went so far as to question the accuracy of the Ambassador's information that Iranian President Ahmadinejad supported Kazakhstan's proposal during his state visit to Astana in April. "We are still conducting research on this idea," Guoping said, subtly indicating his unwillingness - or inability - to discuss the subject further.

¶16. (C) COMMENT: In the past six months, the Ambassador and Guoping have established a relaxed, open, and even frank relationship. Guoping prefers to meet the Ambassador in the U.S. Embassy or in a public place, having explained previously that he believes his own Embassy's temporary quarters are thoroughly bugged -- by whom, he doesn't say. CNPC built the high-rise, pagoda-roofed Beijing hotel as a gift to Astana. The marble lobby is impressive, if a bit too totalitarian-austere. The hotel was supposed to have opened in January, and we are not convinced that it is now fully open for business. We were the only guests in the restaurant, although an untouched full buffet was laid out. The revolving restaurant provides a spectacular panorama of Astana, and the empty steppe beyond, but it seems to revolve at varying speeds and sometimes can be a bit too fast on a full stomach and after a few glasses of wine. END COMMENT.

HOAGLAND

http://cablegate.wikileaks.org/cable/2009/06/09ASTANA982.html

## SECRET

### Viewing cable 10ASTANA72, KAZAKHSTAN: MONEY AND POWER

| Reference ID | Created | Released | Classification | Origin |
|---|---|---|---|---|
| 10ASTANA72 | 2010-01-25 08:08 | 2010-11-29 23:11 | SECRET | Embassy Astana |

```
VZCZCXRO6688
PP RUEHBI RUEHCI RUEHDBU RUEHFL RUEHKW RUEHLA RUEHLH RUEHNEH RUEHNP
RUEHPW RUEHROV RUEHSL
DE RUEHTA #0072/01 0250814
ZNY SSSSS ZZH
P 250814Z JAN 10
FM AMEMBASSY ASTANA
TO RUEHC/SECSTATE WASHDC PRIORITY 7265
INFO RUCNCLS/ALL SOUTH AND CENTRAL ASIA COLLECTIVE PRIORITY
RUCNCIS/CIS COLLECTIVE PRIORITY 2396
RUEHZL/EUROPEAN POLITICAL COLLECTIVE PRIORITY
RUEHBJ/AMEMBASSY BEIJING PRIORITY 1758
RUEHUL/AMEMBASSY SEOUL PRIORITY 1374
```

```
RUEHKO/AMEMBASSY TOKYO PRIORITY 2464
RUEAWJA/DEPT OF JUSTICE WASHDC PRIORITY
RHMFISS/CDR USCENTCOM MACDILL AFB FL PRIORITY
RUEAIIA/CIA WASHDC PRIORITY
RUCPDOC/DEPT OF COMMERCE WASHINGTON DC PRIORITY
RHMFISS/DEPT OF ENERGY WASHINGTON DC PRIORITY
RHEFAAA/DIA WASHDC PRIORITY
RUEKJCS/JOINT STAFF WASHDC PRIORITY
RHEHNSC/NSC WASHDC PRIORITY 1954
RUEKJCS/SECDEF WASHDC PRIORITY 1804
RUEHNO/USMISSION USNATO PRIORITY 2973
RUCNDT/USMISSION USUN NEW YORK PRIORITY 2683
```

Monday, 25 January 2010, 08:14

S E C R E T SECTION 01 OF 03 ASTANA 000072

SIPDIS

STATE FOR SCA/CEN, EEB

EO 12958 DECL: 01/25/2030

TAGS PGOV, PINR, EPET, EINV, KCOR, RS, CH, KZ

SUBJECT: KAZAKHSTAN:  MONEY AND POWER

REF: ASTANA 0061

Classified By: Ambassador Richard E. Hoagland: 1.4 (b), (d)

¶1. (S) SUMMARY: During a private dinner, KazMunaiGaz First Vice President Maksat Idenov named, in his view, the four most powerful gate-keepers around President Nursultan Nazarbayev: Chief of Administration and General Services of the President's Office Sarybai Kalmurzayev, the President's Chief of Staff Aslan Musin, State Secretary-Foreign Minister Kanat Saudabayev, and the tandem of Prime Minister Karim Masimov and Nazarbayev's billionaire son-in-law Timur Kulibayev. According to Idenov, in Kazakhstan, market economy means capitalism, which means big money, XXXXXXXXXXXX. The following details are a single snapshot of one version of current reality. The significant point is that Nazarbayev is standing with Idenov, not Kulibayev, to maintain international standards to develop the massive Kashagan and Karachaganak hydrocarbon projects. END SUMMARY.

¶2. (S) On January 21, KazMunaiGaz First Vice President Maksat Idenov and the Ambassador had a one-on-one dinner in a nearly empty restaurant (times are still hard!) at the Radisson hotel in Astana. When the Ambassador arrived, Idenov was barking into his cell phone, "Mark, Mark, stop the excuses! Mark, listen to me! Mark, shut up right now and do as I say! Bring the letter to my office at 10:00 pm, and we will go together to take it to (Minister of Energy and Mineral Resources, MEMR) Mynbayev at his house." On ending the call, Idenov explained he was talking to British Gas (BG) Country Director for Kazakhstan Mark Rawlings who had missed the deadline to deliver a letter about arbitration on the Karachaganak super-giant oil-field project (reftel). Still clearly steamed, Idenov XXXXXXXXXXXX "I tell him, 'Mark, stop being an idiot! Stop tempting fate! XXXXXXXXXXXX Idenov asked, "Do you know how much he (Rawlings) makes? $72,000 a month! A

month!! Plus benefits! Plus bonuses! Lives in Switzerland but supposedly works in London. Comes here once a month to check in. Nice life, huh?"

