# Exhibit 32



ҚАЗАҚША    РУССКИЙ

| | | |
|---|---|---|
| Activities of Samruk-Kazyna Fund aimed at stabilization of the economy of the Republic of Kazakhstan | Information on projects implemented by SWF "Samruk-Kazyna" JSC companies in 2010 | Sovereign Wealth Fund "Samruk-Kazyna" JSC has united 404 subsidiary and dependent organizations and affiliated legal entities . |

Here you may find an information on procurements in the Fund and its companies

"I believe that Kazakhstan has got a very favorable business climate. One of the most important achievements of your country - is the stal

» **ABOUT THE FUND** / **Subsidiary Companies**

Дочерние и зависимые организации АО «ФНБ «Самрук-Қазына»

| | | Доля |
|---|---|---|
| 1 | АО "Казмунайгаз" | 100% |
| 2 | АО «ҚАЗАҚСТАН ТЕМІР ЖОЛЫ» | 100% |
| 3 | АО "KEGOC" | 100% |
| 4 | АО "Казахтелеком" | 45,90% |
| 5 | АО "Казпочта" | 100% |
| 6 | АО "Эйр Астана" | 51% |
| 7 | АО "Национальная морская судоходная компания "Казмортрансфлот" | 50% |
| 8 | АО "Самрук-Энерго" | 93,42% |
| 9 | АО "Казахский научно-исследовательский институт энергетики имени академика Ш.Ч. Чокина" | 50% |
| 10 | АО "Казахстанский оператор рынка электрической энергии и мощности" | 100% |
| 11 | АО "Аэропорт Павлодар" | 100% |
| 12 | АО "Международный аэропорт Актобе" | 100% |
| 13 | ТОО "Ремонтная корпорация "Камкор" | 100% |
| 14 | ТОО "Самрук Инвест" | 100% |
| 15 | ТОО "Телеком Самрук Инвест" | 100% |
| 16 | АО "Банк развития Казахстана" | 100% |
| 17 | АО "Kazyna Capital Management" | 100% |
| 18 | АО "Фонд развития предпринимательства "Даму" | 100% |

» **The version for the press**

29.12.2010 News
**Producers of Almaty were presented procurement plans of national companies and development institutes.**

[ПОИСК ПО САЙТУ]

» **Subscription to news**

[E-mail]
To refuse a subscription

- HOME
- ABOUT THE FUND
  - Regulatory and Legal Framework
  - Board of Directors
  - Management Board
  - Structure
  - **Subsidiary Companies**
  - History
- ACTIVITIES
- INTERNATIONAL COOPERATION
- PROCUREMENTS OF THE GROUP OF COMPANIES
- PRESS CENTER
- CALENDAR OF EVENTS
- FAQ
- CONTACT US
- SITEMAP



| # | Company | % |
|---|---|---|
| 19 | АО "Национальный инновационный фонд" | 100% |
| 20 | АО "Государственная страховая корпорация по страхованию экспортных кредитов и инвестиций" | 100% |
| 21 | АО "Инвестиционный фонд Казахстана" | 100% |
| 22 | АО "Корпорация по развитию и продвижению экспорта "Kaznex" | 100% |
| 23 | АО "Центр инжиниринга и трансферта технологий" | Дов.управление |
| 24 | АО "Астана-Финанс" | 26% |
| 25 | АО "Казахстанская ипотечная компания" | 91% |
| 26 | АО "Казахстанский фонд гарантирования ипотечных кредитов" | 89% |
| 27 | АО "Жилищный строительный сберегательный банк Казахстана" | 100% |
| 28 | АО "Майкаинзолото" | 25% |
| 29 | АО "Казатомпром" | 100% |
| 30 | «Kazakhmys PLC» (Великобритания) | 14,99% |
| 31 | «Eurasian Natural Resources Corporation PLC» (Великобритания) | 11,65% |
| 32 | Joint Stock Company «Real estate fund «Samruk-Kazyna» | |
| 33 | «United chemical company» Limited Liability Partnership | 100% |
| 34 | «SK-Pharmaceuticals» Limited Liability Partnership | 100% |
| 35 | joint-stock company «Tau-Ken Samruk» National Mining Company | 100% |
| 36 | "D.V. Sokolsky Institute for Organic Catalysis and Electrochemistry" JSC | 100% |









Copyright © 2009 "Самрук-Қазына". All Rights Reserved.    Development by Interactive Systems Design