Exhibit 36

----- Forwarded Message ----
From: "Moscow, John W." <jmoscow@bakerlaw.com>
To: dvcuush@yahoo.com
Sent: Wednesday, January 30, 2008 9:08:55 PM
Subject: Almaty

I spoke with a guy at the consular section of the US Embassy Thursday a.m. Almaty time.
I told him that you were planning to return to Almaty and that I thought you would be arrested there and held. I asked him about the rights that you would have as an American citizen. He suggested that you would be treated the same as a Kazakh citizen that the odds were 99% that you would be convicted, and the other 1% was that you would not live to come to trial to be convicted.
Redundantly he suggested that you not come.
If you insist he has asked for your identification card number (US passport #) and the flight on which  you would be arriving.
He urges strongly against going to the former Russian Republics as they have extradition treaties with Kazakhstan and you may well be arrested at their border and held incommunicado for months.
I told him that you had a child and the child's mother in Kazakhstan.
He asked for their identification numbers and address; I do not have that information. He believes he could assist her and the child to leave the country and come to the USA on a visa, as the child is the child of an American citizen. He recommend that we try that course, in which you contact her, you tell me who she is, and I arrange for the consulate to get her out. The idea is that she should leave for Lebanon or Jordan, then use the visa to get into the USA from there; anyplace but the former Soviet Union, again, to keep the police from attempting to keep her in the country.
I write at midnight in NYC. I will be up in six to seven hours; call me or respond to the e-mail.
Thanks--I am thinking of you and fearing for you. Please get in touch
John


This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law.  If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.