# Exhibit 41

**Top Stories:**  Belarus   Afghanistan Taliban   Iran Nuclear

Home | About RFE/RL | News | Features | Commentary | Blogs | Multimedia | Listen | Press Room

Wednesday, January 05, 2011                                                                                                                  Search



- Afghanistan
- Armenia
- Azerbaijan
- Balkans
- Belarus
- Georgia
- Iran
- Iraq
- **Kazakhstan**
- Kyrgyzstan
- Moldova
- North Caucasus
- Pakistan
- Russia
- Tajikistan
- Tatar-Bashkir
- Turkmenistan
- Ukraine
- Uzbekistan
- Our Affiliates

🔊 **RFE/RL Radio**
In 28 Languages

**PRESSROOM**

**'The Washington Post' Discusses 'Voices Of Solidarity' Project By RFE's Belarusian Service**

"The Washington Post" discusses "Voices of Solidarity," a project of RFE's Belausian Service in which world leaders are reading the names of people imprisoned after a brutal post-election crackdown in Belarus. More

More Articles

**Worth Watching**



**How Can I Help You?**
Ukrainian Police Brush Up On English

## BY COUNTRY / KAZAKHSTAN

### Kazakh President Fires Son-in-Law As Ambassador

May 26, 2007



Rakhat Aliev (file photo) (OSCE)

May 26, 2007 -- Kazakh President Nursultan Nazarbaev has removed his son-in-law, Rakhat Aliev, from his post as the ambassador to Austria, according to the Kazinform news agency.

Earlier today, Aliev accused Nazarbaev of trying to silence him after he announced his intention to run for president.

Kazakhstan's Interior Ministry announced on May 23 that charges have been filed against Aliev in connection with the kidnapping and assault of two senior members of a Kazakh bank, Nurbank.

Relatives of the two officials from Nurbank told RFE/RL earlier this year that Aliev had kidnapped the two and beat them to force them to sell the building housing the bank's headquarters.

(Reuters)

Print       Email       Share:

0        Like

---

TEXT SIZE

Print
Email
Share:
0
Like

**Central Asia In Focus**



**THE COMPLETE STORY:** Click on the icon to view a dedicated webpage bringing together all of RFE/RL's coverage of Kazakhstan, Kyrgyzstan, Tajikistan, Turkmenistan, and Uzbekistan.

**Related Articles**
- Kazakhstan: Media Ownership Leaves Little Room For Independence
- Kazakh Prosecutor Suspends Media Outlets
- Investigation Started Against Kazakh President's Son-In-Law

**Editors' Picks**


**Belarus**
All The Latest On The Postelection Crackdown


**Good Intentions**
Afghan Peace Council Visits Islamabad With High Hopes


**Commentary**
Pakistan's Government Faces Its Sternest Test Yet


**Foot-In-Mouth Disease**
Remembering Biggest Blunders Of 2010


**2010 In Review**
The Year In Facebook

**Most Popular**

Most-Viewed Articles

1. Democratic Countries Confronting Their Own Creeping Challenge Of Censorship
2. Son Of Shah Of Iran Kills Himself In U.S.
3. Assassinated Pakistani Governor Buried Under Tight Security
4. Kyrgyzstan Could Name Mountain Peak After Putin
5. Tajik Guards Killed In Fight On Afghan Border
6. Though Largely Powerless, Afghan Peace Council Visits Islamabad With High Hopes
7. Iran Invites Foreign Envoys To Nuclear Sites
8. Sufi Dervishes Reportedly Arrested In Iran



**Kyrgyzstan**
A Taxi Route Across Ethnic Divides



**Gang Attacks**
As Crime Wave Grows, Russians Demand Action

### We're Redesigning

Early next year, rferl.org will get a new look and feel. We want to hear from you, our audience, about how we can make a better website. What new rubrics or features could we add? What do we do well and what can we improve on? Please leave your comments **on this forum** or **e-mail us here**. We look forward to hearing from you.



**RFE/RL** on Facebook

Like    3,463

9. U.S. Regrets Russia's Arrest Of Protesters
10. U.S. Criticizes Move To Extend Kazakh President's Term Via Referendum

Most E-Mailed Articles

Most-Viewed Multimedia

Most Commented

#### RFE/RL Blogs

The Power Vertical: How Russia Is Ruled
Transmission: Odds, Ends, And Autocrats
Watchdog: Abuses Uncovered
Caucasus Report: Regional Smoke Detector
Persian Letters: Notes of an Iran Watcher
Tangled Web: Digital Dissidents, Rogues
Chaikhana: Blogging Central Asia
At Large: Politics On The Road

Latest tweets from
**RFE/RL's newsroom**



Join the conversation

---

**PRODUCTS AND SERVICES:**     RSS     Mail Subscription     Mobile

Contact   Subscribe   Site Map   Jobs   Marketing & Affiliates   Procurement
Middle East   Central Asia   Eastern Europe   Caucasus   Balkans   Historical Archive   Newsline Archive
RFE/RL English   Radio Farda   Svoboda News   Armenia Liberty   Radio Slobodna Europa   Broadcasting Board of Governors

Radio Free Europe/Radio Liberty © 2011 RFE/RL, Inc. All Rights Reserved.