**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| | ) |
| DEVINCCI SALAH HOURANI, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )    No. 1:10-cv-01618-TFH |
| | ) |
| ALEXANDER V. MIRTCHEV, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**APPENDIX**

**REPLY IN SUPPORT OF**
**THE KRULL DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE**

| Exhibit # | Description |
|---|---|
| 1 | Color Excerpt of Plaintiffs' Complaint |
| 2 | Declaration of Geoffrey Lyonnet (February 4, 2011) |
| 2A | Second Witness Statement of Askhat K. Daulbaev, Deputy Prosecutor General of the Republic of Kazakhstan (December 13, 2010) |
| 2B | Expert Opinion of Max-Peter Ratzel (Dec. 13, 2010) (with exhibits) |
| 2C | Expert Opinion of Max-Peter Ratzel (Jan. 17, 2011) (with exhibits) |
| 2D | Written Statement of Makhmud Kasymbekov, Head of the Chancellery of the President of the Republic of Kazakhstan (December 22, 2010) |
| 3 | Written Statement of His Excellency Erlan A. Idrisov (January 6, 2011) |
| 4 | Expert Report of Gideon Epstein, Forensic Document Examination Report (February 1, 2011) |
| 5 | Rakhat Aliyev, *Godfather-in-Law, A Documentary Novel*, Cover Pages of Book with Translation Certification |
| 6 | Glenn R. Simpson & Susan Schmidt, *Republic of Kazakhstan Corruption: Exile Alleges New Details*, WALL STREET JOURNAL, July 23, 2008 (copy as filed as |

| Exhibit # | Description |
|-----------|-------------|
|  | Exhibit 9 to *In re Application of Caratube International Oil Company, LLP* (No. 1:10-mc-00285-JDB) (D.D.C. 2010) (Dkt. No. 1-1). |
| 7 | Dr. Alexander Mirtchev's Condensed Curriculum Vitae |
| 8 | Royal United Services Institute for Defence and Security Studies (RUSI) Council, London, Appointment of Dr. Alexander Mirtchev as Vice President of RUSI and as President of RUSI International |
| 9 | Hillary Rodham Clinton, Sec. of State., *Remarks with Kazakh Foreign Minister Saudabayev after Their [OSCE] Meeting*, (Dec. 1, 2010), available at http://www.state.gov/secretary/rm/2010/12/152212.htm |
| 10 | *Caratube Int'l Oil Co. v. Republic of Kazakhstan*, ICISD Case No. ARB/08/12 Request for Arbitration (June 16, 2008) |