¶3. (S) Idenov calmed down and said, "Let's look at the menus." Then he immediately started typing on his PDA and turned the screen toward the Ambassador, saying, "Let's look at the 'four courses.'" On the screen were four names: Kalmurzayev, Musin, Saudabayev, and Masimov-Kulibayev." Idenov said, "The Big Four around Number One." (NOTE: Sarybai Kalmurzayev, currently the head of Administration and General Services in the Presidential Administration, was, among other jobs, a former head of the Financial Police and, before that, in the 1990s, in charge of privatization. Aslan Musin is the current Chief of Staff for Nazarbayev. Kanat Saudabayev, a personal friend of Nazarbayev for nearly 40 years, is Minister of State and Foreign Minister. Karim Masimov is Prime Minister, and Timur Kulibayev is currently the favored presidential son-in-law, on the Forbes 500 list of billionaires (as is his wife separately), and the ultimate controller of 90% of the economy of Kazakhstan. END NOTE.) In response to a question, Idenov said that Masimov has a degree of freedom, but never acts without permission from "the hyphen" (Kulibayev). Then Idenov stood up abruptly and carried his PDA to a ledge about 20 feet from the table and asked the Ambassador to turn off his cell phone.

¶4. (S) Idenov said he wanted to explain why he has been less visible for at least the last half year. Starting last spring, all the "Big Four" (on the menu) began blocking him from seeing President Nazarbayev. In October, KMG President

ASTANA 00000072 002 OF 003

Kairgeldy Kabyldin told Idenov, "Kulibayev doesn't want to work with you any more." Idenov said he replied, "Fine," immediately returned to his office, wrote his letter of resignation, and packed up his personal files and photos of his family." He said Mynbayev immediately called and asked, "My dear friend, what are you doing?!" Idenov said he was fed up and was going to the Middle East to work -- "I want out of here!" PM Masimov called and said, "Nazarbayev wants to know how you're doing. He'd really like to see you when you have time." Idenov, who said he'd been trying to see the President for months but had been blocked by the "Big Four," went to see the President and told him, "Kabyldin says Kulibayev doesn't want to work with me any more." Idenov said the President told him to calm down: "It's probably just evil gossip. I'll have Karim (Masimov) talk to Timur (Kulibayev). Then Idenov went to Masimov and told him, "OK, I'll stay, but how do I deal with this?" Masimov said he'd talk to both Kabyldin and Kulibayev.

¶5. (S) Soon, intermediaries arranged an Idenov-Kulibayev meeting. Idenov said they both pretended to ignore the core problem -- Kulibayev's, he alleged, avarice for large bribes. Idenov averred he told Kulibayev, "Please watch your image and reputation. You have a real opportunity to improve your own image and the image of the nation." Idenov said Kulibayev was "like a Buddha with a Paris manicure," and both understood life would continue. Idenov said he believes he has, so far, the president's protection. "But the games continue," he said. Idenov alleged that both XXXXXXXXXXXX-- and Kulibayev is salivating to profit from them -- but, so far, Idenov stands in the way. "So long as Nazarbayev says he wants Kashagan and Karachaganak developed according to international standards, that's what I'll do."

¶6. (SBU) (NOTE: Fugitive former CEO of BTA bank, Mukhtar Ablyazov, accused of embezzling over $1 billion, recently leaked "documentary evidence" to the international media that China's state companies have bribed Kulibayev over $100 million in recent months for oil deals. END NOTE.)

¶7. (S) The Ambassador asked if the corruption and infighting are worse now than before. Idenov paused, thought, and then replied, "No, not really.

It's business as usual." Idenov brushed off a question if the current maneuverings are part of a succession struggle. "Of course not. It's too early for that. As it's always been, it's about big money. Capitalism -- you call it market economy -- means huge money. Listen, almost everyone at the top is confused. They're confused by their Soviet mentality. They're confused by the corrupt excesses of capitalism. 'If Goldman Sachs executives can make $50 million a year and then run America's economy in Washington, what's so different about what we do?' they ask."

OTHER TIDBITS

¶8. (S) MODEST WEALTH. Idenov alleged that MEMR's Mynbayev is among the richest in Kazakhstan but "flies under the radar" because he is a relatively modest and very hard-working technocrat. His great wealth derives, in part, from his former ownership of KazKommerzBank -- "But he never flaunts it."

¶9. (S) VULTURES. Idenov alleged that GazProm and China National Petroleum Company "continue to circle like vultures," hoping that the Kashagan and Karachaganak consortia will implode, and then they can pick up the pieces. "Won't happen on my watch!" Idenov vowed.

¶10. (C) HOW TO ORDER LAMB. Idenov insisted the Ambassador order a bottle of wine for their dinner but then never touched his first glass. Instead, he gulped three cans of Coca-Cola while inhaling his food. When both he and the Ambassador ordered lamb chops, Idenov advised, "Well done,

ASTANA 00000072 003 OF 003

never rare -- this is Astana, not London!"

¶11. (S) COMMENT: Idenov is effusive, even theatrical, by nature. When he trusts, he spills his heart. Of course, there's no doubt he also spins his own narrative, as we all do. And so, this dinner is simply a snapshot -- but, we would judge, a relatively accurate glimpse of one version of current reality. The significant point is that Nazarbayev is standing with Idenov, not Kulibayev, to maintain international standards to develop the massive Kashagan and Karachaganak hydrocarbon projects. END COMMENT.
HOAGLAND

http://cablegate.wikileaks.org/cable/2010/01/10ASTANA72.html